UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASHLEY PASTOR AND APRIL LACKO | : | NO. 3:16-cv-00812(MPS) |
| Plaintiffs, | : | |
| v. | : | |
| GEAUX FISH FAIRFIELD, LLC, | : | |
| Defendant | : | December 14, 2016 |

## MOTION FOR PREJUDGMENT REMEDY

Plaintiffs Ashley Pastor and April Lacko move pursuant to Rule 64 of the Federal Rules of Civil Procedure, and Connecticut General Statutes § 52-278a *et seq.,* for a prejudgment remedy in the amount of $950,000 against defendant Geaux Fish Fairfield, LLC.

Defendant has not disclosed whether they have insurance covering a judgment in plaintiffs' favor. Moreover, defendant's insurance carrier has failed to make a coverage determination to date, despite being aware of plaintiffs' lawsuit for two months, if not longer.

Plaintiffs' Affidavit and Notice and Claim Form in support of the motion are attached.

RESPECTFULLY SUBMITTED,
PLAINTIFFS

By: ___/s/Jeffrey S. Bagnell_____
Jeffrey S. Bagnell
Federal Bar No. CT18983
Lucas Bagnell Varga LLC
2425 Post Road
Suite 200

Southport, Connecticut 06890
(203) 227-8400
(203) 227-8402 (fax)
jbagnell@lbv-law.com


**CERTIFICATION**

      This is to certify that on this 14th day of December 2016 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.


                                                    __/s/Jeffrey S. Bagnell_____