# EXHIBIT 1

SBC BREWS
- Smooth Swallow
- Reach Around Rye
- Gloryhole Gose
- Flaming Smoked Porter
- Lumpy Cream Ale
- Prison Pussy Pale
- Pipe Fitter
- Builder Arm
- Balls Deep Barleywine
- Baby's Arm holding Apple Cider
- Flamboyant Flemish Red w/ wild yeast infec.

*Homo Hefe Queer Beer*
*Big Lowlander*
*Titty contemporary New-Tit Wit*
*Ball Sack Pale*

George Takei Rye
Mr Sulu Sour