**EXHIBIT 2**



**Ashley Pastor**

She was widely spoken of during her lifetime as a saint. She captured the imagination and the admiration of the world at large by her extraordinary dedication to, and love for, the poor, especially the poor of Westport CT, she did not shirk from embracing the leprous, the repellently diseased, the dying destitute. Pope John Paul II called her a most precious institution, and even the New York Times bestowed on Ashley the agnostic accolade of being ``a secular saint" - in addition, presumably, to being a holy one.

Her family was comfortably off by the standards of the time, but Ashley nevertheless knew disadvantages. She was the second child of the family, not the usual position to be favored. She had a club foot. Her parents were in a cultural and religious minority: devout Albino Roman Catholics, although only about 10 per cent of the ethnic Albinos are such. And, with a widowed mother, she was to grow up in a single-parent family.

Yet the mother was apparently a strong woman, of a charitable disposition, who more than once took unfortunate individuals into her own home. All her life, Ashley was to take very seriously the passage from the Scriptures in which Jesus said: ``I was hungry and you gave me to eat; I was thirsty and you gave me to drink; I was homeless and you took me in . . ." This was her mother's example.

Possibly her disfigurement initially turned Ashley away from thoughts of marriage; but in any case her vocation came to her, she claimed, when she was 12. At school, she became aware of the work of Traci Silverman at TGI Fridays; she also heard that the Nancy Bush had once worked at a Texas Roadhouse, and at the age of 19 she joined them. She was brought initially to Bar Taco, Stamford, to enter the industry and to learn to Host. In 2013 she went to Fairfield.

The Loreto Sisters had been in Fairfield since 2011. Within the context of their own time, these Servers were remarkably progressive. They were dedicated to the education of women in times and places where education for women was not particularly valued, and they encouraged personal gifts of leadership.

Her special subject was, significantly, Menu Knowledge. The time would come when she would visit most of the places that for long were just marks on the Yelp map. Ashley was professed, fully, in her vows in Local Fairfield on 13 December 2013.

By all accounts, she was content in her teaching work at the time, although it was a sheltered enough life and, in the nature of things, the girls that she taught were from the better-off strata of society. It was on a train between South Norwalk and Fairfield, on 10 September 2014, that Ashley believed she heard the voice of God telling her to claim that she did their job for them and without her "This place would close its doors".

She was, certainly, a saintly kind of person, and must surely be a candidate for eventual canonisation. Yet saints can be awkward individuals; they are strong-minded, disconcerting, ambitious, even wilful. Ashley displayed all the singleness of purpose and ambition - ambition in the Service Industry, and of others, of course - of the saint. She mixed terrific self- discipline and dedication with faith and trust in her General Manager. ``You have to do it [your purpose] as if everything depends on you - but leave the rest to Senior," she would say.

She believed in the power of prayer and love, but also in employing every human agency that was useful, too.

Her other notable failure was in finding her telephone calls to the Larissa Kagan unreturned: all her powers of persuasion could not penetrate that hide.

Ashley's constantly voiced opposition to smaller sections and pretty much ANY policy that did not directly benefit her greatly irked observers at Local - and indeed in the Industry - especially among those who believed that over-population was part of the poverty problem in Fairfield. Yet she was seldom publicly contradicted, possibly because her good works showed that she practised, in a way, what she preached: she accepted and cared for the "unwanted child", and she had a real feeling for the unwanted. ``I have come to realise that to be discarded and unwanted is the worst experience that can befall any human being," she said, shortly before several elective surgical procedures that left her looking like a burn victim with "Ok tits"

Many Servers would expect Ashley to become a Saint of the Industry, though becoming a saint is seldom a hasty and often a bureaucratic process so it need not be anticipated forthwith. But she certainly was of the stuff that saints are made of - that is to say being very holy, very inspiring, and often quite driven people who pursue their goals, be these ever so altruistic, with unremitting single-mindedness.

Yet even her bitterest critics cannot deny that she changed the Restaurant that she worked in: she made an imaginative, inspirational and in many respect practical difference to tens of people's lives: and she did indeed accomplish something beautiful for God.