# EXHIBIT 3

## AFFIDAVIT OF ERIC POTTER

*Eric Potter*, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I make the following statements based on my personal knowledge, except for those statements made on information and belief, which I believe to be true and accurate.

3. I would go to The Fairfield Local on Monday nights with my friends and April Lacko would be our bartender.

4. After her old manager Marc left, a new manager, I believe his name is Mike, would get very close to her in her personal space as she would put things in the lower refrigerator. You were able to tell she did not like it by the look on her face and she told me and my friends he would make her uncomfortable and was out of line by touching her.

5. One night we were going to go there and found out she was fired by him because of a Yelp Review. I read the review and it said a blonde waitress was racist. Three things: (1) April was not a waitress, she was a bartender; (2) there was also more than one blonde woman that worked there at the time, including another bartender and a waitress; and (3) April is not a racist because my friends are mainly African American and Spanish and she was always nice and respectful to everyone. Also her description or name was never in the Yelp Review so it's hard to believe that would cause her to be fired.

_____
Eric Potter

Subscribed and sworn to before me
this 5th day of August, 2015.

_____
Notary Public:
My Commission Expires:

Bonnie K. Ford-Wojna
Notary Public-Connecticut
My Commission Expires
January 31, 2017