**EXHIBIT 4**

**From:** Jeff Bagnell jbagnell@lbv-law.com
**Subject:** Fwd: Geaux Fish
**Date:** December 7, 2016 at 8:07 AM
**To:** Jeff Bagnell jbagnell@lbv-law.com



Begin forwarded message:

**From:** Jeffrey Bagnell <jbagnell@lbv-law.com>
**Subject: Geaux Fish**
**Date:** September 7, 2016 at 12:32:59 PM EDT
**To:** Michael Spagnola <mspagnola@siegeloconnor.com>
**Cc:** alela125@aol.com, ashley.e.pastor@gmail.com

Settlement Communication

Mike in accordance with Judge Martinez's Settlement Conference Order, I am conveying our initial Settlement Demand and damages analysis. This is an initial demand as required by the order.

April Lacko

Economic losses (back pay, additional commutation expenses, 2 years' front pay):   $74,385.00
Compensatory and punitive damages claim re sexual harassment/hostile environment/bodily touching claim:  $200,000
Attorneys' fees:  $25,000

Total Initial Demand:  $299,385

Ashley Pastor

Economic losses (back pay, 2 years' front pay, unpaid overtime):  $116,158.51
Compensatory damages re 9/11 Obituary and sexually hostile environment:  $250,000
Punitive damages re same:  $150,000
Attorneys' fees:  $25,000

Total Initial Demand: $541,158.51

Please feel free to call to discuss any time.

Jeffrey S. Bagnell
Lucas | Bagnell | Varga LLC
2425 Post Road
Southport, Connecticut 06890
(203) 227-8400
facsimile: (203) 227-8402
email: jbagnell@lbv-law.com

www.lbv-law.com

Jeffrey S. Bagnell
Lucas | Bagnell | Varga LLC
2425 Post Road, Suite 200
Southport, CT 06890
Cell: (203) 984-8820
Telephone: (203) 227-8400
Facsimile: (203) 227-8402
E-mail: jbagnell@lbv-law.com
Website: www.lbv-law.com