**EXHIBIT 5**

CONFIDENTIAL



# Small business policy

# Foremost Insurance Company



**CONFIDENTIAL**

**THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| Terrorism Premium (Certified Acts) $    276.00 |

| SCHEDULE – PART II |
|---|
| Federal share of terrorism losses    85    % Year: 20   15 |
| (Refer to Paragraph **B.** in this endorsement.) |
| |
| Federal share of terrorism losses    84    % Year: 20   16 |
| (Refer to Paragraph **B.** in this endorsement.) |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A.  Disclosure Of Premium

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act.  The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

## B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention.  However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

## C.  Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

CONFIDENTIAL

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| GEAUX FISH FAIRFIELD LLC | PPS 08202006 | 11/30/2015 | |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies your insurance:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

**A.    Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.    The Act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.    The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**B.    Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss, injury or damage which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**CONFIDENTIAL**



# Foremost Insurance Company

**A Stock Company**
**5600 Beech Tree Lane**
**Grand Rapids, Michigan 49316**

## PRECISION PORTFOLIO POLICY

**For**

GEAUX FISH FAIRFIELD LLC
819 BRIDGEPORT AVENUE
SHELTON CT 06484

**By**

BOUVIER BECKWITH & LENNOX/ RJO
29 N MAIN ST
WEST HARTFORD CT 06107-1933

In witness whereof, the Company has executed this policy and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative.

President                                    Secretary

CONFIDENTIAL

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|--------------|-----------------|----------------|--------------|
| D | PPS 08202006 | 0227593 | A000156292-001-00001 | NONE |
| BRANCH GR GRAND RAPIDS | | | | RP   EFF 11/30/2015 |



## FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI
## COMMON POLICY DECLARATIONS
## PRECISION PREMIER
## RESTAURANT PROGRAM - PREFERRED

This policy consists of the declarations as well as the coverage forms and endorsements listed on the Forms and Endorsements Applicable List.

| NAMED INSURED AND MAILING ADDRESS | AGENCY NAME AND SERVICING ADDRESS |
|-----------------------------------|------------------------------------|
| GEAUX FISH FAIRFIELD LLC<br>819 BRIDGEPORT AVENUE<br>SHELTON CT 06484 | BOUVIER BECKWITH & LENNOX/ RJO<br>29 N MAIN ST<br>WEST HARTFORD CT 06107-1933<br>(860) 232-4491 |

| BRANCH NAME AND SERVICING ADDRESS | POLICY PERIOD | |
|-----------------------------------|---------------|---|
| GRAND RAPIDS<br>PO Box 2487<br>Grand Rapids, MI 49501-2487 | **FROM**<br>11/30/2015<br>**12:01 A.M.** | **TO**<br>11/30/2016<br>**12:01 A.M.** |
| | Standard Time At Your Mailing Address Shown Above | |

BUSINESS ENTITY:  LTD LIABILITY

BUSINESS DESCRIPTION:  RESTAURANTS - FULL SERVICE - CASUAL OR FAMILY STYLE DINING - WITH ALCOHOL

### POLICY PREMIUMS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | PREMIUM |
|---|---|
| BUSINESSOWNERS PROPERTY | $  3,517.00 |
| BUSINESSOWNERS LIABILITY | $  9,805.00 |
| COMMERCIAL UMBRELLA COVERAGE PART | $  1,000.00 |
| PREMIUM SIZE CREDIT | $  1,325.00- |
| TERRORISM PREMIUM | $    276.00 |
| **TOTAL ANNUAL PREMIUM** | $ 13,273.00 |

Countersigned by _____

Authorized Representative                                    Date

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

09/22/2016

| COMMON | INSURED'S COPY | U-CL-D-100-A CW (06-04) |
|--------|----------------|-------------------------|

CONFIDENTIAL

# Lead Poisoning and Contamination Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS COVERAGE FORM**
**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

When this endorsement is attached to your policy, the following provisions apply to the Property and Liability Coverages of your policy:

1. This insurance does not apply to any "bodily injury", "property damage" or "personal and advertising injury" or property loss or damage arising out of, resulting from, caused by or contributed to by lead, or any hazardous properties of lead, including but not limited to lead poisoning and lead contamination and the threat or fear of lead poisoning or lead contamination.

   Lead poisoning includes, but is not limited to, actual "bodily injury", "property damage" or "personal and advertising injury" resulting from exposure to or ingestion, of any nature, cause or duration, to or of lead, or objects or substances comprised of or containing lead.

   Lead contamination includes, but is not limited to, the presence of lead in paint, soil, plants, animals, water, pipes, buildings or other structures.

   For purposes of this exclusion, the definition of "bodily injury" and "personal and advertising injury" is amended to include mental injury, anguish, distress or fear of lead poisoning or lead contamination.

   For purposes of this exclusion, the definitions of "property damage" and property loss or damage are amended to include actual or threatened loss of property value, loss of equity, loss of use, loss of rents or other economic injury caused by lead poisoning or lead contamination.

2. We will not pay for any loss, cost or expense arising out of, resulting from, caused by or contributed to by:

   a. The testing or monitoring for, abatement, mitigation, neutralization, removal or disposal of lead, lead compounds or materials containing lead;

   b. The testing or monitoring for or treatment of lead poisoning or lead contamination in humans or animals;

   c. Any supervision, instructions, recommendations, warnings or advice given, or which should have been given, in connection with lead poisoning or lead contamination; or

   d. Any obligation to share damages with or repay someone else who must pay damages in connection with lead poisoning or lead contamination.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**CONFIDENTIAL**

BUSINESSOWNERS
BP 00 09 01 97

# BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

   **(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

   **(a)** Seasonal unoccupancy; or

   **(b)** Buildings in the course of construction, renovation or addition.

   Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

   **(2)** After damage by a covered cause of loss, permanent repairs to the building:

   **(a)** Have not started, and

   **(b)** Have not been contracted for,

   within 30 days of initial payment of loss.

   **(3)** The building has:

   **(a)** An outstanding order to vacate;

   **(b)** An outstanding demolition order; or

   **(c)** Been declared unsafe by governmental authority.

   **(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

   **(5)** Failure to:

   **(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

   **(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   **b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   **c.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

Copyright, Insurance Services Office, Inc., 1997

**CONFIDENTIAL**

## C. Concealment, Misrepresentation Or Fraud

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

## D. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## E. Inspections And Surveys

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## F. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. Liberalization

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. Other Insurance

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

## I. Premiums

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

**CONFIDENTIAL**

**b.** Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

**1.** Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**CONFIDENTIAL**

INTERLINE
IL 00 03 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY − NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Insurance Services Office, Inc., 1997

**CONFIDENTIAL**

# NO COVERAGE FOR CERTAIN COMPUTER-RELATED LOSSES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM**
**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**
**BUSINESSOWNERS STANDARD FORM COMPUTER COVERAGE**
**BUSINESSOWNERS SPECIAL FORM COMPUTER COVERAGE**
**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**STANDARD PROPERTY POLICY**
**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL CRIME COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**BUSINESS AUTO COVERAGE FORM**
**EQUIPMENT BREAKDOWN COVERAGE FORM**
**GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will not pay for loss or damage to any property, loss of use of any property, Extra Expense or loss of Business Income caused directly or indirectly by:

  **1.** The failure or malfunction of:

  **a.** Any of the following, whether belonging to you or to others:

  **(1)** computer hardware;

  **(2)** computer software;

  **(3)** computer oper ating systems;

  **(4)** computer networks;

  **(5)** microprocessors (computer chips);

  **(6)** any other computerized or electronic equipment or components;

  **(7)** any electronic data processing equipment, computer programs and software; or

  **b.** Any other products or services that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph **1.a.** of this endorsement due to the inability of those products or services described in paragraphs **1.a.** and **1.b.** to correctly recognize, distinguish, interpret, accept or process any encoded, abbreviated or encrypted date(s) or times(s).

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair or supervision done by you or for you to determine, rectify or test any potential or actual failure, malfunction or inadequacy described in paragraph **A.1.** above.

However, if an excluded Cause of Loss results in:

  **1.** a "Specified Cause of Loss" (such as fire) under the Causes of Loss - Special Form; or

  **2.** a Covered Cause of Loss (such as fire) under the Causes of Loss - Basic Form or Broad Form;

we will pay only for the loss or damage caused by such "Specified Cause of Loss" or Covered Cause of Loss.

**B.** We will not pay for "bodily injury", "property damage", "personal injury" or "advertising injury" for which any insured may be held liable by reason of:

  **1.** The failure or malfunction of any of the items listed in paragraph A.1.a. of this endorsement; or

Includes Copyright Material Insurance Services Office, Inc., 1998

CONFIDENTIAL

**2.** Any products or services that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph A.1.a. of this endorsement

due to the inability of those products or services described in paragraphs **1.** and **2.** above to correctly recognize, distinguish, interpret, accept or process any date(s) or times(s).

**C.** We will not pay for repair or modification of any part of an electronic data processing system, or its related equipment, to correct deficiencies or features of logic or operation.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

Includes Copyright Material Insurance Services Office, Inc., 1998

CONFIDENTIAL

# ASBESTOS AND SILICA EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**
**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**COMMERCIAL PROPERTY – CAUSES OF LOSS-SPECIAL FORM**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**BUSINESSOWNERS COVERAGE FORM**

This insurance does not apply to any actual, alleged, or threatened injury, loss, or damage from asbestos or silica or any asbestos or silica containing good, product or material, including but not limited to the following:

1. "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or in part but for asbestos or silica exposure to asbestos or silica;

2. Property loss or "property damage" arising out of, resulting from, caused by, contributed to or aggravated by asbestos or silica or exposure to asbestos or silica;

3. Any loss, cost, expense, request, demand, order, claim or "suit" to test for, monitor, clean up, remove, abate, mitigate, contain, treat, detoxify, neutralize, dispose of or in any way respond to or assess the effects of asbestos or silica or exposure to asbestos or silica;

4. Any loss, cost, expense, request, demand, order, claim or "suit" to share damages with or repay someone else who must pay damages arising out of asbestos or silica or exposure to asbestos or silica;

5. Any loss, cost, expense or damage arising out of, resulting from, caused by or contributed to by any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with asbestos or silica or exposure to asbestos or silica.

For purposes of this exclusion, "bodily injury" is amended to include mental injury, anguish, distress or fear of cancer or other injury, illness or disease caused by or related to asbestos or exposure to asbestos or silica.

For purposes of this exclusion, "property damage" and property loss are amended to include actual or threatened loss of property value, loss of equity, loss of use, loss of rents or other economic injury caused by asbestos or silica or exposure to asbestos or silica.

CONFIDENTIAL

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONNECTICUT CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** In the **COMMERCIAL PROPERTY CONDITIONS,** Section **IV. LOSS CONDITIONS,** Paragraph **I. Vacancy,** Subparagraph **1.** is replaced by the following:

   **1. Description of Terms**

      **a.** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **a.(1)** and **a.(2)** below:

         **(1)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

         **(2)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

           **(a)** Is not rented to a lessee or sub-lessee or is not used by the lessee or sublessee to conduct its customary operations; and/or

           **(b)** Is not used by the building owner to conduct customary operations.

      **b.** Buildings under construction or renovation are not considered vacant.

**B.** The following are added to the **Appraisal** Loss Condition:

   **1.** You and we must notify the other of the appraiser selected within 20 days of the written demand for appraisal.

   **2.** If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

**C.** The **Mortgage Holders, Including Lender's Loss Payable,** General Condition is replaced by the following:

   **Mortgageholder Interests And Obligations**

   If loss hereunder is made payable, in whole or in part, to a designated mortgageholder not named herein as the insured, such interest in this policy may be cancelled by giving to such mortgageholder a ten days' written notice of cancellation.

   If you fail to render proof of loss such mortgageholder, upon notice, shall render proof of loss in the form specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If we claim that no liability existed as to the mortgagor or owner, we shall, to the extent of payment of loss to the mortgageholder, be subrogated to all the mortgageholder's rights of recovery, but without impairing mortgageholder's rights to sue; or we may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgageholder may be added hereto by agreement in writing.

**D.** The following is added:

   If any conditions of The Standard Fire Insurance Policy of the State of Connecticut, as set forth in the General Statutes of Connecticut, are construed to be more liberal than any other policy condition, the conditions of The Standard Fire Insurance Policy will apply.

**E.** Under the **Loss Payment** Condition, the provision addressing the time period for payment of covered loss or damage is replaced by the following:

   We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

      **a.** We have reached agreement with you on the amount of loss; or

      **b.** An appraisal award has been made.

**CONFIDENTIAL**

Prior to expiration of the aforementioned time period, we may make partial payment towards the amount of loss as an advance payment, provided we and you agree to such advance payment in writing. The advance payment will be credited towards the total amount of covered loss or damage. An advance payment does not extend the time for payment of the total amount of covered loss or damage.

**F.** The following is added to any provision which uses the term actual cash value as it pertains to direct loss or damage to a covered building caused by a Covered Cause of loss:

The actual cash value immediately prior to the time of such loss or damage shall be the amount which it would cost to repair or replace such building with material of like kind and quality, minus reasonable depreciation. Depreciation, as used herein, means a decrease in value over a period of time due to wear and tear.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**CONFIDENTIAL**

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----------------|----------------|-------|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |

BRANCH: GR GRAND RAPIDS          RP   EFF 11/30/2015



# PRECISION PORTFOLIO POLICY
# BUSINESSOWNERS PROPERTY DECLARATIONS

# PRECISION PREMIER
# RESTAURANT PROGRAM - PREFERRED

For descriptions of premiums, see the attached Businessowners Property Schedule.

Insurance at the described premises applies only for coverage for which a limit of insurance is shown. These may be found in these declarations and the attached schedules.

| PRIMARY PROPERTY COVERAGE | DEDUCTIBLE | LIMITS |
|---------------------------|------------|--------|
| SCHEDULED BUSINESS PERSONAL PROPERTY | $1,000 | SEE SCHEDULE |
| SEASONAL INCREASE - BUSINESS PERSONAL PROPERTY | NONE | 25% |
| | | |
| | | |
| | | |
| | | |
| | | |

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS |
|----------------------|------------|--------|
| BRANDS AND LABELS | $1,000 | INCLUDED |
| BUSINESS INCOME & EXTRA EXPENSE - WAITING PERIOD - 0 HOURS | NONE | 18 MONTHS ACTUAL LOSS |
| | | SUSTAINED |
| BUSINESS INCOME - BOIL WATER ORDER | 24 HRS | $10,000 |
| BUSINESS INCOME - CIVIL AUTHORITY | 24 HRS | 3 WEEKS |
| BUSINESS INCOME - EXTENDED | NONE | 60 DAYS |
| BUSINESS INCOME - FRANCHISOR ROYALTIES | NONE | INCLUDED |
| BUSINESS INCOME - TIPS INCLUDED | NONE | INCLUDED |
| CLAIMS EXPENSE | NONE | $10,000 |
| COMPUTER FRAUD AND FUNDS TRANSFER FRAUD | $1,000 | $10,000 |
| CREDIT CARD FORGERY | $1,000 | $5,000 |
| CREDIT CARD SLIP THEFT, DISAPPEARANCE OR DESTRUCTION | $1,000 | $5,000 |
| CUSTOMER'S PROPERTY | $1,000 | $10,000 |
| DEBRIS REMOVAL - EACH LOCATION | NONE | $10,000 |
| EMPLOYEE DISHONESTY* | $1,000 | $10,000 |
| EMPLOYEE DISHONESTY - CUSTOMER LOSS | $1,000 | $5,000 |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $10,000 |
| FIRE EXTINGUISHER RECHARGE EXPENSE | $1,000 | $10,000 |
| FORGERY AND ALTERATION | $1,000 | $10,000 |
| MONEY ORDERS & COUNTERFEIT PAPER CURRENCY | $1,000 | $10,000 |
| OFF-PREMISE EVENT CANCELLATION EXPENSE | NONE | $10,000 |
| PERSONAL EFFECTS - PER INDIVIDUAL SUBLIMIT OF $2,500 | $1,000 | $10,000 |
| PERSONAL PROPERTY AT NEWLY ACQUIRED PREMISES | $1,000 | $250,000 |
| POLLUTANT CLEAN UP AND REMOVAL (EACH LOCATION) | $1,000 | $10,000 |
| PRESERVATION OF PROPERTY | NONE | 60 DAYS |

    **\* The limits for these coverages may be increased. Contact your agent.**

**BUSINESSOWNERS PROPERTY**                                               9S1111 Ed. 11-08

09/22/2016

**CONFIDENTIAL**

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |

| Branch:  GR  GRAND RAPIDS | RP   EFF 11/30/2015 |
|---|---|



# PRECISION PORTFOLIO POLICY
# BUSINESSOWNERS PROPERTY DECLARATIONS
# PRECISION PREMIER

# PRECISION PREMIER
# RESTAURANT PROGRAM - PREFERRED

| ADDITIONAL COVERAGES - Continued | DEDUCTIBLE | LIMITS |
|---|---|---|
| UNAUTHORIZED BUSINESS CARD USE | $1,000 | $5,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

\* The limits for these coverages may be increased. Contact your agent.

**BUSINESSOWNERS PROPERTY**

INSURED'S COPY

9S1111 Ed. 11-08

09/22/2016

CONFIDENTIAL

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----------------|----------------|-------|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |

**BRANCH:** GR GRAND RAPIDS                                       RP EFF 11/30/2015

# PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS PROPERTY SCHEDULE

# PRECISION PREMIER
## RESTAURANT PROGRAM - PREFERRED

**LOCATION** 01 **BUILDING #** 01 85 MILL PLAIN RD                FAIRFIELD                CT

**PREMISES PRIMARY:**
**OCCUPANCY:** RESTAURANTS - FULL SERVICE - CASUAL OR FAMILY STYLE DINING - WITH ALCOHOL
**INSURED'S INTEREST:** TENANT
**CONSTRUCTION:** Masonry Non-Combustible                 **PROTECTION CLASS:** 003

|  | DEDUCTIBLE | | LIMIT |
|--|-----------|--|-------|
| SCHEDULED BUSINESS PERSONAL PROPERTY        REPLACEMENT COST | $1,000 | | $200,000 |
| TENANTS IMPROVEMENTS & BETTERMENTS | $1,000 | | $250,000 |
| BACK UP OF SEWERS AND DRAINS | $1,000 | | $25,000 |
| BUILDING - TENANT OBLIGATION | $1,000 | | $10,000 |
| OUTDOOR PROPERTY - ANTENNAS AND SATELLITE DISHES | $1,000 | | $5,000 |
| OUTDOOR PROPERTY - FENCES & WALLS | $1,000 | | $5,000 |
| TENANTS EXTERIOR GLASS | $1,000 | | INCLUDED |
| | | | |
| The following coverages apply to the Location stated above: | | | |
| ACCOUNTS RECEIVABLE - ON PREMISES/OFF PREMISES | $1,000 | ON | $25,000 |
| ACCOUNTS RECEIVABLE (CONTINUED) | | OFF | $25,000 |
| CRIME CONVICTION REWARD | NONE | | $10,000 |
| EDP - EQUIPMENT* | $1,000 | | $10,000 |
| EDP - MEDIA AND RECORDS* | $1,000 | | $2,500 |
| EQUIPMENT BREAKDOWN | $1,000 | | INCLUDED |
| FOOD CONTAMINATION SHUTDOWN | | | |
|   BUSINESS INCOME AND ADVERTISING EXPENSE | NONE | | $10,000 |
|   RESTORATION EXPENSE (INCLUDING) | NONE | | $10,000 |
|     COST TO CLEAN EQUIPMENT | | | |
|     COST TO REPLACE CONSUMABLE GOODS | | | |
|     NECESSARY MEDICAL TESTS FOR AFFECTED EMPLOYEES | | | |
|     REIMBURSEMENT YOU PAID TO INFECTED PATRONS | | | |
| LOCK REPLACEMENT | NONE | | $2,500 |
| MONEY & SECURITIES - INSIDE THE PREMISES* | $1,000 | | $5,000 |
| MONEY & SECURITIES - OUTSIDE THE PREMISES* | $1,000 | | $5,000 |
| ORDINANCE OR LAW - EQUIPMENT COVERAGE | NONE | | $10,000 |
| OUTDOOR SIGNS* | $1,000 | | $10,000 |
| OUTDOOR PROPERTY - TREES, SHRUBS AND PLANTS* | $1,000 | | $5,000 |
| PERSONAL PROPERTY OFF PREMISES* | $1,000 | | $10,000 |
| VALUABLE PAPERS & RECORDS* | $1,000 | | $25,000 |

\* The limits for these coverages may be increased. Contact your agent.
**BUSINESSOWNERS PROPERTY**                                          9S1112 Ed. 11-08

CONFIDENTIAL

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|------|--------------|-----------------|----------------|-------|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |

**BRANCH:** GR  GRAND RAPIDS                                    RP  EFF 11/30/2015

## PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS PROPERTY SCHEDULE

## PRECISION PREMIER
## RESTAURANT PROGRAM - PREFERRED
### (CONTINUED)

| LOCATION   01  BUILDING #   01 85 MILL PLAIN RD | FAIRFIELD | CT |
|---|---|---|

**PREMISES PRIMARY:**
**OCCUPANCY:** RESTAURANTS - FULL SERVICE - CASUAL OR FAMILY STYLE DINING - WITH ALCOHOL
**INSURED'S INTEREST:** TENANT
**CONSTRUCTION:** Masonry Non-Combustible                **PROTECTION CLASS:** 003

|  | DEDUCTIBLE | LIMIT |
|---|---|---|
| The following coverages apply to the Location stated above: | | |
| WINE COLLECTION AT MENU PRICE - PER BOTTLE MAXIMUM - $500 | NONE | $10,000 |

* The limits for these coverages may be increased. Contact your agent.

**BUSINESSOWNERS PROPERTY**                                    9S1112 Ed. 11-08

CONFIDENTIAL

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282–001–00001 | NONE |

| | | |
|---|---|---|
| BRANCH  GR  GRAND RAPIDS | | RP  EFF 11/30/2015 |

**FOREMOST** INSURANCE GROUP

# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
### PRECISION PREMIER
### RESTAURANT PROGRAM - PREFERRED

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|---|
| PROPERTY<br><br>BP0430 | 0196 | PROTECTIVE SAFEGUARDS<br>PREM NO.:  01<br>BLDG NO.:  01<br>PROTECTIVE SAFEGUARDS SYMBOLS APPLICABLE:  P-1 |
| PROPERTY<br><br>E3032-ED2 | 0300 | FOOD BORNE ILLNESS BUSINESS INTERRUPTION COVERAGE<br>  ENDORSEMENT<br><br>LOCATION #:  01<br>LIMIT OF INSURANCE:                    $     25,000<br>AGGREGATE:                              $     50,000 |
| | | |
| | | |
| | | |

**COMMERCIAL PROPERTY**

9S5008 Ed. 3-00

INSURED'S COPY

09/22/2016

CONFIDENTIAL

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|------------------|-----|-----------------|--------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |
| BRANCH | GRAND RAPIDS | | | | | RP  EFF 11/30/2015 |



# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION PREMIER

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY<br><br>BP0415          0197 | SPOILAGE COVERAGE<br>PREMISES NO.: 01<br>BLDG NO.:  ALL<br>DESCRIPTION OF PERISHABLE STOCK:  CHILLED OR FROZEN MERCHANDISE, STOCK OR SUPPLIES<br>LIMIT OF INSURANCE: $     25,000<br>DEDUCTIBLE: $     1,000<br><br>CAUSES OF LOSS:<br>  BREAKDOWN OR CONTAMINATION<br>  POWER OUTAGE |

**COMMERCIAL PROPERTY**

9S5008 Ed. 3-00

CONFIDENTIAL

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| BRANCH | GRAND RAPIDS | | | | RP | EFF 11/30/2015 |



**FOREMOST**
INSURANCE GROUP

# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION PREMIER
### (CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY<br><br>BP0457          0197 | UTILITY SERVICES - TIME ELEMENT<br>SCHEDULE:<br> WATER SUPPLY PROPERTY<br> COMMUNICATION SUPPLY PROPERTY (INCLUDING OVERHEAD TRANSMISSION LINES)<br> POWER SUPPLY PROPERTY (INCLUDING OVERHEAD TRANSMISSION LINES)<br><br>PREM NO.: 01          BLDG NO.: ALL<br>UTILITY SERVICES LIMIT OF INSURANCE: $   10,000 |

**COMMERCIAL PROPERTY**

9S5008 Ed. 3-00

**CONFIDENTIAL**

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|-----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| BRANCH | GRAND RAPIDS | | | | | RP  EFF 11/30/2015 |



# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION PREMIER
### (CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY<br><br>E3447-ED1        1098 | BUSINESS INCOME FROM DEPENDENT PROPERTIES<br>NAME AND DESCRIBE OCCUPANY AND LOCATION:    LIMIT OF INSURANCE<br>CONTRIBUTING LOCATION                    $     10,000<br>NAME      FAIRFIELD SPORTS COMPLEX<br>ADDRESS   84 MILL PLAIN RD<br>CITY FAIRFIELD                ST CT  ZIP 06824-5055<br>DESCRIBE OCCUPANCY: FAIRFIELD SPORTS COMPLEX |

**COMMERCIAL PROPERTY**

9S5008 Ed. 3-00

INSURED'S COPY

09/22/2016

CONFIDENTIAL

# BUSINESSOWNERS SPECIAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H** – Property Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this policy, means the type of property as described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments or rooms furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition **E.6.d.(3)(b);**

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove; and

**(4)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **A.1.b.(2).**

**CONFIDENTIAL**

## 2. Property Not Covered

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

    **(1)** Money and Securities Optional Coverage; or

    **(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns;

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    **(1)** Outdoor Property Coverage Extension; or

    **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat.

## 3. Covered Causes Of Loss

Risks Of Direct Physical Loss unless the loss is:

**a.** Excluded in Section **B.,** Exclusions; or

**b.** Limited in Paragraph **A.4.,** Limitations;

that follow.

## 4. Limitations

**a.** We will not pay for loss of or damage to:

    **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **(3)** Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

    **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**b.** With respect to glass (other than glass building blocks) that is part of the interior of a building or structure, or part of an outdoor sign, we will not pay more than $500 for the total of all loss or damage in any one occurrence. Subject to the $500 limit on all loss or damage, we will not pay more than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

**c.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

    **(1)** Glass that is part of the interior of a building or structure;

    **(2)** Containers of property held for sale; or

    **(3)** Photographic or scientific instrument lenses.

**d.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

    **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

Copyright, Insurance Services Office, Inc., 1999

**CONFIDENTIAL**

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(a)** The date of direct physical loss or damage; or

**(b)** The end of the policy period.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss of or damage to Covered Property; plus

**(b)** The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in Paragraph **(4)** below.

**(3)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(4)** If:

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under the 25% Debris Removal Coverage limitation in Paragraph **(2)** above;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

**(1)** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this policy, if the collapse is caused by one or more of the following:

**(a)** The "specified cause of loss" or breakage of building glass, all only as insured against in this policy;

**(b)** Hidden decay;

**(c)** Hidden insect or vermin damage;

**(d)** Weight of people or personal property;

**(e)** Weight of rain that collects on a roof;

**(f)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **d.(1)(a)** through **d.(1)(e)**, we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

**CONFIDENTIAL**

**(2)** If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

**(a)** The personal property which collapses is inside a building insured under this policy; and

**(b)** The collapse was caused by a cause of loss listed in **d.(1)(a)** through **d.(1)(f)** above.

**(3)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **d.(1)(b)** through **d.(1)(f)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is Covered Property under this policy.

**(4)** Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage.

Business Income means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

Copyright, Insurance Services Office, Inc., 1999

**CONFIDENTIAL**

Ordinary payroll expenses mean payroll expenses for all your employees except:

**(a)** Officers;

**(b)** Executives;

**(c)** Department Managers;

**(d)** Employees under contract; and

**(e)** Additional Exemptions shown in the Declarations as:

    **(i)** Job Classifications; or

    **(ii)** Employees.

Ordinary payroll expenses include:

**(a)** Payroll;

**(b)** Employee benefits, if directly related to payroll;

**(c)** FICA payments you pay;

**(d)** Union dues you pay; and

**(e)** Workers' compensation premiums.

**(2) Extended Business Income**

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

    **(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

    **(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

This Additional Coverage is not subject to the Limits of Insurance.

**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

    **(i)** At the described premises; or

    **(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**CONFIDENTIAL**

**(c)** To:

    **(i)** Repair or replace any property; or

    **(ii)** Research, replace or restore the lost information on damaged "valuable papers and records":

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**h. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**i. Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

**j. Money Orders And Counterfeit Paper Currency**

We will pay for loss due to the good faith acceptance of:

**(1)** Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

**(2)** Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery And Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500.

**l. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

Copyright, Insurance Services Office, Inc., 1999

**BP 00 02 12 99**

**CONFIDENTIAL**

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **I.(3)** through **I.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **I.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $5,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, of if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in this Coverage Form do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **I.(6)** of this Additional Coverage, is not subject to such limitation.

**m. Exterior Building Glass**

**(1)** We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

**(a)** Expenses incurred to put up temporary plates or board up openings;

**(b)** Repair or replacement of encasing frames; and

**(c)** Expenses incurred to remove or replace obstructions.

**(2)** Paragraph **A.3., Covered Causes Of Loss** and Section **B., Exclusions** do not apply to this Additional Coverage, except for:

**(a)** Paragraph **B.1.b.,** Earth Movement;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.f.,** War And Military Action; and

**(e)** Paragraph **B.1.g.,** Water.

**CONFIDENTIAL**

**(3)** We will not pay for loss or damage caused by or resulting from:

**(a)** Wear and tear;

**(b)** Hidden or latent defect;

**(c)** Corrosion; or

**(d)** Rust.

**(4)** The most we pay under this Additional Coverage is the Building Limit of Insurance shown in the Declarations.

However, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property, the most we will pay under this Additional Coverage is the Tenant's Exterior Building Glass Limit of Insurance shown in the Declarations.

**6. Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

**a. Personal Property At Newly Acquired Premises**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $100,000 at each premises.

**(2)** Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire or begin construction at the new premises; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

**b. Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $5,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, but not more than $500 for any one tree, shrub or plant.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e. "Valuable Papers And Records"**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research lost information on "valuable papers and records" for which duplicates do not exist.

**CONFIDENTIAL**

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $2,500.

**(4)** Section **B. Exclusions** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

**f. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $2,500.

**(3)** Section **B. Exclusions** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Any earth movement (other than sink-hole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(2)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust, or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **B.1.g.(1)** through **B.1.g.(4),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

CONFIDENTIAL

**b. Consequential Losses**

Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e. Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f. Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others;

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**CONFIDENTIAL**

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **B.2.k.(1)** through **B.2.k.(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**3.** We will not pay for loss or damage caused by or resulting from any of the following **B.3.a.** through **B.3.c.** But if an excluded cause of loss that is listed in **B.3.a.** through **B.3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Business Income And Extra Expense Exclusions**

We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**b.** Any other consequential loss.

**5. Accounts Receivable And "Valuable Papers And Records" Exclusions**

The following additional exclusions apply to the Accounts Receivable and "Valuable Papers And Records" Coverage Extensions:

**a.** We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(a)** Programming errors or faulty machine instructions;

**(b)** Faulty installation or maintenance of data processing equipment or component parts;

But we will pay for direct loss or damage caused by lightning.

**b.** Applicable to "Valuable Papers and Records" only:

We will not pay for loss or damage caused by or resulting from any of the following:

**(1)** Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

**(2)** Wear and tear, gradual deterioration or latent defect.

**CONFIDENTIAL**

**c.** Applicable to Accounts Receivable only:

We will not pay for:

**(1)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(2)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**(3)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

## C. Limits Of Insurance

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

**4. Building Limit – Automatic Increase**

**a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is $100,000 x .08 x 146 ¸ 365 = $3,200.

**5. Business Personal Property Limit – Seasonal Increase**

**a.** The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

**b.** This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

## D. Deductibles

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages and the Additional Coverage – Exterior Building Glass in any one occurrence is the Optional Coverage/Exterior Building Glass Deductible shown in the Declarations:

**a.** Money and Securities;

**b.** Employee Dishonesty;

**CONFIDENTIAL**

c. Interior Glass; and

d. Outdoor Signs.

But this Optional Coverage/Exterior Building Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Business Income;

c. Extra Expense; and

d. Civil Authority.

**E. Property Loss Conditions**

1. **Abandonment**

There can be no abandonment of any property to us.

2. **Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

CONFIDENTIAL

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Limitation – Electronic Media And Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

Example No. **1:**

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 – September 1. Loss during the period September 2 – October 1 is not covered.

Example No. **2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 – September 29 (60 consecutive days). Loss during the period September 30 – October 15 is not covered.

**6. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in **(2)** through **(8)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under this policy that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

**CONFIDENTIAL**

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

    **(i)** The actual cash value of the lost or damaged property; or

    **(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

    **(i)** Until the lost or damaged property is actually repaired or replaced; and

    **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value – Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

    **(a)** Used or second-hand merchandise held in storage or for sale;

    **(b)** Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

    **(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

    **(d)** Manuscripts;

    **(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

    **(a)** Replacement cost if you make repairs promptly.

    **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        **(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    **(c)** Nothing if others pay for repairs or replacement.

Copyright,  Insurance Services Office, Inc., 1999

**(6)** "Valuable papers and records", including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    **(a)** Blank materials for reproducing the records; and

    **(b)** Labor to transcribe or copy the records.

This condition does not apply to "valuable papers and records" that are actually replaced or restored.

**(7)** Applicable only to the Optional Coverages:

    **(a)** "Money" at its face value; and

    **(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(8)** Applicable only to Accounts Receivable:

    **(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

        **(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

        **(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

    **(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

        **(i)** The amount of the accounts for which there is no loss or damage;

        **(ii)** The amount of the accounts that you are able to re-establish or collect;

        **(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

        **(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

**7. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**8. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**CONFIDENTIAL**

**9. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

**(i)** Is not rented; or

**(ii)** Is not used to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**CONFIDENTIAL**

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under this form:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3., Covered Causes Of Loss,** and Section **B., Exclusions,** do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.c.,** Governmental Action;

**(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

**(3)** Paragraph **B.1.f.,** War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion; or

**(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Interior Glass**

**a.** We will pay for direct physical loss of or damage to items of glass that are permanently affixed to the interior walls, floors or ceilings of a covered building or structure at the described premises, provided each item is:

**(1)** Described in the Declarations as covered under this Optional Coverage; and

**(2)** Located in the basement or ground floor level of the building or structure, unless the Declarations show that this Optional Coverage is applicable to interior glass at all floors; and

**(3)** Owned by you, or owned by others but in your care, custody or control.

**CONFIDENTIAL**

**b.** We will also pay for necessary:

    **(1)** Expenses incurred to put up temporary plates or board up openings;

    **(2)** Repair or replacement of encasing frames; and

    **(3)** Expenses incurred to remove or replace obstructions.

**c.** Paragraph **A.3., Covered Causes Of Loss,** and Section **B., Exclusions,** do not apply to this Optional Coverage, except for:

    **(1)** Paragraph **B.1.c.,** Governmental Action;

    **(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

    **(3)** Paragraph **B.1.f.,** War And Military Action.

**d.** We will not pay for loss or damage caused by or resulting from:

    **(1)** Wear and tear;

    **(2)** Hidden or latent defect;

    **(3)** Corrosion; or

    **(4)** Rust.

**e.** This Optional Coverage supersedes all limitations in this policy that apply to interior glass.

**3. Money And Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

    **(1)** Theft, meaning any act of stealing;

    **(2)** Disappearance; or

    **(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

    **(1)** Resulting from accounting or arithmetical errors or omissions;

    **(2)** Due to the giving or surrendering of property in any exchange or purchase; or

    **(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

    **(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

        **(a)** In or on the described premises; or

        **(b)** Within a bank or savings institution; and

    **(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

    **(1)** Caused by one or more persons; or

    **(2)** Involving a single act or series of related acts;

    is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**4. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

    **(1)** Cause you to sustain loss or damage; and also

    **(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

        **(a)** Any employee; or

        **(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

    **(1)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

Copyright,  Insurance Services Office, Inc., 1999

**CONFIDENTIAL**

**(2)** The only proof of which as to its existence or amount is:

　**(a)** An inventory computation; or

　**(b)** A profit and loss computation.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

　**(1)** Caused by one or more persons; or

　**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage does not apply to any employee immediately upon discovery by:

　**(1)** You; or

　**(2)** Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

　**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

　**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

　**(1)** This Optional Coverage as of its effective date; or

　**(2)** The prior insurance had it remained in effect.

**5. Mechanical Breakdown**

**a.** We will pay for direct damage to Covered Property caused by an Accident to an Object. The Object must be:

　**(1)** Owned by you or in your care, custody or control; and

　**(2)** At the described premises.

**b.** Accident means a sudden and accidental breakdown of the Object or a part of the Object. At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

**c.** None of the following is an Accident:

　**(1)** Depletion, deterioration, corrosion or erosion;

　**(2)** Wear and tear;

　**(3)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

　**(4)** Breakdown of any vacuum tube, gas tube or brush;

　**(5)** Breakdown of any electronic computer or electronic data processing equipment;

　**(6)** Breakdown of any structure or foundation supporting the Object or any of its parts;

　**(7)** The functioning of any safety or protective device; or

　**(8)** The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

**d.** Object means any of the following equipment:

　**(1)** Boiler and Pressure Vessels:

　　**(a)** Steam heating boilers and condensate return tanks used with them;

**CONFIDENTIAL**

**(b)** Hot water heating boilers and expansion tanks used with them;

**(c)** Hot water supply boilers;

**(d)** Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

    **(i)** Are on your premises or between parts of your premises;

    **(ii)** Contain steam or condensate of steam; and

    **(iii)** Are not part of any other vessel or apparatus;

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units – Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

    **(i)** Form part of an absorption type system; and

    **(ii)** Function as a generator, regenerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**e.** Object does not mean:

**(1)** As Boiler and Pressure Vessels:

**(a)** Equipment that is not under internal vacuum or internal pressure other than weight of contents;

**(b)** Boiler settings;

**(c)** Insulating or refractory material; or

**(d)** Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

**(2)** As Air Conditioning Units, any:

**(a)** Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

**(b)** Wiring or piping leading to or from the unit.

**f.** We will not pay for an Accident to any Object while being tested.

**g. Suspension**

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**2.** "Operations" means your business activities occurring at the described premises.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**CONFIDENTIAL**

**b.** Ends on the earlier of:

    **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    **(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**6.** "Specified Causes of Loss" means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        **(1)** The cost of filling sinkholes; or

        **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss of or damage to:

        **(1)** Personal property in the open; or

        **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**7.** "Valuable papers and records" means inscribed, printed, or written:

    **a.** Documents;

    **b.** Manuscripts; and

    **c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean:

    **d.** "Money" or "Securities";

    **e.** Converted Data;

    **f.** Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

CONFIDENTIAL

# OTHER TYPES OF LOSS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

**A.** Under **B. Exclusions, 2.k.(2)** is deleted and replaced with the following:

**(2)** Rust, corrosion, "mold", decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B.** The following is added to **H. Property Definitions:**

"Mold" means any type or form of fungus including but not limited to mildew, mycotoxins, spores, scents or by-products produced or released by "mold".

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

# OUTDOOR FENCES AND WALLS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM - BP 00 02**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Limits of Insurance:**

**$_____ Per Occurrence**

**A.** The following item is added to paragraph **A.1. Covered Property** in the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM:

    **(7)** Outdoor fences and walls.

        **(a)** The most we will pay in any one occurrence for loss or damage is $2,500 or the Limit of Insurance shown above, or on the Declarations, for Outdoor Fences and Walls.

**B.** All references to outdoor fences are deleted from the following items:

    **a.** **A.2.e. Property Not Covered;** and

    **b.** Coverage Extension **6.c. Outdoor Property,**

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

CONFIDENTIAL

# DEDUCTIBLE PROVISIONS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies coverage provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM BP 00 02**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Deductibles**

Item **2.** under **D. Deductibles** is deleted and replaced by the following:

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under:

**a.** Additional Coverage - Exterior Building Glass; or

**b.** The following Optional Coverages:

**(1)** Money and Securities;

**(2)** Employee Dishonesty

is the applicable Building Glass Deductible and the Optional Coverage Deductible shown in the Declarations.

But the Optional Coverage Deductible or Building Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all terms of the policy.

E6306-ED1 05 99
PAGE 1 OF 1

CONFIDENTIAL

# FOOD BORNE ILLNESS BUSINESS INTERRUPTION COVERAGE ENDORSEMENT

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

**SCHEDULE**
**Per Location**

| Location # | Limit of Insurance | Aggregate |
|---|---|---|
| | | |

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

1. We will pay for the loss of "Business Income" you sustain, and the necessary "Extra Expense" you incur due to the necessary suspension of, or reduction in your operations as a direct result of an "incident" at:

   **a.** A covered location described in the Schedule;

   **b.** At any other restaurant location of the same type, trade name and operations.

2. We will pay for the loss of "Business Income" or "Extra Expense" you sustain during the period of time that begins 24 hours after the date of the "incident" and ends on the earlier of:

   a. The date the "business income" is restored to 90% of the level of the "business income" achieved at the covered locations during the corresponding period in the year prior to the "incident"; or

   b. 365 days from the date of the "incident".

## B. Limits of Insurance

1. The most we will pay under this coverage "per incident" per location is the Limit of Insurance for Food Borne Illness shown in the Schedule. The most we will pay under this coverage at any one location is subject to an annual aggregate of two times the per location limit of insurance.

2. If the operations of any location are suspended due to order of a "Public Health Authority" because of actual or alleged food poisoning, and such suspension is covered under any other "Business Income" coverage, this coverage will not apply except to the extent that the loss is not fully compensated under the other coverage and payment under such other coverage is less than the Per Location Limit of Insurance shown on the Schedule. In that event, this coverage will only pay the difference between the amount paid under such other coverage and the Per Location Limit of Insurance.

## C. Definitions

1. "Business Income" means:

   **a.** Net income (Profit or Loss before income taxes) that would have been earned or incurred if no physical loss, damage or "incident" had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of a loss on other businesses; and

   **b.** Continuing normal operating expenses incurred, including payroll.

**CONFIDENTIAL**

2. "Extra Expense" means expense incurred:

   a. To avoid or minimize the suspension of business and to continue operations; or

   b. To minimize the suspension of business if you cannot immediately continue operations.

3. "Incident" means an announcement by:

   a. A "Public Health Authority," or

   b. Publication or broadcast by the Media.

   of an actual or alleged discovery of a food borne illness at a scheduled location, or location of the same type, trade name and operation. All announcements concerning the same or which relate to a series of actual or alleged food borne illness(es), regardless of the number of individuals affected, shall be considered one "incident".

   Any such announcement must occur during the policy period.

4. "Public Health Authority" means the governmental authority having jurisdiction over the insured's operations relating to health and hygiene standards for the protection of the public

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

CONFIDENTIAL

POLICY NUMBER: **BUSINESSOWNERS**
**BP 04 34 01 97**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS SPECIAL FORM COMPUTER COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

## SCHEDULE*

| **Electronic Data Processing Equipment** | | **LIMITS OF INSURANCE** |
|---|---|---|
| **Prem.** | **Bldg.** | |
| **No.** | **No.** | |
| 1. | | $_____ |
| 2. | | $_____ |

The Limit of Insurance for Electronic Media and Records is 25% of the Limit of Insurance shown for Electronic Data Processing Equipment unless a higher Limit of Insurance for Electronic Media and Records is shown below.

| **Electronic Data Processing Media And Records** | | **LIMITS OF INSURANCE** |
|---|---|---|
| **Prem.** | **Bldg.** | |
| **No.** | **No.** | |
| 1. | | $_____ |
| 2. | | $_____ |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The coverage provided by this endorsement is subject to the provisions applicable to the Businessowners Special Property Coverage Form attached to this policy, including the deductible provisions, except as otherwise provided within this endorsement.

The following provisions (**A.** through **H.** inclusive) apply only to the coverage provided by this endorsement:

**A.** Paragraph **A.1.b. Business Personal Property** is replaced by the following:

**b. Business Personal Property**

Covered Property as used in this endorsement includes the following types of property that you own that are used in your business; and property of others as defined below, that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition **E.6.d.(3)(b).**

**(1) Electronic Data Processing Equipment (Hardware)**

As used in this endorsement, Electronic Data Processing Equipment includes:

**(a)** Programmable electronic equipment that is used to store, retrieve and process data; and

**(b)** Associated peripheral equipment that provides communication including input and output functions such as printing, or auxiliary functions such as data transmission;

except as described in **(2)** below.

Copyright, Insurance Services Office, Inc., 1997

CONFIDENTIAL

**(2) Electronic Media And Records (Including Software)**

As used in this endorsement, Electronic Media and Records includes:

**(a)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(b)** Data stored on such media; and

**(c)** Programming records used for electronic data processing or electronically controlled equipment.

**B.** The following is added to Paragraph **A.2. Property Not Covered:**

**g.** Property held as samples, held for rental or sale or that you rent to others;

**h.** Property in storage away from the premises shown in the Declarations or in the Schedule, except as provided in the Coverage Extensions of this endorsement;

**i.** Electronic data processing equipment which is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration; or

**j.** Accounts, bills, evidences of debt and valuable papers and records. However, such property is Covered Property in its "converted data" form.

**C.** Under **A.4. Limitations,** Paragraphs **a.(1)** and **(2)** do not apply.

**D.** Under **A.6.** Coverage Extensions in the Businessowners Special Property Coverage Form:

**1.** Under the Personal Property at Newly Acquired Premises Coverage Extension **6.a.,** insurance under this Extension for Covered Property will end when any of the following first occurs:

**a.** This policy expires;

**b.** 30 days expire after you acquire new premises or begin construction at the new premises;

**c.** Specific insurance for the Covered Property at the newly acquired premises is obtained; or

**d.** You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

**2.** Coverage Extension **6.b. Personal Property Off Premises** applies to Covered Property:

**(a)** While such property is in the course of transit or is located at a premises you do not own, lease or operate for not more than 90 days.

**(b)** Including duplicate or back-up electronic media and records that are stored at a separate location which is at least 100 feet from the premises described in the Schedule or Declarations as applying to electronic media and records.

**3.** The following are added to **A.6. Coverage Extensions:**

**e. Mechanical Breakdown Of Electronic Data Processing Equipment**

We will pay for loss or damage to Covered Property due to mechanical breakdown if such loss or damage exceeds in any one occurrence the applicable deductible shown in the Declarations.

We will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the Covered Property.

This Coverage Extension is included within the Limit of Insurance applying to Electronic Data Processing Equipment at the described premises.

**f. Artificially Generated Electrical Current**

We will pay for loss or damage to Electronic Data Processing Equipment due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

Copyright, Insurance Services Office, Inc., 1997

**CONFIDENTIAL**

If such loss or damage as specified above, exceeds in any one occurrence the applicable deductible shown in the Declarations, we will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the Equipment.

This Coverage Extension is included within the Limit of Insurance applying to Electronic Data Processing Equipment at the described Location.

The Electrical Apparatus Exclusion **B.2.a.** in the Businessowners Special Property Coverage Form does not apply to this Coverage Extension.

**E.** The following is added to Paragraph **B. Exclusions** in the Businessowners Special Property Coverage Form:

  **1.** The following exclusions do not apply to coverage provided under this endorsement:

    **B.1.e.** Power Failure, **B.2.c.** Smoke, **B.2.d.** Steam Apparatus, **B.2.i.** Collapse, **B.2.k.(3), (4)** and **(5)** Other Types Of Loss exclusions and **B.3.b.** Acts Or Decisions.

  **2.** Exclusion **B.2.k.(7)** is replaced by the following:

    **(a)** Dampness or dryness of atmosphere, or changes in or extremes of temperature, unless such conditions result from physical damage caused by a covered cause of loss to an air conditioning unit or system, including equipment and parts, which is part of, or used with the electronic data processing equipment.

    **(b)** Marring or scratching:

      But if an excluded cause of loss that is listed in **B.2.k.(1), (2), (6)** or **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**F. Additional Exclusions**

The following exclusions apply in addition to the exclusions listed under **B. Exclusions** in the Businessowners Special Property Coverage Form.

We will not pay for loss or damage caused by or resulting from any of the following:

  **1.** Human errors or omissions in processing, recording or storing information on electronic media and records and electronic data processing equipment.

    But we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this endorsement.

  **2.** Electrical or magnetic injury, disturbance or erasure of electronic recordings, except as provided for under the Coverage Extensions of this endorsement.

    But we will pay for direct loss or damage caused by lightning.

  **3.** Failure, breakdown or malfunction of electronic media and records and electronic data processing equipment, including parts, while the media is being run through the equipment.

    But, we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss are covered by this endorsement.

  **4.** Installation, testing, repair or other similar service performed upon the electronic data processing media and records or electronic data processing equipment, including parts.

**G. Property Loss Conditions**

Paragraph **d.(6)** of the **Loss Payment** Property Loss Condition does not apply to electronic media and records that are actually replaced or restored.

**H.** The following is added to **H. Property Definitions:**

  **7.** "Converted data" means information that is stored on electronic media, that is capable of being communicated, processed or interpreted by electronic data processing equipment.

CONFIDENTIAL

# Business Income and Extra Expense – 18 Months

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Number: _____     Effective Date: _____

This endorsement modifies insurance provided under the following:

**APARTMENT OWNERS PROPERTY COVERAGE FORM**
**BUSINESSOWNERS COVERAGE FORM**
**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

The provisions of the applicable Coverage Form apply unless modified by this endorsement.

**A.** The Businessowners Special Property Coverage Form **BP 00 02,** or Section I – Property of the Businessowners Coverage Form **BP 00 03** is amended as follows:

    **1.** Item **A.5.f.(1) Business Income** is amended as follows:

        The maximum period for which we will pay for loss of Business Income that you sustain during the "period of restoration" is **18** consecutive months after the date of direct physical loss or   damage.

    **2.** Item **A.5.g.(2) Extra Expense,** is amended as follows:

        We will only pay for Extra Expense that occurs within **18** consecutive months after the date of direct physical loss or damage.

**B.** The Apartment Owners Property Coverage Form **E3424** is amended as follows:

    **1.** Item **A.5.e.(1) Business Income** is amended as follows:

        The maximum period for which we will pay for loss of Business Income that you sustain during the "period of restoration" is **18** consecutive months after the date of direct physical loss or damage.

    **2.** Item **A.5.f.(2) Extra Expense,** is amended as follows:

        We will only pay for Extra Expense that occurs within **18** consecutive months after the date of direct physical loss or damage.

This endorsement is part of your policy.  It supersedes and controls anything to the contrary.  It is otherwise subject to all the terms of the policy.

CONFIDENTIAL

# Business Income From Dependent Properties

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

**SCHEDULE\***

| Name and Describe Occupancy and Location | Limit Of Insurance |
|---|---|
| A. Contributing Locations: | |
| B. Recipient Locations: | |
| C. Leader Locations: | |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**A. Coverage**

With respect to "dependent properties" **A.5.f. Business Income, (1) Business Income** is replaced by the following:

**(1) Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" during the "period of restoration" at a premises described in the Schedule above caused by or resulting from a Covered Cause of Loss.

**B.** The provisions of the Coverage Form respecting direct physical loss or damage at the described premises will apply separately to each premises described in the Schedule. Limits of Insurance shown in the Schedule are separate from any Business Income Limit of Insurance in this policy applicable when direct physical loss or damage occurs at your premises.

**C. Miscellaneous Locations**

The following is added to **f. Business Income** in the Coverage Form:

**(3) Miscellaneous Locations**

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the premises of a "dependent property" not described in the Schedule caused by or resulting

from any Covered Cause of Loss. But we will not pay more than .03% of the sum of all Limits of Insurance shown in the Schedule for each day's suspension of "operations" due to loss arising from any one location with reasonable speed and similar quality.

**D.** With respect to "dependent property", the following replaces **8. Resumption Of Operations** in **E. Property Loss Conditions** in the Coverage Form:

**8. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(1)** Source of materials; or

**(2)** Outlet for your products.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**E. 1.** The following is added to **H. Property Definitions** in the Coverage Form:

"Dependent Property" means property operated by others whom you depend on to:

**a.** Deliver materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, communication or power supply services;

**CONFIDENTIAL**

    **b.** Accept your products or services (Recipient Locations); or

    **c.** Attract customers to your business (Leader Locations).

**2.** The "Period of Restoration" definition, with respect to "dependent property" is replaced by the following:

"Period of Restoration" means the period of time that:

    **a.** Begins 72 hours after the time of direct physical loss; and

    **b.** Ends on the date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    **a.** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants".

The expiration date of this Policy will not cut short the "period of restoration".

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

CONFIDENTIAL

# Back Up of Sewers and Drains Coverage Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following item is added to paragraph **A.5. Additional Coverages** of the applicable Coverage Form.

**Back Up of Sewers or Drains**

**1.** We will pay up to the Limit of Insurance per occurrence shown on the Declarations for loss or damage to your property caused by water that:

    **a.** backs up or overflows from your sewer or drain; or

    **b.** enters into and overflows from a sump pump or sump pump well or any other system designed to remove subsurface water from the foundation area.

One or more incidents occurring within a 72-hour period is considered one occurrence.

**2.** Subject to the applicable Limit of Insurance shown on the Declarations and other provisions of this endorsement, paragraph **g.(3)** in **B. Exclusions** is deleted.

**3.** The deductible applicable to and shown on the Declarations for Building(s) and/or Business Personal Property applies to each loss under this endorsement.

**4.** The most we will pay for loss or damage in any one occurrence is the limit of insurance for Back Up of Sewers or Drains shown on the Declarations for that building or location.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

CONFIDENTIAL

# Water Exclusion Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY**

**A.** The exclusion in Paragraph **B.** replaces the Exclusion **B.1.g. Water** in the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

J6743-ED1 08 09

Page 1 of 1

CONFIDENTIAL

# Exclusion Of Loss Due To Virus Or Bacteria

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERGE FORM**
**APARTMENT OWNERS PROPERTY COVERAGE FORM**
**CONDOMINIUM PROPERTY COVERAGE FORM**

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under **Section A - Coverage** in all forms and endorsements that comprise this policy, except as provided in Paragraph **C.** This includes but is not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** However, the exclusion in Paragraph **B.** does not apply to the following:

    **1.** Loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage may be addressed in a separate exclusion in this policy; or

    **2.** Coverage otherwise provided under Food Borne Illness Business Interruption Coverage **E3032** (if that endorsement is attached to this policy); or

    **3.** Coverage otherwise provided under the Restaurant Food Contamination Shutdown Coverage **E3419** (if that endorsement is attached to this policy).

**D.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**E.** If the following provisions are part of this policy, they are hereby amended to remove reference to bacteria:

    **1.** Exclusion of "Fungi", Wet Rot, Dry Rot And Bacteria; and

    **2.** Additional Coverage – Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**F.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**CONFIDENTIAL**

POLICY NUMBER:                                                    **BUSINESSOWNERS**
       **BP 04 15 01 97**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**SCHEDULE\***

| PREMISES NO. | BLDG. NO. | DESCRIPTION OF PERISHABLE STOCK | LIMIT OF INSURANCE | DEDUCTIBLE |
|---|---|---|---|---|
| | | | | |

| CAUSES OF LOSS | | |
|---|---|---|
| REFRIGERATION MAINTENANCE AGREEMENT | BREAKDOWN OR CONTAMINATION | POWER OUTAGE |
| ☐ | ☐ | ☐ |

The Businessowners Property Coverage Form is extended to insure against direct physical loss of or damage to "perishable stock" indicated in the Schedule, caused by the Covered Cause(s) of Loss, as provided by this endorsement.

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The following provisions (**A.** through **I.** inclusive) apply to the coverage provided by this endorsement:

**A.** Paragraph **A.1. Covered Property** is replaced by the following:

    **1. Covered Property**

        Covered Property means "perishable stock" shown in the Schedule at the described premises, if the "perishable stock" is:

        **a.** Owned by you and used in your business; or

        **b.** Owned by others and in your care, custody or control except as otherwise provided in Loss Payment Property Loss Condition **E.6.d.(3)(b).**

**B.** The following is added to Paragraph **A.2. Property Not Covered:**

    **g.** Property located:

        **(1)** On buildings;

        **(2)** In the open; or

        **(3)** In vehicles.

CONFIDENTIAL

**C.** Paragraph **A.3. Covered Causes Of Loss** is replaced by the following:

### 3. Covered Causes Of Loss

Subject to the exclusions described in Item **E.** of this endorsement, Covered Causes of Loss means the following as indicated in the Schedule:

**a.** Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises shown in the Schedule; or

**(2)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the described premises shown in the Schedule.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

**b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**D.** Paragraph **A.5. Coverage Extensions** of the Businessowners Standard Property Coverage Form does not apply.

Paragraph **A.6. Coverage Extensions** of the Businessowners Special Property Coverage Form does not apply.

**E.** Paragraph **B. Exclusions** is replaced by the following:

### B. Exclusions

**1.** Of the Exclusions contained in Paragraph **B.1.** of the Businessowners Property Coverage Form, only the following apply to Spoilage Coverage:

**b.** Earth Movement;

**c.** Governmental Action;

**d.** Nuclear Hazard;

**f.** War And Military Action; and

**g.** Water.

**2.** The following **Exclusions** are added:

We will not pay for loss or damage caused by or resulting from:

**a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**b.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**c.** The inability of an electrical utility company or other power source to provide sufficient power due to:

**(1)** Lack of fuel; or

**(2)** Governmental order.

**d.** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**F.** Section **D. Deductibles** is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance. No other deductible in this policy applies to the coverage provided by this endorsement.

**G. Conditions**

**1.** Under **Property Loss Conditions,** Item **d.** of Condition **6. Loss Payment** is replaced by the following:

**d.** We will determine the value of Covered Property as follows:

**(1)** For "perishable stock" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had;

**(2)** For other "perishable stock", at actual cash value.

CONFIDENTIAL

**2.** The following condition applies in addition to the **Businessowners Common Policy Conditions, Property Loss Conditions** (as modified in 1. above) and **Property General Conditions:**

**Additional Condition – Refrigeration Maintenance Agreements**

**Refrigeration Maintenance Agreements**

If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable in the Schedule, the following condition applies:

You must maintain a refrigeration maintenance or service agreement as described below. If you voluntarily terminate this agreement and do not notify us within 10 days, the insurance provided by this endorsement under the Breakdown or Contamination Covered Cause of Loss will be automatically suspended at the location involved.

A refrigeration maintenance agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the "insured location", and the servicing and repair of the equipment, including emergency response at the "insured location".

**H.** Paragraph **G. Optional Coverages** does not apply.

**I.** The following is added to the **Definitions**:

"Perishable Stock" means property:

**a.** Maintained under controlled temperature or humidity conditions for preservation; and

**b.** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

CONFIDENTIAL

# Restaurant Preferred Package Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Premises Boundary**

1. Paragraph **1. Covered Property** under Section **A. Coverage** is amended as follows:

   The phrase "within 100 feet of the described Premises" is changed to "within 1,000 feet of the described premises".

2. Subparagraphs **5.f. Business Income Additional Coverage** and **5.g. Extra Expense** under Section **A. Coverage** are amended as follows:

   The phrase "within 100 feet of the site" is changed to read "within 1,000 feet of the site".

3. Paragraph **6. Coverage Extensions** under Section **A. Coverage** is amended as follows:

   The phrase "within 100 feet of the described Premises" is changed to read "within 1,000 feet of the described premises".

**B.** Paragraph **5. Additional Coverages** under Section **A. Coverage** is amended as follows:

1. Subparagraph **b.(2) Preservation of Property,** is deleted and replaced with the following:

   **(2)** Only if the loss or damage occurs within 60 days after the property is first moved.

2. Subparagraph **c. Fire Department Service Charge** is deleted and replaced with the following:

   **c. Fire Department Service Charge**

   When the fire department is called to save or protect Covered Property from an occurrence involving a Covered Cause of Loss, we will pay up to $10,000, unless a higher limit is shown on the Declarations,

   for this **Additional Coverage** for your liability for fire department service charges:

   **(1)** Assumed by contract or agreement prior to loss; or

   **(2)** Required by local ordinance.

   However, the Limits of Insurance for this **Additional Coverage** will never be less than $5,000.

   No deductible applies to this **Additional Coverage.**

3. Subparagraph **f. Business Income** is amended as follows:

   **a.** Continuing normal operating expenses incurred, as described in **f.(1)(ii)** include:

   **(1)** Tip income of your employees as reported by you to the Internal Revenue Service; and

   **(2)** Franchisor fees and royalties as stipulated in your franchise agreement.

   **b.** Item **(2)(b)(ii) Extended Business Income** is deleted and replaced with the following:

   **(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

   **c.** The following are added:

   **(3) Off Premises Event Cancellation**

   We will pay the actual loss of Business Income you sustain if a special event, not at a covered location, is cancelled. Such cancellation must be caused by direct physical loss of or damage to property

Includes copyright material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

at the Off Premises Event location. The loss or damage must be caused by or result from a Covered Cause of Loss.

The amount we pay will be reduced by any income you receive from the use, in whole or in part, of any space reserved for a special event that has been cancelled.

The most we will pay for any one loss under this coverage is $10,000.

Special event means any convention, conference, banquet, seminar, wedding, party or other public or private event, gathering or group meeting for which you have reserved space, and/or contracted for food, equipment or other supporting material or services away from your premises, but within the coverage territory.

Subparagraph **a.(2)** of **B.4. Business Income And Extra Expense Exclusions** does not apply to Off Premises Event Cancellation coverage.

With respect to this Additional Coverage, property damaged does not include property belonging to any suppliers of water, communication or power services.

**(4) Boil-Water Order**

**(a)** We will pay the actual loss of Business Income you sustain and necessary Extra Expense you incur due to the "suspension" of your "operations" caused by a "Boil-water order".

The most we will pay under this Additional Coverage is $10,000 at each described premises for the sum of all covered loss of Business Income and Extra Expense arising out of all "Boil-water orders" occurring during each separate 12 month period of this policy.

This coverage will begin 24 hours after you receive notice of the "Boil-water order" and will apply for a period of seven consecutive days after coverage begins,

This Additional Coverage does not apply to any "Boil-water order" at a described premises, which occurs while access to the premises is prohibited by action of civil authority.

**(b)** With respect to this Additional Coverage, the following definitions are provided:

**(i)** "Boil-water order" means an advisory, notice, order or other communication issued by a governmental, health or water authority, providing that water at the described premises should be boiled before consumption or use, due to actual or potential contamination.

**(ii)** "Suspension" means partial shutdown or cessation.

4. Subparagraph **i. Civil Authority** is amended as follows :

The second unnumbered paragraph is deleted and replaced with the following:

The coverage for Business Income will begin 24 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

5. Subparagraph **j. Money Orders And Counterfeit Paper Currency** is deleted and replaced with the following:

**j. Money Orders And Counterfeit Paper Currency**

We will pay for loss due to the good faith acceptance of:

**(1)** Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

**(2)** Counterfeit United States or Canadian papery currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

The most we will pay for any loss under this Additional Coverage is $10,000.

6. Subparagraph **k.(3) Forgery And Alteration** is deleted and replaced with the following:

Includes copyright material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

**(3)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000.

**7.** The following items are added to **A.5. Additional Coverages:**

**n. Crime Conviction Reward**

We will pay a crime conviction reward to a person or persons (not to include any insured or any person in any way responsible for the crime) providing information which leads to a crime conviction in connection with loss or damage covered by this policy. The amount of the reward will be $10,000 unless a higher limit is shown on the Declarations for **Crime Conviction Reward,** for each covered location. However, in no event will the reward exceed the amount paid for the covered loss.

This reward applies per occurrence regardless of the number of persons providing information.

No deductible applies to this **Additional Coverage.**

**o. Fire Extinguisher Recharge Expense Coverage**

We will pay up to $10,000, unless a higher limit is shown on the Declarations, for this **Additional Coverage,** per occurrence, for the necessary costs to recharge or replace (whichever is less) fire extinguishers or fire suppression systems owned by the insured or for which the insured is legally responsible that are accidentally discharged or discharged as a result of extinguishing a fire which occurs at a location shown in the Declarations.

The deductible applicable to and shown on the Declarations for Building(s) and/or Business Personal Property applies to each loss under this **Additional Coverage.**

**p. Lock Replacement Coverage**

We will pay up to $2,500, unless a higher limit is shown on the Declarations, per occurrence for the reasonable cost of necessary repair or replacement with like kind and quality of locks or tumblers at a location listed in the Declarations when the door key is lost due to theft covered under the policy.

No deductible applies to this **Additional Coverage.**

**q. Brands And Labels**

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, and we take all or any part of the property at an agreed or appraised value you may extend the insurance that applies to your Business Personal Property to pay expenses you incur to:

**(1)** Stamp "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**(2)** Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

Payment of these expenses is included within the applicable Limit of Insurance.

**r. Blanket Personal Property**

If two or more locations are shown on the Declarations, and the Limit of Insurance shown for Business Personal Property at each covered location is at least 90% of the value of the Business Personal Property at the time of a covered loss, the combined limit for all Business Personal Property at all locations described on the Declarations may be applied to any one location.

**s. Customer's Property**

We will pay up to $10,000, unless a higher limit is shown in the Declarations, per occurrence, subject to a maximum limit of $1,000 on any single item, for the necessary costs to repair or replace (whichever is less) property of your customers which is in your care, custody or control.

The Deductible applicable to and shown on the Declarations for Building(s) and/or Business Personal Property applies to each loss under this **Additional Coverage.**

**t. Unauthorized Business Card Use**

**(1)** We will pay for loss of "money" resulting directly from theft (meaning any act of stealing), forgery or

Includes copyright material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

unauthorized use of credit, debit or charge cards issued in your name, including:

**(a)** Fund transfer cards;

**(b)** Charge plates; and

**(c)** Telephone cards.

**(2)** We will not pay for any loss:

**(a)** Resulting from the use of any credit, debit or charge card issued in the name of anyone other than you, whether or not customarily used in your business;

**(b)** Caused by any dishonest or criminal act committed by you or any of your partners, whether acting alone or in collusion with other persons; or

**(c)** Caused by any dishonest or criminal act committed by any of your employees, directors, trustees or authorized representatives:

**(i)** Acting alone or in collusion with others; or

**(ii)** While performing services for you or otherwise.

**(3)** The most we will pay under this Additional Coverage is $5,000 for any one occurrence.

**u. Wine Collection**

**(1)** We will pay for direct physical loss of or damage to your Wine Collection at the described premises caused by or resulting from a "specified cause of loss".

**(2)** With respect to this Additional Coverage, Wine Collection means your stock held for sale consisting of:

**(a)** Wine;

**(b)** Champagne;

**(c)** Brandy; or

**(d)** Other bottled alcoholic beverages;

that are not readily replaceable with like kind and quality through normal distribution sources common in the restaurant industry.

**(3)** In the event of covered loss or damage under this Additional

Coverage, the Wine Collection will be valued at your menu price at the time of loss.

**(4)** The most we will pay under this Additional Coverage in any one occurrence is $10,000, but not more than $500 for any one item, at each described premises. This limit is in addition to the Limits of Insurance.

**v. Ordinance Or Law – Equipment Coverage**

**(1)** If a Covered Cause of Loss occurs to equipment that is Covered Property, other than refrigeration equipment, we will pay the additional costs you incur to repair or replace the equipment as required by law.

**(2)** If a Covered Cause of Loss occurs to refrigeration equipment that is Covered Property, we will pay:

**(a)** The cost to reclaim the refrigerant as required by law;

**(b)** The cost to retrofit the equipment to use a non-CFC refrigerant as required by the Clean Air Act of 1990 and any amendments thereto or any other similar laws; and

**(c)** The increased cost to recharge the system with a non-CFC refrigerant.

**(3)** Exclusion **B.1.a.**, Ordinance Or Law does not apply to this Additional Coverage.

**(4)** We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(5)** We will not pay under this Additional Coverage for loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the equipment was undamaged; and

**(b)** You failed to comply with.

Includes copyright material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

**(6)** The most we will pay under this Additional Coverage in any one occurrence is $10,000.

**w. Credit Card Forgery**

**(1)** We will pay for loss involving written instruments required in conjunction with your customers' credit, debit or charge card resulting directly from forgery or alteration of such written instruments by your customers.

**(2)** In addition to the Limitations and Exclusions applicable to property coverage, we

will not pay for loss arising from any credit, debit or charge card transaction if you have not complied fully with the provisions, conditions or other terms of the card issuer.

**(3)** In Section **A. Coverage,** under **2. Property Not Covered**, item **b.** does not apply to this Additional Coverage.

**(4)** The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**(5)** All loss caused by any person or in which that person is involved, whether the loss involves one or more instruments, is considered one occurrence.

**(6)** Paragraph **2.g. False Pretense** under Section **B. Exclusions** does not apply to this Additional Coverage.

**x. Credit Card Slip Theft, Disappearance or Destruction**

**(1)** We will pay for loss caused directly by theft, disappearance or destruction of written instruments required in conjunction with any of your customers' credit, debit, or charge card at the described premises.

**(2)** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(a)** Resulting from accounting or arithmetical errors or omissions; or

**(b)** Due to the giving or surrendering of property in any exchange or purchase.

**(3)** In Section **A. Coverages**, under **2. Property Not Covered**, item **b.** does not apply to this Additional Coverage.

**(4)** The most we will pay under this Additional Coverage in any one occurrence is $5,000.

**(5)** You must keep records of all written instruments so we can verify the amount of any loss or damage.

**(6)** All loss:

**(a)** Caused by one or more persons; or

**(b)** Involving a single act or series of related acts;

is considered one occurrence.

**y. Computer Fraud and Funds Transfer Fraud**

**(1)** We will pay for:

**(a)** Loss of and damage to "money", "securities" or "other property" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described premises, a bank or savings institution:

**(i)** To a person (other than a messenger) outside those premises; or

**(ii)** To a place outside those premises; and

**(b)** Loss of "money" or "securities" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" or "securities" from your "transfer account".

**(2)** Subparagraph **a.(4)** of Paragraph **A.4. Limitations** does not apply to this Additional Coverage.

**(3)** Paragraph **2.g. False Pretense** under Section **B. Exclusions** does not apply to this Additional Coverage.

**(4)** We will not pay for loss or damage caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

Includes copyright material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

**(5)** With respect to this Additional Coverage:

**(a)** "Fraudulent instruction" means:

**(i)** An electronic, telegraphic, cable, teletype, facsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**(ii)** A written instruction (other than those described in Paragraph **A.5.k. Forgery Or Alteration**) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**(iii)** An electronic, telegraphic, cable, teletype, facsimile, telephone or written instruction initially received by you which purports to have been transmitted by an employee but which was in fact fraudulently transmitted by someone else without your or the employee's knowledge or consent.

**(b)** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property excluded under this policy.

**(c)** "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and/or "securities":

**(i)** By means of electronic, telegraphic, cable, teletype, facsimile or telephone instructions communicated directly through an electronic funds transfer system; or

**(ii)** By means of written instructions (other than those described in Paragraph **A.5.k. Forgery Or Alteration**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**(6)** The most we will pay for loss or damage under this Additional Coverage in any one occurrence is $10,000.

**(7)** With respect to this Additional Coverage, Subparagraph **3.b. Money And Securities** under Section **G. Optional Coverages** is deleted and replaced with the following:

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase;

**(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device; or

**(4)** To "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described premises, bank or savings institution:

**(a)** To a person (other than a messenger) outside those premises; or

**(b)** To a place outside those premises.

**C.** Paragraph **6. Coverage Extensions** under Section **A. Coverage** is amended as follows:

**1.** Subparagraph **a.(1) Personal Property At Newly Acquired Premises** is deleted and replaced with the following:

Includes copyright material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to the property at any premises you acquire.

The most we will pay for loss or damage under this extension is $250,000 at each premises.

**2.** Subparagraph **b. Personal Property Off Premises** is deleted and replaced with the following:

**b. Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000 unless a higher Limit of Insurance for Personal Property Off Premises is shown on the Declarations.

**3.** Subparagraph **c. Outdoor Property** is deleted and replaced with the following:

**c. Outdoor Property**

**(1) Outdoor Property – Antennas And Satellite Dishes**

You may extend the insurance provided by this policy to apply to your radio and television antennas and satellite dishes, including their lead-in wiring, masts and towers.

For the purpose of this extension, the following is added to subparagraph **5.d.(3) Collapse Additional Coverage under A. Coverage:**

**(i)** Radio and television antennas and satellite dishes, including their lead-in wiring, masts and towers.

The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $5,000, unless a higher Limit of Insurance is shown on the Declarations for Outdoor Property.

**(2) Outdoor Property – Trees, Shrubs, Plants And Lawns**

You may extend the insurance provided by this policy to apply to your outdoor trees, shrubs, plants and lawns other than those held in storage or for sale, including debris removal expense, caused by or resulting from any of the following causes of loss.

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or Civil Commotion; or

**(e)** Aircraft.

The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $5,000, unless a higher Limit of Insurance is shown on the Declarations for Outdoor Property, but not more than $1,000 for any one tree, shrub, plant or lawn.

**4.** Subparagraph **d. Personal Effects** is deleted and replaced with the following:

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $10,000, but not more than $2,500 for any one individual.

**5.** Subparagraph **f.(2) Accounts Receivable** is deleted and replaced with the following:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for accounts receivable is shown on the Declarations.

For accounts receivable not at the described premises, the most we will pay is $25,000.

**6.** The following items are added to **6. Coverage Extensions** under **A. Coverage:**

**g. Newly Acquired or Constructed Property**

Includes copyright material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

**(1)** You may extend the insurance that applies to Building(s) to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

**(2)** The most we will pay for loss or damage under this Extension is $500,000 at each covered building. Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire or begin to construct the property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

The deductible applicable to and shown on the Declarations for Building(s) and/or Business Personal Property applies to each loss under this Coverage Extension.

**h.** **Claims Expense**

**(1)** In the event of covered loss or damage, we will pay up to $10,000 as an additional amount of insurance for all reasonable expenses you incur at our request to assist us in:

**(a)** The investigation of a claim or suit; or

**(b)** The determination of the amount of loss, such as taking inventory.

**(2)** We will not pay under this Coverage Extension for:

**(a)** Expenses to prove that loss or damage is covered;

**(b)** Expenses incurred under **E. Property Loss Conditions, 2. Appraisal**; or

**(c)** Expenses incurred for examination under oath, even if requested by us.

**i.** **Building – Tenant Obligation**

**(1)** If:

**(a)** You are a tenant; and

**(b)** You are contractually obligated to insure or pay for loss or damage to any part of a building you occupy;

at the described premises, you may extend the insurance provided by this policy to apply to direct physical loss of or damage to such property caused by or resulting from any Covered Cause of Loss.

**(2)** This Coverage Extension does not apply to any otherwise covered tenant's improvements and betterments.

**(3)** The most we will pay for loss or damage under this Coverage Extension in any one occurrence is $10,000 at each described premises.

**D.** The following is added to Section **G. Optional Coverages:**

**6.** **Employee Dishonesty – Customer Loss**

**a.** We will pay up to $5,000 for loss of or damage to "money", "securities" or "other property" sustained by your customers resulting directly from theft committed by an identified employee, acting alone or in collusion with other persons, subject to the Employee Dishonesty deductible shown in the Declarations.

**b.** The property covered under this coverage is limited to property:

**(1)** That your customer owns or leases; or

**(2)** That your customer holds for others.

Coverage applies only while the property is in a building at the premises described in the Declarations.

**c.** We will not pay for loss or damage resulting from any dishonest or criminal act that you or any of your partners

Includes copyright material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

commit whether acting alone or in collusion with any other persons.

**d.** This insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your customer. Any claim for loss incurred by your customers that is covered under this coverage must be presented to you.

**e.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**f.** We will only pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**g.** This Optional Coverage does not apply to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**h.** In Section **A. Coverage**, under **2. Property Not Covered**, item **b.** does not apply to this Optional Coverage.

**i.** With respect to this coverage, the following definition is provided:

"Other property" means any tangible property other than "money" and "securities" that has intrinsic value, but does not include any property specifically excluded under this policy.

**E. Property Definitions**

Item **a.** of Paragraph **3.** "Period of Restoration" in Section **H. Property Definitions** is deleted in its entirety and replaced with the following:

**a.** Begins:

**(1)** Immediately after the time of direct physical loss or damage for Business Income or Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described Premises; and

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

Includes copyright material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

POLICY NUMBER:                                                           **BUSINESSOWNERS**
                                                                        **BP 04 57 01 97**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES - TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**SCHEDULE\***

| Water Supply Property | Communication Supply Property (Not Including Overhead Transmission Lines) | Communication Supply Property (Including Overhead Transmission Lines) | Power Supply Property (Not Including Overhead Transmission Lines) | Power Supply Property ( Including Overhead Transmission Lines) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| Prem. No. | Bldg. No. | Utility Services Limit Of Insurance |
|---|---|---|

\*   Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The coverage provided by this endorsement is subject to the provisions of the applicable Businessowners Property Coverage Form of this policy, except as provided below.

**A. Coverage**

The following is added to Paragraph **A.:**

We will pay for loss of Business Income or Extra Expense at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **B.** if such property is indicated by an "X" in the Schedule and is located outside of a covered building described in the Declarations.

**B. Utility Services**

1.  Water Supply Services, meaning the following types of property supplying water to the described premises:

    **a.**  Pumping stations; and

    **b.**  Water mains.

2.  Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

    **a.**  Communication transmission lines, including optic fiber transmission lines;

    **b.**  Coaxial cables; and

    **c.**  Microwave radio relays except satellites.

    It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**CONFIDENTIAL**

**3.** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

    **a.** Utility generating plants;

    **b.** Switching stations;

    **c.** Substations;

    **d.** Transformers; and

    **e.** Transmission lines.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**B. Limits Of Insurance**

Section **C.** is replaced by the following:

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Schedule as applicable to the Covered Property.

Copyright,  Insurance Services Office, Inc., 1997

CONFIDENTIAL

# Utility Services - Time Element Modification

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies coverage provided under the following:

**UTILITY SERVICES - TIME ELEMENT - BP 04 57**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Item **B. Limits of Insurance** is deleted and replaced by the following:

Section **C.** is replaced by the following:

The most we will pay for loss or damage in any one occurrence is the actual loss sustained or the Limit of Insurance shown in the Schedule as applicable to the Coverage Property.

We will only pay for loss you sustain after the first 8 operating hours following the direct physical loss or damage to the off-premises property to which this coverage applies.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all terms of the policy.

**CONFIDENTIAL**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
APARTMENT OWNERS PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by this endorsement.

When this endorsement is made part of a BUSINESSOWNERS POLICY, the optional coverage for Mechanical Breakdown in the Businessowners Special Property Coverage Form and the Businessowners Coverage Form is deleted in its entirety.

The following is added to **5. Additional Coverages** under Section **A. Coverage** in the applicable Property Coverage Form:

**Equipment Breakdown Coverage**

We will pay for direct damage to Covered Property caused by or resulting from Breakdown to Covered Equipment owned by you, or in your care, custody or control, and for which you are legally liable and located at the described premises. The provisions of:

1. Paragraphs **f. Business Income** and **g. Extra Expense** under Section **A.5. Additional Coverages** in the Businessowners Special Property Coverage Form and **Section I – Property** of the Businessowners Coverage Form;

2. Paragraphs **e. Business Income** and **f. Extra Expense** under Section **A.5. Additional Coverages** in the Apartment Owners Property Coverage Form; and

3. Paragraph **e. Association Fees and Extra Expense** in the Condominium Owners Property Coverage Form

apply as a consequence of covered direct damage to Covered Property if Business Income and Extra Expense or Association Fees and Extra Expense are covered in this policy.

1. **Covered Equipment**

   a. Covered Equipment means and includes any of the following:

      (1) Equipment built to operate under internal pressure or vacuum other than weight of contents; and

      (2) Electrical or mechanical equipment that is used in the generation, transmission or utilization of energy.

   b. Covered Equipment does not mean or include any of the following:

      (1) Part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

      (2) Insulating or refractory material, but not excluding the glass lining of any Covered Equipment;

      (3) Non-metallic pressure or vacuum equipment unless it is constructed and used in accordance with the American Society of Mechanical Engineers (ASME) code or another appropriate and approved code;

      (4) Catalyst;

      (5) Vessels, piping and other equipment that is buried below ground and requires the excavation of materials to inspect, remove, repair or replace;

      (6) Structure, foundation, cabinet or compartment supporting or containing the Covered Equipment or part of the Covered Equipment including penstock, draft tube, well casing, or water piping other than boiler feed

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.

J6612-ED2 05 15

Page1 of 5

**CONFIDENTIAL**

water piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(7)** Vehicle, aircraft, self-propelled equipment or floating vessel including any Covered Equipment that is mounted upon or used solely with any one or more vehicle(s), aircraft, self-propelled equipment or floating vessel;

**(8)** Dragline, excavation or construction equipment including any Covered Equipment that is mounted upon or used solely with any one or more dragline(s), excavation, or construction equipment;

**(9)** Felt, wire, screen, die, extrusion plate, swing hammer, grinding disc, cutting blade, non-electrical cable, chain, belt, rope, clutch plate, brake pad, non-metal part or any part or tool subject to periodic replacement;

**(10)** Computer Equipment, meaning:

**(a)** Programmable electronic equipment that is used to store, retrieve and process data (unless used to control covered equipment); and

**(b)** Associated peripheral equipment that communicates with the equipment described in (a) above, including input and output functions such as printing and auxiliary functions such as data transmission.

**(11)** Media, meaning electronic data processing or storage media such as films, tapes, discs, drums or cells;

**(12)** Electronic Data, meaning:

**(a)** Programmed and recorded material stored on media, as described in **b.(11)** above; and

**(b)** Programming records used for electronic data processing, or electronically controlled equipment; or

**(13)** Equipment or any part of such equipment manufactured by you for sale or lease.

**2. Breakdown**

**a.** Breakdown means direct physical loss that causes damage to Covered Equipment and necessitates its repair or replacement as follows:

**(1)** Failure of pressure or vacuum equipment;

**(2)** Mechanical failure including rupture or bursting caused by centrifugal force; or

**(3)** Artificially generated electrical failure including arcing that disturbs electrical devices, equipment, appliances or wires

**b.** Breakdown does not mean or include:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube or brush;

**(4)** Damage to any structure or foundation supporting the Covered Equipment or any of its parts; or

**(5)** The cracking of any part of an internal combustion gas turbine exposed to the products of combustion.

If an initial Breakdown causes other Breakdowns, all will be considered One Breakdown. All Breakdowns at any one described premises that manifest themselves at the same time and are the direct result of the same cause will be considered One Breakdown.

**3.** This Additional Coverage will not increase the Limits of Insurance provided in this policy.

**4. Extensions**

The following Extensions also apply to loss caused by or resulting from Breakdown to Covered Equipment owned by you, or in your care, custody or control, and for which you are legally liable and located at the described premises.

---

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.

J6612-ED2 05 15

Page 2 of 5

**CONFIDENTIAL**

The most we will pay for any of the following Extensions is $25,000 unless another Limit of Insurance is shown in the Declarations for such Extensions. Unless Business Income and Extra Expense or Association Fees and Extra Expense are excluded from the policy, this includes loss of business income and/or necessary extra expense or association fees and extra expense you may incur as a consequence of the following Extensions.  The Limits of Insurance applicable to these Extensions will not increase the Limits Of Insurance provided in this policy.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or replacement of the damaged property.

**b. Ammonia Contamination**

The spoilage to Covered Property contaminated by ammonia, including any salvage expense.

**c. Hazardous Substance**

We will pay for any additional expenses incurred by you for the clean up, repair or replacement or disposal of Covered Property that is damaged, contaminated, or polluted by a Hazardous Substance.

As used here, additional expenses means the additional cost incurred over and above the amount that we would have paid had no Hazardous Substance been involved with the loss.

Hazardous Substance means any substance other than ammonia that has been declared hazardous to health by a governmental agency.  Ammonia is not considered to be a Hazardous Substance as respects this Additional Coverage.

**d. Water Damage**

The damage to Covered Property by water, including any salvage expenses, except no coverage applies to such damage resulting from leakage of a sprinkler system or domestic water piping.

**e. Drying Out Coverage**

If electrical Covered Equipment requires drying out as a result of a flood, we will pay for the direct expenses of such drying out.

**f. Valuation**

**(1)** If you elect or we require that the repair or replacement of the damaged Covered Equipment be done in a manner that:

**(a)** Improves the environment;

**(b)** Increases efficiency; or

**(c)** Enhances safety;

while maintaining the existing function, then we will pay, subject to the limit of insurance, up to an additional 25% of the property damage amount for the Covered Equipment otherwise recoverable.

**(2)** If:

**(a)** Any damaged Covered Equipment is protected by an extended warranty, or maintenance or service contract; and

**(b)** That warranty or contract becomes void or unusable due to a Breakdown;

we will reimburse you for the unused costs of non-refundable, non-transferable warranties or contracts.

**5. Conditions**

The following conditions apply to this Additional Coverage:

**a. Suspension**

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.

J6612-ED2 05 15

Page 3 of 5

CONFIDENTIAL

Whenever Covered Equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from a Breakdown to that Covered Equipment by delivering or mailing written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Covered Equipment is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that Covered Equipment.

If we suspend your insurance, you will get a pro rata refund of premium for that Covered Equipment. But the suspension will be effective even if we have not yet made or offered a refund.

**b. Salvage**

Any salvage value of property obtained for temporary repairs or use following a Breakdown which remains after repairs are completed will be taken into consideration in the adjustment of any loss.

**6. Exclusions**

**a.** The following limitations and exclusions in **A.4 Limitations** and **B. Exclusions** in the Businessowners Special Property Coverage Form do not apply to the extent that coverage is provided in this Additional Coverage:

**(1)** Limitation **A.4.a.(1)** Steam Equipment;

**(2)** Limitation **A.4.a.(2)** Water Heating Equipment;

**(3)** Exclusion **B.2.a.** Electrical Apparatus**;**

**(4)** Exclusion **B.2.d.** Steam Apparatus**;** and

**(5)** Exclusion **B.2.k.(6)** Mechanical Breakdown**.**

With respect to this Additional Coverage, the last paragraph of Exclusion **B.2.k. Other Types of Loss** is deleted with replaced with the following:

But if an excluded cause of loss that is listed in **B.2.k.(1)** through **B.2.k.(7)** results in a Breakdown, we will pay for the loss or damage caused by that Breakdown.

**b.** The following limitations and exclusions in **A.4.** Limitations and **B.** Exclusions under **Section I – Property** in the Businessowners Coverage Form do not apply to the extent that coverage is provided in this Additional Coverage:

**(1)** Limitation **A.4.a.(1)** Steam Equipment;

**(2)** Limitation **A.4.a.(2)** Water Heating Equipment;

**(3)** Exclusion **B.2.a.** Electrical Apparatus;

**(4)** Exclusion **B.2.d.** Steam Apparatus**;** and

**(5)** Exclusion **B.2.l.(6)** Mechanical Breakdown**.**

With respect to this Additional Coverage, the last paragraph of Exclusion **B.2.l. Other Types of Loss** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.l.(1)** through **B.2.l.(7)** results in a Breakdown, we will pay for the loss or damage caused by that Breakdown.

**c.** The following limitations and exclusions in **A.4.** Limitations and **B.** Exclusions in the Apartment Owners Property Coverage Form or the Condominium Property Coverage Form do not apply to the extent that coverage is provided in this Additional Coverage:

**(1)** Limitation **A.4.a.(1)** Steam Equipment;

**(2)** Limitation **A.4.a.(2)** Water Heating Equipment;

**(3)** Exclusion **B.2.a.** Electrical Apparatus**;**

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.

J6612-ED2 05 15

Page 4 of 5

**CONFIDENTIAL**

**(4)** Exclusion **B.2.d.** Steam Apparatus**;** and

**(5)** Exclusion **B.2.j.(6)** Mechanical Breakdown**.**

With respect to this Additional Coverage, the last paragraph of Exclusion **B.2.j. Other Types of Loss** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.j.(1)** through **B.2.j.(7)** results in a Breakdown, we will pay for the loss or damage caused by that Breakdown.

**d.** We will not pay for loss or damage caused by or resulting from any of the following:

**(1)** Damage to Covered Equipment undergoing a pressure or electrical test.

**(2)** Depletion, deterioration, corrosion, erosion, rust or wear and tear.  However, if a Breakdown occurs we will pay the resulting loss or damage.

This endorsement is part of your policy.  It supersedes and controls anything to the contrary.  It is otherwise subject to all the terms of the policy.

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.

**CONFIDENTIAL**

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 04 30 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

## SCHEDULE*

| Prem.<br>No. | Bldg.<br>No. | Protective Safeguards<br>Symbols Applicable |
|---|---|---|

**Describe any "P-9":**

**A.** The following is added to the Property General Conditions in the Businessowners Property Coverage Form:

**PROTECTIVE SAFEGUARDS**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **a. "P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   **(1)** Any automatic fire protective or extinguishing system, including connected:

   **(a)** Sprinklers and discharge nozzles;

   **(b)** Ducts, pipes, valves and fittings;

   **(c)** Tanks, their component parts and supports; and

   **(d)** Pumps and private fire protection mains.

   **(2)** When supplied from an automatic fire protective system:

   **(a)** Non-automatic fire protective systems; and

   **(b)** Hydrants, standpipes and outlets.

   **b. "P-2" Automatic Fire Alarm,** protecting the entire building, that is:

   **(1)** Connected to a central station; or

   **(2)** Reporting to a public or private fire alarm station.

   **c. "P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **d. "P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

   **e. "P-9"** The protective system described in the Schedule.

---

\*  Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**CONFIDENTIAL**

**B.** The following is added to the EXCLUSIONS section of the BUSINESSOWNERS PROPERTY COVERAGE FORM:

We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

          Copyright,  Insurance Services Office, Inc., 1996          **BP 04 30 01 96**

**CONFIDENTIAL**

# Restaurant Food Contamination Shutdown Coverage Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement

**A.** The following is added to Section **A.5. Additional Coverages**

**Restaurant Food Contamination Shutdown**

If the Board of Health or other government body orders your premises closed because of the discovery of, or suspicion of "Food Contamination", coverage is provided as described below at the location(s) described in the Declarations.

**1.** We will pay for the actual loss of "Business Income" you sustain due to the necessary suspension of your "operations" resulting from a closure order issued by the Board of Health or other government body.

The amount of "Business Income" loss will be determined based on:

**a.** The Net Income of the business before the Board Of Health or other government body closure order was issued:

**b.** The likely Net Income of the business if no loss occurred:

**c.** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the closure order was issued; and

**d.** Reasonable advertising expenses incurred to restore reputation.

The limit shown on the Declarations is the most we will pay for this coverage per covered loss.

**2.** We will pay:

**a.** Your cost to clean your equipment in accordance with local Board of Health or other government body requirements;

**b.** Your cost to replace those consumable goods declared contaminated by the local Board of Health or other government body;

**c.** Necessary medical tests and vaccines for affected employees as required by the Board of Health or other government body. This coverage is primary to any other insurance coverage; and

**d.** Reimbursement you paid to infected patrons for medical care, hospitalization and necessary blood work.

The limit shown on the Declarations is the most we will pay for this coverage per covered loss.

**3.** We will not pay for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or events that contributes concurrently or in any sequence to the loss.

**a.** Fines or penalties of any kind;

**b.** Seizure or destruction of property by order of governmental authority;

**c.** Nuclear reaction or radiation, or radioactive contamination, however caused;

**d.** War, including undeclared or civil war;

**e.** Any increase of loss caused by or resulting from delay in resuming "operations" due to interference by strikers or other persons; and

**f.** Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

Includes copyright material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

**(2)** Whether or not occurring during the hours of employment.

**B.** The following is added to Paragraph **3. Duties In The Event Of Loss Or Damage** of Section **E. Property Loss Conditions:**

**c.** In the event of a covered Food Contamination Shutdown loss, you must also:

**(1)** Give us prompt notice of the Board Of Health closure order received by you and "Locations Covered" that may be involved in the loss.

**(2)** Notify any public authority that may have jurisdiction over the incident.

**(3)** As soon as possible, provide us a description of how, when and where the "Food Contamination" was first discovered.

**(4)** Resume all your "operations" as quickly as possible.  If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the time it would have taken to resume "operations" as quickly as possible.

**(5)** Do all things practical to avoid or diminish further loss.

**C.** **DEFINITIONS**

For the purposes of coverage provided by this endorsement, the following definitions are added;

**1.** "Business Income" means the:

**a.** Net Income (Net Profit or Loss before income tax) that would have been earned or incurred if no closure order had been issued by the Board of Health or other government body; and

**b.** Continuing normal operating expenses incurred, including payroll.

**2.** "Food Contamination" means bacteria, toxins, viruses or chemical residues contained in food you provide causing an acute gastrointestinal disorder in one or more of your patrons.

**3.** "Location Covered" means any location scheduled in the Declarations.

**4.** "Operations" means your business activities occurring at any "Location Covered".

This endorsement is part of the policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

Includes copyright material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

# Connecticut Changes

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY**

**A.** The BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM is amended as follows:

1. The following are added to Paragraph **E.2. Appraisal** Property Loss Condition:

   **a.** You and we must notify the other of the appraiser selected within 20 days of the written demand for appraisal.

   **b.** If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

2. The following is added to Paragraph **E.6. Loss Payment** Property Loss Condition:

   **h.** If a municipality has elected to apply the provisions of Connecticut Code Section 12-173, a part of our payment for fire damage to your real property in that municipality will be withheld when the following conditions exist:

   **(1)** The claim payment for covered fire damage to your real property exceeds $5,000; and

   **(2)** The collector of the municipality has filed a certificate giving notice of their intention to file a lien against the proceeds of any insurance policy providing coverage for fire damage should such a loss or damage occur.

   Our payment to the municipality will not exceed the amount of loss payable under this policy.

   The claim of the municipality will have priority over the claim of any mortgageholder, assignees, you or any other interested party, except where otherwise provided by the laws of the United States.

3. Paragraph **E.9.a.(1)(b) Vacancy** Property Loss Condition is replaced by the following:

   **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

   **(i)** Is not rented to a lessee or sub-lessee or is not used by the lessee or sub-lessee to conduct its customary operations; and/or

   **(ii)** Is not used by the building owner to conduct customary operations.

4. Paragraph **F.2. Mortgageholders** Property General Condition is replaced by the following:

   **2. Mortgageholder's Interests And Obligations**

   If loss hereunder is made payable, in whole or in part, to a designated mortgageholder not named herein as the insured, such interest in this policy may be cancelled by giving to such mortgageholder a ten days' written notice of cancellation.

   If you fail to render proof of loss such mortgageholder, upon notice, shall render proof of loss in the form specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If we claim that no liability existed as to the mortgagor or owner, we shall, to the extent of payment of loss to the mortgageholder, be subrogated to all the mortgageholder's rights of recovery, but without impairing mortgageholder's rights to sue; or we may pay off the mortgage debt and require an assignment thereof and of the mortgage.   Other provisions relating to the interests and obligations of such mortgageholder may be added hereto by agreement in writing.

Inclues copyrighted material of Insurance Services Office, Inc., with its permission.

W1685-ED2 05 13
Page 1 of 3

**B.** The BUSINESSOWNERS LIABILITY COVERAGE FORM is amended as follows:

The term spouse is replaced by the following:

Spouse or party to a civil union recognized under Connecticut law.

**C.** The BUSINESSOWNERS COMMON POLICY CONDITIONS form is amended as follows:

1. Paragraph **A. Cancellation** is replaced by the following:

   **A. Cancellation**

   1. The Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

   2. **Cancellation Of Policies In Effect For Less Than 60 Days**

      If this policy has been in effect for less than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason by giving you written notice of cancellation at least:

      **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

   3. **Cancellation Of Policies In Effect For 60 Days Or More**

      **a.** If this policy has been in effect for 60 days or more or this is a renewal of a policy we issued, we may cancel this policy by giving you written notice of cancellation at least:

         **(1)** 10 days before the effective date of cancellation if we cancel for one or more of the following reasons:

            **(a)** Nonpayment of premium;

            **(b)** Conviction of a crime arising out of acts increasing the hazard insured against;

            **(c)** Discovery of fraud or material misrepresentation by you in obtaining the policy or in perfecting any claim under the policy;

            **(d)** Discovery of any willful or reckless act or omission by you increasing the hazard insured against; or

            **(e)** A determination by the Commissioner that continuation of the policy would violate or place us in violation of the law; or

         **(2)** 60 days before the effective date of cancellation if we cancel for one or more of the following reasons:

            **(a)** Physical changes in the property which increase the hazard insured against;

            **(b)** A material increase in the hazard insured against; or

            **(c)** A substantial loss of reinsurance by us affecting this particular line of insurance.

      **b.** We may not cancel policies in effect for 60 days or more or renewal policies for any reason other than the reasons described in Paragraph **3.a.**

      **c.** If we cancel for nonpayment of premium, you may continue the coverage and avoid the effect of the cancellation by payment in full at any time prior to the effective date of cancellation.

      **d.** Notice of Cancellation will be sent or delivered by:

         **(1)** Registered mail;

         **(2)** Certified mail; or

         **(3)** Mail evidenced by a United States Post Office certificate of mailing.

   4. We will give notice to you at your last mailing address known to us.

   5. Notice of cancellation will state the specific reason for the cancellation and the effective date of cancellation. The policy period will end on that date.

Inclues copyrighted material of Insurance Services Office, Inc., with its permission.

W1685-ED2 05 13
Page 2 of 3

CONFIDENTIAL

6. If this policy is cancelled, we will send the Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund. Notice of cancellation will state that the excess premium (if not tendered) will be refunded on demand.

7. If notice is mailed, proof of mailing will be sufficient proof of notice.

2. The following paragraph is added and supersedes any provision to the contrary:

**M. Nonrenewal**

1. If we decide not to renew this policy we will mail or deliver to you a written notice of nonrenewal, stating the specific reason for nonrenewal, at least 60 days before the expiration date of this policy. The notice will be sent to your address last known to us.

2. This notice will be delivered or sent by:

a. Registered mail;

b. Certified mail; or

c. Mail evidenced by a certificate of mailing.

If notice is mailed, proof of mailing is sufficient proof of notice.

3. However, we are not required to send this notice if nonrenewal is due to your failure to pay any advance premium required for renewal.

**D.** The following paragraph is added to the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM:

With respect to loss or damage caused by fire or lightning, if any conditions of The Standard Fire Insurance Policy of the State of Connecticut, as set forth in the General Statutes of Connecticut, are construed to be more liberal than any other policy condition, the conditions of The Standard Fire Insurance Policy of the State of Connecticut will apply.

**E.** The following is added to any provision which uses the term actual cash value as it pertains to direct loss or damage to a covered building caused by fire a Covered Cause of Loss:

The actual cash value immediately prior to the time of such loss or damage shall be the amount which it would cost to repair or replace such building with material of like kind and quality, minus reasonable depreciation. Depreciation, as used herein, means a decrease in value over a period of time due to wear and tear.

Inclues copyrighted material of Insurance Services Office, Inc., with its permission.

W1685-ED2 05 13
Page 3 of 3

CONFIDENTIAL

# Connecticut – Limited Fungi or Bacteria Coverage

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

The following provisions apply to the applicable PROPERTY COVERAGE FORM:

**A. FUNGI OR BACTERIA EXCLUSIONS**

  **1.** Paragraph **A.5.l.(5)** of the **Increased Cost Of Construction** Additional Coverage is replaced by the following:

    **(5)** Under this Additional Coverage, we will not pay for:

      **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

      **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

  **2.** The following exclusion is added to Paragraph **B.1. Exclusions:**

    **(h)** **"Fungi", Wet Rot, Dry Rot and Bacteria**

    Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

    But if "fungi", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

    This exclusion does not apply:

    **(1)** When "fungi", wet or dry rot or bacteria result from fire or lightning; or

    **(2)** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungi", Wet Or Dry Rot and Bacteria (contained in the Limited Fungi or Bacteria Coverage) if any, with respect to loss or damage by a cause of loss other than fire or lightning.

  **3.** Paragraph **B.2.k.(2)** of the **Exclusions** is replaced by the following:

    **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B. LIMITED FUNGI OR BACTERIA COVERAGE**

  **1.** The following **Additional Coverage** is added to Paragraph **A.5.**

    **n.** **Limited Coverage for "Fungi", Wet Rot, Dry Rot And Bacteria**

    **(1)** The coverage described in Paragraphs **B.1.n.(2)** and **B.1.n.(6)** only applies when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    **(2)** We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

      **(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

W1688-ED1 08 08
Page 1 of 2

**CONFIDENTIAL**

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

**(3)** The coverage described under this Limited Coverage is limited to $10,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the total of $10,000 even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

**(6)** The following applies only if a suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

**a.** If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**C. FUNGI DEFINITION**

The following definition is added to Paragraph **H. Property Definitions:**

**8.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**D. COVERAGE TERRITORY**

The terms and conditions of this endorsement apply solely to insured property that is located in the state of Connecticut and listed on the policy Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

W1688-ED1 08 08

Page 2 of 2

**CONFIDENTIAL**

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |

| BRANCH:   GR GRAND RAPIDS | RP   EFF 11/30/2015 |
|---|---|



# PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS LIABILITY DECLARATIONS

## PRECISION PREMIER
## RESTAURANT PROGRAM - PREFERRED

| COVERAGES AND LIMITS OF INSURANCE | |
|---|---|
| Some of these coverages are sublimits or are subject to aggregate limits.  Refer to your policy to determine how they apply. | |
| Liability and Medical Expenses | $1,000,000 |
| Products-Completed Operations-Aggregate | $2,000,000 |
| All Other Injury or Damage - Aggregate | $2,000,000 |
| Tenants Liability | $1,000,000 |
| Medical Expenses - any one person | $    5,000 |
| LIQUOR LIABILITY | $1,000,000 |
| HIRED AUTO LIABILITY | $1,000,000 |
| NON-OWNED AUTO LIABILITY | $1,000,000 |

**BUSINESSOWNERS LIABILITY**          INSURED'S COPY

9S2354 Ed. 11-08

09/22/2016

**CONFIDENTIAL**

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----------------|----------------|-------|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |

| BRANCH: GR GRAND RAPIDS | RP  EFF 11/30/2015 |
|---|---|

# PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS LIABILITY SCHEDULE
## PRECISION PREMIER

| LOC # | CLASS CODE | LOCATION ADDRESS  (IF APPLICABLE) CLASSIFICATION NAME | RATING BASIS | ANNUAL EXPOSURE |
|-------|------------|-------------------------------------------------------|--------------|-----------------|
| 01 | | 85 MILL PLAIN RD<br>FAIRFIELD            CT<br>ZIP CODE:         06824-5043 | | |
| | 58124 | RESTAURANTS - FULL SERVICE - CASUAL OR FAMILY STYLE DINING - WITH ALCOHOL | AREA | 2,200 |

**BUSINESSOWNERS LIABILITY**

9S2355 Ed. 11-08

09/22/2016

**CONFIDENTIAL**

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|------------------|-----|-----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| BRANCH  GR  GRAND RAPIDS | RP  EFF 11/30/2015 |
|---|---|

**FOREMOST** INSURANCE GROUP

# PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION PREMIER
## RESTAURANT PROGRAM - PREFERRED

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| LIABILITY<br><br>BP0404          0196 | HIRED AUTO & NON-OWNED AUTO LIABILITY<br><br>                            Coverage      Additional Premium<br>HIRED AUTO LIABILITY       $1,000,000        $45<br>NON-OWNED AUTO LIABILITY  $1,000,000        $92 |
| LIABILITY<br><br>W1687-ED1          1009 | CONNECTICUT LIQUOR LIABILITY COVERAGE<br><br><br>EACH PERSON LIMIT:  $1,000,000<br>EACH COMMON CAUSE LIMIT:  $1,000,000<br>LIQUOR LIABILITY AGGREGATE LIMIT:  $1,000,000 |
| | |
| | |
| | |

**COMMERCIAL GENERAL LIABILITY**

9S5008 Ed. 3-00

09/22/2016

CONFIDENTIAL

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|--------------|----|-----------------|-----|----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| BRANCH | GR  GRAND RAPIDS | RP   EFF 11/30/2015 |
|--------|------------------|---------------------|



## PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION PREMIER

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| LIABILITY<br><br>BP0402            0187 | ADDITIONAL INSURED - MANAGERS OR LESSORS OF<br>  PREMISES<br>NAME OF PERSON OR ORGANIZATION (ADDITIONAL INSURED):<br>NAME 1     85 POND MILL, LLC<br>NAME 2     C/O FISCHELL PROPERTIES<br>ADDRESS 1  501 KINGS HIGHWAY EAST<br>ADDRESS 2<br>CITY       FAIRFIELD          STATE CT ZIP  06825-4967<br><br>DESIGNATION OF PREMISES (PART LEASED  TO YOU):<br>          85 MILL PLAIN RD FAIRFIELD, CT 06824 |

**COMMERCIAL GENERAL LIABILITY**

9S5008 Ed. 3-00

INSURED'S COPY

09/22/2016

PAGE 1 OF 1

CONFIDENTIAL

# BUSINESSOWNERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we","us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **C** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F** – Liability And Medical Expenses Definitions.

## A. Coverages

### 1. Business Liability

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage", "personal injury", or "advertising injury" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **D** – Liability And Medical Expenses Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Coverage Extension – Supplementary Payments.

**b.** This insurance applies:

**(1)** To "bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

**(b)** The "bodily injury" or "property damage" occurs during the policy period.

**(2)** To:

**(a)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(b)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**d. Coverage Extension – Supplementary Payments**

In addition to the Limit of Insurance we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(1)** All expenses we incur.

**(2)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

    Copyright,  Insurance Services Office, Inc., 1997

**CONFIDENTIAL**

**(4)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All costs taxed against the insured in the "suit".

**(6)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(7)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee:

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** of Exclusions, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above are no longer met.

Copyright, Insurance Services Office, Inc., 1997

**BP 00 06 01 97**

**CONFIDENTIAL**

**2. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limit of Insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**CONFIDENTIAL**

**e. Employer's Liability**

"Bodily Injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the insured may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

**(i)** If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

**(ii)** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraph **(d)(i)** does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Subparagraphs **(a)** and **(d)(i)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**CONFIDENTIAL**

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

**(a)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(b)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Professional Services**

"Bodily injury", "property damage", "personal injury" or "advertising injury" due to rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**CONFIDENTIAL**

(8) Body piercing services; and

(9) Services in the practice of pharmacy; but this exclusion does not apply to an insured whose operations include those of a retail druggist or drugstore.

**k. Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products – completed operations hazard".

**l. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products – completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p. Personal Or Advertising Injury**

"Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

(5) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

(6) With respect to any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**q. Advertising Injury**

"Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Limit of Insurance applies to this coverage as described in Section **D.,** Limits of Insurance.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products – completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**CONFIDENTIAL**

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

    **(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

    **(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

    **(1)** The "nuclear material":

        **(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

        **(b)** Has been discharged or dispersed therefrom;

    **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

    **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for:

    **(1)** Separating the isotopes of uranium or plutonium;

    **(2)** Processing or utilizing "spent fuel"; or

    **(3)** Handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear material" means "source material", "special nuclear material" or "by-product material";

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

"Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

 Copyright, Insurance Services Office, Inc., 1997 **BP 00 06 01 97**

**CONFIDENTIAL**

"Waste" means any waste material:

**(a)** Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

## C. Who Is An Insured

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages of the injury described in Paragraphs **(1)(a)** or **(1)(b)**; or

**(d)** Arising out of his or her providing or failing to provide professional health care services. However, if you have "employees" who are pharmacists in your retail druggist or drugstore operation, they are insured with respect to their providing or failing to provide professional health care services; or

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**CONFIDENTIAL**

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal injury" and "advertising injury" sustained by any one person or organization;

is the Liability And Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of such "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion is the Fire Legal Liability limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** Injury or damage under the "products – completed operations hazard" arising from all "occurrences" during the policy period is the Liability and Medical Expenses limit; and

**b.** All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is twice the Liability and Medical Expenses limit. This limitation does not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of fire or explosion.

The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

Copyright,  Insurance Services Office, Inc., 1997

**CONFIDENTIAL**

**b.** If a claim is made or "suit" is brought against any insured, you must:

    **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

    **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Financial Responsibility Laws**

**a.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

**b.** With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

**4. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertising injury" means injury arising out of one or more of the following offenses:

**a.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**b.** Oral or written publication of material that violates a person's right of privacy;

**c.** Misappropriation of advertising ideas or style of doing business; or

**d.** Infringement of copyright, title or slogan.

**CONFIDENTIAL**

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

   **c.** All parts of the world if:

   **(1)** The injury or damage arises out of:

   **(a)** Goods or products made or sold by you in the territory described in **a.** above; or

   **(b)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

   **(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   **(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **(2)** Your fulfilling the terms of the contract or agreement.

**8.** "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

Copyright, Insurance Services Office, Inc., 1997

**BP 00 06 01 97**

**CONFIDENTIAL**

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection or engineering services.

**9.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**10.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**11.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**13.** "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, by or on behalf of its owner, landlord or lessor;

**CONFIDENTIAL**

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**14.** "Products – completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**15.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**17.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**18.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(1)** You;

**(2)** Others trading under your name; or

**(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

 Copyright, Insurance Services Office, Inc., 1997 **BP 00 06 01 97**

**CONFIDENTIAL**

**19.** "Your work" means:

    **a.** Work or operations performed by you or on your behalf; and

    **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

    **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **b.** The providing of or failure to provide warnings or instructions.

CONFIDENTIAL

# MOLD AND MICROORGANISM EXCLUSION

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS COVERAGE FORM**
**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**
**DIRECTORS AND OFFICERS LIABILITY COVERAGE FROM**

The following provisions apply to your policy.

**A.** Definition:

  **1.** "Mold" means any type or form of fungus, including but not limited to, mildew, mycotoxins, spores, scents or by-products produced or released by "mold".

  **2.** "Microorganism" means any organism (animal or plant) of microscopic size, including but not limited to, any type or form of bacteria, bacterium, germ, intestinal flora, microbe, pathogen or virus or any part or by-product of any of the above.

**B.** This insurance does not apply to any:

  **1.** "Bodily injury" Property Damage" or "personal and advertising injury" arising out of, resulting from, caused or contributed to, whether directly or indirectly by "mold" or "microorganism" and which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of or presence of any "mold" or "microorganism";

  **2.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effect of "mold" or "microorganism", by any insured or by any other person or entity;

  **3.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with 1or 2 above; and

  **4.** Any obligation to share with or repay someone else who must pay damages because of such injury or damage.

However this exclusion does not apply to any "mold" or "microorganism" that is on, or contained in, a good or product intended for consumption.

The above applies regardless of any other cause that contributed concurrently or in any sequence to the injury or damage.

**CONFIDENTIAL**

# Amendment - Aggregate Limits of Insurance (Per Location)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies coverage provided under the following:

**BUSINESSOWNERS LIABILITY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The Aggregate Limits of Insurance under **4.b. Aggregate Limits** in **D. Liability And Medical Expenses Limits Of Insurance** applies separately to each of your "locations" owned by or rented to you.

"Location" means premises listed on the Declarations and includes connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**CONFIDENTIAL**

# Exclusion – Violation Of Statutes That Govern E-mails, Fax, Phone Calls Or Other Methods Of Sending Material Or Information

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS LIABILITY COVERAGE FORM**

The following exclusion is added to Paragraph **B. Exclusions – Applicable To Business Liability Coverage:**

**B. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

This endorsement is part of your policy.  It supersedes and controls anything to the contrary.  It is otherwise subject to all the terms of the policy.

**CONFIDENTIAL**

# Personal and Advertising Injury Coverage Amendatory Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS LIABILITY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Businessowners Liability Coverage Form apply unless modified by the endorsement.

**A. Coverages**

   **1.** Item **1. Business Liability** is amended as follows:

     **a.** The words "personal injury" or "advertising injury" in item **1.a.** are changed to read "personal and advertising injury".

     **b.** Items **1.b. (2)(a)** and **(b)** are deleted and replaced with the following:

       **(2)** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**B. Exclusions**

Exclusions **p. Personal Or Advertising Injury** and **q. Advertising Injury** are deleted and replaced with the following:

**p. Personal And Advertising Injury**

   **(1)** This insurance does not apply to "personal and advertising injury":

     **(a)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

     **(b)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

     **(c)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

     **(d)** Arising out of any criminal act committed by or at the direction of any insured;

     **(e)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

     **(f)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

     **(g)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

     **(h)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

     **(i)** Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs **13. a., b.** and **c.** of "personal and advertising injury" under **F. Liability And Medical Expenses Definitions.**

     **(j)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**CONFIDENTIAL**

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

C. Definitions **1.** "Advertising Injury" and **13.** "Personal Injury" in Section **F. Liability And Medical Expense Definitions** are deleted and replaced with:

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**13.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products of services;

    **e.** Oral or written publication of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisements"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**CONFIDENTIAL**

**BUSINESSOWNERS**
**BP 05 14 01 03**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form BP 00 03:

**A.** Exclusion **i.** under Paragraph **B.1., Exclusions – Applicable To Business Liability Coverage** is replaced by the following:

    **1. Applicable To Business Liability Coverage**

        This insurance does not apply to:

        **i. War**

            "Bodily injury", "property damage", "personal injury", "advertising injury" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

            **(1)** War, including undeclared or civil war; or

            **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

            **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** Exclusion **h.** under Paragraph **B.2. Exclusions – Applicable To Medical Expenses Coverage** does not apply. Medical Expenses due to war are now subject to Exclusion **g.** of Paragraph **B.2.** since "bodily injury" arising out of war is now excluded under Paragraph **B.1., Exclusions – Applicable To Business Liability Coverage.**

 © ISO Properties, Inc., 2003

**CONFIDENTIAL**

POLICY NUMBER:                                                              **BUSINESSOWNERS**
                                                                                          **BP 04 55 01 97**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS LIABILITY COVERAGE – TENANTS LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**SCHEDULE***

**Premises:**

**Tenants Liability Limit Of Insurance (Per Occurrence):**

\*   Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

With respect to the coverage provided under this endorsement, the Businessowners Liability Coverage Form is amended as follows:

**A.** The final paragraph of **B.1. Exclusions – Applicable To Business Liability Coverage** of the Businessowners Liability Coverage Form is deleted and replaced by the following:

With respect to the premises shown in the Schedule of this endorsement which are rented to you or temporarily occupied by you with the permission of the owner, Exclusions **c., d., e., g., h., k., l., m., n.** and **o.** do not apply to "property damage".

**B.** Paragraph **D.2. Liability And Medical Expenses Limits Of Insurance** is deleted and replaced by the following:

The most we will pay under this endorsement for the sum of all damages because of all "property damage" arising out of any one "occurrence" to premises rented to you or temporarily occupied by you with the permission of the owner is the Tenants Liability Limit of Insurance shown in the Schedule.

**C.** With respect to the premises shown in the Schedule of this endorsement, Paragraph **D.3.** and Paragraph **D.4.b.** are deleted.

    Copyright,  Insurance Services Office, Inc., 1997    

**CONFIDENTIAL**

**BUSINESSOWNERS**
**BP 04 39 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

This insurance does not apply to "bodily injury", "property damage", "advertising injury" or "personal injury" arising out of:

**(a)** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**(b)** The negligent:

**(i)** Employment;

**(ii)** Investigation;

**(iii)** Supervision;

**(iv)** Reporting to the proper authorities, or failure to so report; or

**(v)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by **(a)** above.

CONFIDENTIAL

# CHANGES TO LIMITS OF INSURANCE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS LIABILITY COVERAGE FORM
APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM**

The following provision replaces **D.1.**:

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought;

   **c.** Persons or organizations making "claims" or bringing "suits"; or

   **d.** Policy terms involved.

   All bodily injury, personal injury and property damage resulting from one accident or from continuous or repeated exposure to the same general conditions is considered the result of one loss.

   This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**CONFIDENTIAL**

POLICY NUMBER:                                    BUSINESSOWNERS
                                                 **BP 04 04 01 96**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

### SCHEDULE

| Coverage | Additional Premium |
|---|---|
| Hired Auto Liability | |
| Non-Owned Auto Liability | |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

**1. HIRED AUTO LIABILITY**

The insurance provided under the Businessowners Liability Coverage Form, Paragraph **A.1.** Business Liability, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**2. NON-OWNED AUTO LIABILITY**

The insurance provided under the Businessowners Liability Coverage Form, Paragraph **A.1.** Business Liability, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person other than you.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions, under the Businessowners Liability Coverage Form, Paragraph **B.1.** Applicable to Business Liability Coverages, other than exclusions **a., b., d., f.** and **i.** and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the insured may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(i)** Liability assumed by the insured under an "insured contract"; or

**(ii)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured,

**CONFIDENTIAL**

2. WHO IS AN INSURED in the Businessowners Liability Coverage Form, Paragraph **C.**, is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

**(1)** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**(2)** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**(3)** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**(4)** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**(5)** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** The following additional definitions apply:

1. **"Auto Business"** means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. **"Hired Auto"** means any "auto" you lease, hire or borrow. This does not include any "auto" you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

3. **"Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

 Copyright, Insurance Services Office, Inc., 1996 **BP 04 04 01 96**

CONFIDENTIAL

# Amendment – Aggregate Limits Of Insurance

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Businessowners Liability Coverage Form**

Paragraph **4. Aggregate Limits** in Section **D. Liability And Medical Expenses Limits Of Insurance** is deleted and replaced by the following:

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**CONFIDENTIAL**

POLICY NUMBER:                                                                 BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –  MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**SCHEDULE\***

**Designation of Premises (Part Leased to You):**

**Name of Person or Organization (Additional Insured):**

**Additional Premium:**

**A.** The following is added to Paragraph C. WHO IS AN INSURED in the Businessowners Liability Coverage Form:

    **4.** The person or organization shown in the Schedule is also an insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule.

**B.** The following exclusions are added:

This insurance does not apply to:

    **1.** Any "occurrence" that takes place after you cease to be a tenant in the premises described in the Schedule.

    **2.** Structural alterations, new construction or demolition operations performed by or for the person or organization designated in the Schedule.

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

# CONFIDENTIAL

BUSINESSOWNERS
BP 04 17 01 96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

The following exclusion is added to Section **B. EXCLUSIONS** of the Businessowners Liability Coverage Form:

This insurance does not apply to:

1. "Bodily injury" or "personal injury" to:

   **a.** A person arising out of any:

      **(1)** Refusal to employ that person;

      **(2)** Termination of that person's employment; or

      **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   **b.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(1)**, **(2)** or **(3)** above is directed.

This exclusion applies:

**a.** Whether the insured may be liable as an employer or in any other capacity; and

**b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1996

**CONFIDENTIAL**

# Connecticut Liquor Liability Coverage

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**SCHEDULE**

| Coverage | Limits Of Insurance |
|---|---|
| **Each Person Limit:** | $ |
| **Each Common Cause Limit:** | $ |
| **Liquor Liability Aggregate Limit:** | $ |

The BUSINESSOWNERS LIABILITY COVERAGE FORM is amended as follows:

**A.** The insurance provided under Paragraph **A.1. Business Liability,** also applies to all "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages.

**B.** For the insurance provided by this endorsement only, Paragraph **B. Exclusions** is amended as follows:

**1.** Paragraph **1. Applicable To Business Liability Coverages**, other than Exclusions **a. Expected Or Intended Injury, d. Workers' Compensation And Similar Laws** and **e. Employer's Liability**, does not apply.

**2.** The following exclusions are added:

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

**b.** "Bodily injury" or "property damage" arising out of "your product". This exclusion does not apply to "bodily injury" or "property damage" for which the insured or the insured's indemnitees may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**c.** Any "bodily injury" or "property damage" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "bodily injury" or "property damage" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**C.** The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

**D. Liability And Medical Expenses Limits Of Insurance**

**5.** The Liquor Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" as the result of the selling, serving or furnishing of alcoholic beverages.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

6.  Subject to the Liquor Liability Aggregate Limit, the Each Common Cause Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of alcoholic beverages to any one person.

7.  Subject to the Each Common Cause Limit, the Each Person Limit is the most we will pay for all "bodily injury" and "property damage" sustained by any one person or organization as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

Neither the Liability And Medical Expenses Limit Of Insurance shown in the Declarations nor its aggregate limits apply to damages arising out of the selling, serving or furnishing of alcoholic beverages.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CONFIDENTIAL**

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |
| BRANCH | GR GRAND RAPIDS | | | RP EFF 11/30/2015 |



# PRECISION PREMIER

# RESTAURANT PROGRAM - PREFERRED

# COMMERCIAL UMBRELLA DECLARATIONS

This coverage part consists of this declarations form and the coverage form and endorsements indicated as applicable on the forms list.

| LIMITS OF INSURANCE | |
|---------------------|---|
| GENERAL AGGREGATE LIMIT | $1,000,000 |
| PRODUCTS AND COMPLETED OPERATIONS AGGREGATE LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| RETAINED LIMIT (NOT COVERED BY UNDERLYING INSURANCE) | $0 |

**SCHEDULE OF UNDERLYING INSURANCE**

| TYPE | CARRIER/POLICY NUMBER | POLICY PERIOD | LIMITS OF INSURANCE | |
|------|----------------------|---------------|---------------------|---|
| Commercial Automobile Liability | EXCLUDED | | | |
| | | | | |
| | | | | |
| Commercial General Liability | FOREMOST INSURANCE COMPANY GRAND RAPIDS, PPS 08202006 | 11/30/2015 11/30/2016 | General Aggregate Limit | $2,000,000 |
| | | | Products & Completed Operations Aggregate Limit | $2,000,000 |
| | | | Personal and Advertising Injury Limit | $1,000,000 |
| | | | Each Occurrence Limit | $1,000,000 |
| Employers Liability | HARTFORD 02WECCR0163 | 08/01/2015 08/01/2016 | Bodily Injury Each Accident | $500,000 |
| | | | Bodily Injury By Disease Policy Limit | $500,000 |
| | | | Bodily Injury By Disease Each Employee | $500,000 |
| | | | | |
| | | | | |
| | | | | |

**COMMERCIAL UMBRELLA**
982001 Ed. 1-96

INSURED'S COPY

09/22/2016

5.1.1

PAGE 1 OF 1

**CONFIDENTIAL**

# COMMERCIAL UMBRELLA COVERAGE FORM
# CONTENTS

| | Item | Page |
|---|---|---|
| **SECTION 1. INSURING AGREEMENTS** | | |
| Coverage | 1.01 | 2 |
| Defense, Settlement and Supplementary Payments | 1.02 | 2 |
| Limits of Insurance | 1.03 | 3 |
| Territory | 1.04 | 4 |
| | | |
| **SECTION 2. EXCLUSIONS** | | |
| Advertising Injury, Personal Injury | 2.01 | 4 |
| Aircraft | 2.02 | 4 |
| Aircraft Products | 2.03 | 5 |
| Asbestos | 2.04 | 5 |
| Contractual Liability | 2.05 | 5 |
| Discrimination, Humiliation | 2.06 | 5 |
| Employees Retirement Income Security Act | 2.07 | 5 |
| Employers Liability | 2.08 | 5 |
| Expected or Intended Injury | 2.09 | 6 |
| Fellow Employee Injury | 2.10 | 6 |
| Impaired Property | 2.11 | 6 |
| Nuclear Energy | 2.12 | 6 |
| Personal Injury | 2.01 | 4 |
| Pollution | 2.13 | 8 |
| Property Damage | 2.14 | 9 |
| Racing | 2.15 | 9 |
| Recall of Products, Work or Impaired Property | 2.16 | 10 |
| Uninsured Motorist, No-Fault | 2.17 | 10 |
| War | 2.18 | 10 |
| Watercraft | 2.19 | 10 |
| Workers Compensation and Similar Laws | 2.20 | 10 |
| | | |
| **SECTION 3. WHO IS INSURED** | | |
| Insured | 3.01 | 10 |
| Newly Acquired or Formed Organizations | 3.02 | 11 |
| Other Insureds | 3.03 | 11 |
| | | |
| **SECTION 4. COMMERCIAL UMBRELLA CONDITIONS** | | |
| Appeals | 4.01 | 11 |
| Assignment - Transfer of Your Rights and Duties | 4.02 | 11 |
| Bankruptcy | 4.03 | 12 |

| | Item | Page |
|---|---|---|
| Cancellation - Non Renewal | 4.04 | 12 |
| Changes | 4.05 | 12 |
| Drop Down Over Underlying Insurance Aggregate Reduction Or Exhaustion | 4.06 | 12 |
| Duties in the Event of An Occurrence, Claim or Suit | 4.07 | 13 |
| Inspections and Surveys | 4.08 | 13 |
| Legal Action Against Us | 4.09 | 14 |
| Maintenance of Underlying Insurance | 4.10 | 14 |
| Other Insurance | 4.11 | 14 |
| Premiums, Premium Audit, Examination Of Your Books and Records | 4.12 | 14 |
| Representations | 4.13 | 15 |
| Separation of Insureds | 4.14 | 15 |
| Settlement of Claims or Suits | 4.15 | 15 |
| Transfer of Rights of Recovery Against Others to Us | 4.16 | 15 |
| Unintentional Errors or Omissions | 4.17 | 15 |
| | | |
| **SECTION 5. DEFINITIONS** | | |
| Advertising Injury | 5.01 | 15 |
| Auto | 5.02 | 16 |
| Bodily Injury | 5.03 | 16 |
| Claim | 5.04 | 16 |
| Employee | 5.05 | 16 |
| Executive Officer | 5.06 | 16 |
| Impaired Property | 5.07 | 16 |
| Insured Contract | 5.08 | 16 |
| Leased Worker | 5.09 | 17 |
| Loading and Unloading | 5.10 | 17 |
| Mobile Equipment | 5.11 | 17 |
| Occurrence | 5.12 | 18 |
| Personal Injury | 5.13 | 18 |
| Pollutants | 5.14 | 18 |
| Products-Completed Operations Hazard | 5.15 | 18 |
| Property Damage | 5.16 | 19 |
| Retained Limit | 5.17 | 19 |
| Suit | 5.18 | 19 |
| Temporary Worker | 5.19 | 19 |
| Underlying Insurance | 5.20 | 19 |
| Your Product | 5.21 | 19 |
| Your Work | 5.22 | 20 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

# COMMERCIAL UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the NAMED INSURED stated on the DECLARATIONS PAGE, and any other person or organization qualifying as a NAMED INSURED under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION 3. WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION 5. DEFINITIONS.

## SECTION 1. INSURING AGREEMENTS

1.01    **Coverage**

A)  We will pay on behalf of the insured those sums in excess of the "retained limit" which the insured becomes legally obligated to pay as damages for:

1)  "Bodily injury" or "property damage" occurring during the POLICY PERIOD stated on the DECLARATIONS PAGE and caused by an "occurrence";

2)  "Personal injury" caused by an offense committed during the POLICY PERIOD stated on the DECLARATIONS PAGE and arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

3)  "Advertising injury" caused by an offense committed during the POLICY PERIOD stated on the DECLARATIONS PAGE and in the course of advertising your goods, products or services.

B)  No other obligation or liability to pay sums or perform any act or service is covered unless explicitly provided for under Item 1.02, Defense, Settlement and Supplementary Payments.

1.02    **Defense, Settlement and Supplementary Payments**

A)  When "underlying insurance" does not apply to an "occurrence" or offense and coverage for the "occurrence" or offense is provided by this coverage part, we have the right and duty to defend any "suit" seeking damages but:

1)  The amount we will pay for damages, subject to the "retained limit", is limited as described in Item 1.03, Limits of Insurance;

2)  We may, at our option, investigate any "occurrence" or offense and settle any "claim" or "suit" that may result;

3)  The amount we pay for defense is not subject to the "retained limit" and is in addition to the applicable LIMITS OF INSURANCE stated on the DECLARATIONS PAGE; and

4)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments and settlements.

B)  When "underlying insurance" does apply to an "occurrence" or offense, we are not obligated to investigate, defend or be responsible for payment of supplementary expenses provided by the "underlying insurance". However, we have the right and opportunity to associate with you and your underlying insurer in the defense and control of any "claim" or "suit" reasonably likely to involve us. Should this occur, you are obligated to cooperate fully with us.

When the limits of insurance, afforded to you by your "underlying insurance", are used up by an "occurrence" or offense, we will assume charge of the settlement or defense

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

of any "claim" or "suit" against you resulting from the same "occurrence" or offense. Our coverage part must cover the "occurrence" or offense and be the immediate excess coverage of your "underlying insurance". When we associate with you or assume charge of the defense of any "claim" or "suit", we will do so at our own expense. The amount we pay for defense is in addition to the applicable LIMITS OF INSURANCE stated on the DECLARATIONS PAGE. Our right and duty to defend end when we have used up the applicable limits of insurance in the payment of judgments and settlements.

C) Supplementary Payments. We will pay with respect to any "claim" or "suit" we defend under this coverage part:

1) All expenses we incur.

2) The cost of bail bonds required because of an "occurrence" or traffic law violations arising out of the use of any vehicle to which this coverage part applies. We do not have to furnish these bonds.

3) The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $250 a day because of time off from work.

5) All costs taxed against the insured in the "suit".

6) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

The amount we pay for Supplementary Payments is in addition to the applicable LIMITS OF INSURANCE stated on the DECLARATIONS PAGE. Our duty to make Supplementary Payments described in 1), 2), 3), 4), and 5), above, ends when we have used up the applicable limit of insurance in the payments of judgments and settlements.

**1.03    Limits of Insurance**

A) The LIMITS OF INSURANCE shown on the DECLARATIONS PAGE and the rules below fix the most we will pay regardless of the number of:

1) Insureds;

2) "Claims" made or "suits" brought; or

3) Persons or organizations making "claims" or bringing "suits".

B) If there is a GENERAL AGGREGATE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, that limit is the most we will pay for all injuries and damages other than those arising out of the "products-completed operations hazard" or arising out of the ownership, operation, maintenance, use, "loading or unloading", or entrustment to others of an "auto".

C) If there is a PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, that limit is the most we will pay for all injuries or damages arising out of the "products-completed operations hazard".

D) If there is a COMBINED AGGREGATE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, that limit is the most we will pay for all injuries or damages, other than those arising out of the ownership, operation, maintenance, use, "loading or unloading", or entrustment to others of an "auto".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

E) Subject to B), C), or D) above, whichever applies, the EACH OCCURRENCE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, is the most we will pay for all damages arising from a single "occurrence" or offense.

The Limits of Insurance set forth in A), B), C), D), and E), above, apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the POLICY PERIOD shown on the DECLARATIONS PAGE, unless the POLICY PERIOD is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be considered part of the last preceding period for purposes of determining the Limits of Insurance.

1.04  **Territory**

This coverage part applies to a covered "occurrence" or offense that happens anywhere.


**SECTION 2. EXCLUSIONS**

This insurance does not apply to:

2.01  **Advertising Injury, Personal Injury**

A) "Advertising injury" or "personal injury":

1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

2) Arising out of oral or written publication of material whose first publication took place before the beginning of the POLICY PERIOD;

3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

4) For which the insured has assumed liability in a contract or agreement. However, this does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

B) "Advertising injury" arising out of:

1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

2) The failure of goods, products or services to conform with advertised quality or performance;

3) The wrong description of the price of goods, products or services; or

4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

2.02  **Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

A) Any insured while using or legally responsible for the use of any non-owned aircraft chartered with paid crew, by or on behalf of any insured provided the actual use is with your permission. For purposes of this paragraph, the owner, pilot or aircrew or any other person operating the aircraft is not an insured.

B) Liability for "bodily injury" to any "employee" of yours arising out of and in the course of employment by you; or

C) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

2.03  **Aircraft Products**

"Bodily injury", "property damage", "personal injury" or "advertising injury" included in the "products-completed operations hazard" that arises out of any aircraft product designed or manufactured by you as an aircraft or for installation in any aircraft. This incudes ground support or control equipment while used with aircraft.

As used in this exclusion, aircraft product means:

A)  Aircraft, including missiles or spacecraft, or any part or portion thereof; or

B)  Any article, good or product designed or manufactured for use in the control, maintenance or operation of any aircraft.

2.04  **Asbestos**

A)  "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of or relating in any way to asbestos;

B)  Any "claim", "suit" or proceeding arising out of or relating in any way to any demand, requirement, order, direction, determination or request that you or any other entity pay, repay or reimburse sums expended or to be expended to test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos;

C)  Any "claim", "suit" or proceeding arising out of or relating in any way to any demand, requirement, order, direction, determination or request that you or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos;

D)  Any sums that you become legally obligated to pay as damages because of the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos; or

E)  Any loss, cost or expense arising out of or relating in any way to asbestos.

2.05  **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

A)  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

B)  That the insured would have in the absence of the contract or agreement.

2.06  **Discrimination, Humiliation**

"Bodily injury" or "personal injury" arising out of discrimination or humiliation:

A)  That is directly or indirectly related to the employment or prospective employment by the insured of any person or persons; or

B)  That is based on race, creed, color, sex, age or national origin.

2.07  **Employees Retirement Income Security Act**

Liability imposed upon any insured under the Employees Retirement Income Security Act (ERISA) of 1974 as now or hereafter amended, or any similar law.

2.08  **Employers Liability**

A)  1)  a)  "Bodily injury" to any "employee" of the insured arising out of and in the course of his or her employment by the insured for which the insured may be held liable as an employer or in any other capacity;

        b)  Any obligation of the insured to indemnify or contribute with another because of damages for "bodily injury" to an "employee" arising out of and in the course of his or her employment by the insured; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

   c) "Bodily injury" to the spouse, child, parent, brother or sister of an "employee" of the insured as a consequence of "bodily injury" to such "employee" arising out of and in the course of his or her employment by the insured.

2) However, A)1)a), b), and c) do not apply:

   a) To liability assumed by the insured under an "insured contract".

   b) To the extent coverage is available to the insured in a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

B) "Bodily injury" to your "employees" if the "bodily injury" arises out of and in the course of employment that is subject to the Workers Compensation Law of Massachusetts, Missouri, New Jersey, or New York. However, this provision does not apply to liability assumed by the insured under an "insured contract".

**2.09  Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force in protecting persons or property.

**2.10  Fellow Employee Injury**

Any "employee" as an insured with respect to "bodily injury" or "personal injury":

A) To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

B) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph A) above;

C) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs A) and B) above; or

D) Arising out of his or her providing or failing to provide professional health care services.

However, this exclusion does not apply to the extent that coverage for fellow employee injury is available to the insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

**2.11  Impaired Property**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

A) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

B) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**2.12  Nuclear Energy**

A) "Bodily injury" or "property damage":

1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003 Ed. 1-96

CONFIDENTIAL

pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B) Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C) "Bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured, or

3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but **if** such facility is located within the United States of America, its territories or possessions or Canada, this exclusion 3) applies only to "property damage" to such "nuclear facility" and any property thereat.

D) As used in this exclusion:

1) "Hazardous properties" includes radioactive, toxic or explosive properties.

2) "Nuclear material" means "source material", "special nuclear material" or "by-product material".

3) "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

4) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

5) "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

6) "Nuclear facility" means:

a) Any "nuclear reactor";

b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" **if** at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003 Ed. 1-96

**CONFIDENTIAL**

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

## 2.13   Pollution

A) "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

1) At or from any premises, site or location which is or was at any time owned or occupied by or rented or loaned to, any insured;

2) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

3) Which are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

4) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

   a) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

   b) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

Subparagraphs A)1) and A)4)a), above, do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

B) Any loss, cost or expense arising out of any:

1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2) "Claim" or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

C) "Bodily injury", "property damage", "personal injury", or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

1) That are, or that are contained in any property that is:

   a) Being transported or towed by, handled, or handled for movement into, onto or from any "auto";

   b) Otherwise in the course of transit by or on behalf of the insured; or

   c) Being stored, disposed of, treated or processed in or upon any "auto";

2) Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto any "auto"; or

3) After the "pollutants" or any property in which the "pollutants" are contained are moved from any "auto" to the place where they are finally delivered, disposed of or abandoned by the insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003 Ed. 1-96

**CONFIDENTIAL**

Paragraph C)1), above, does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of any "auto", or its parts, insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE, if:

    a) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    b) The "bodily injury", "property damage", "personal injury" or "advertising injury" does not arise out of the operation of any equipment listed in paragraphs F)2) and F)3) of the definition of "mobile equipment".

Paragraphs C)2 and C)3), above, of this exclusion do not apply to accidents that occur away from premises owned by or rented to an insured with respect to "pollutants" not in or upon any "auto" insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE, if:

    a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned, or damaged as a result of the maintenance or use of that "auto"; and

    b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

### 2.14 Property Damage

"Property damage" to:

A) Property which is owned by, leased by, rented to or used by you;

B) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

C) Personal property in the care, custody or control of the insured;

D) Property, other than aircraft or watercraft, rented or loaned to you, occupied or used by you or in your care, custody or control to the extent you are obligated by contract to provide insurance for such property;

E) Aircraft or watercraft owned or rented by you or in your care, custody or control; or

F) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations;

G) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it. This paragraph does not apply to "property damage" included in the "products-completed operations hazard";

H) "Your product" arising out of it or any part of it; or

I) "Your work" arising out of it or any part of it and included in the "products-completed operations hazard". This exclusion does not apply if the damaged work or work out of which the damage arises was performed on your behalf by a subcontractor.

Paragraph B) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs A), F) and G) of this exclusion do not apply to liability assumed under a sidetrack agreement.

### 2.15 Racing

"Bodily injury" or "property damage" arising out of the use of any "auto" or "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity. However, this exclusion does not apply to those activities for which coverage is afforded to the insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003 Ed. 1-96

**CONFIDENTIAL**

2.16   **Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

A)   "Your product";

B)   "Your work"; or

C)   "Impaired property";

**if** such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

2.17   **Uninsured Motorist, No-Fault**

Damages claimed for any loss, cost, or expense under any uninsured motorist, underinsured motorist, automobile no-fault or first party personal injury protection law, or any similar law.

2.18   **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

2.19   **Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

A)   A watercraft that is:

   1)   Less than 51 feet long owned by any insured; or

   2)   Not owned by any insured;

   but only if the watercraft is not being used to carry persons or property for a charge;

B)   A watercraft while ashore on premises you own, rent or occupy;

C)   Liability for "bodily injury" to any "employee" of yours arising out of and in the course of employment by you; or

D)   Liability assumed under an "insured contract" for the ownership, maintenance or use of watercraft.

2.20   **Workers Compensation and Similar Laws**

Any obligation of the insured under a Workers Compensation, disability benefits, occupational disease or unemployment compensation law or any similar law except this exclusion does not apply to liability assumed by the insured under an "insured contract".


**SECTION 3. WHO IS AN INSURED**

3.01   If you are designated on the DECLARATIONS PAGE as:

A)   An individual, you and your spouse are an insured, but only with respect to the conduct of a business of which you are the sole owner.

B)   A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

C)   An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are also insureds, but only with respect to their

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

3.02   Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or interest which is greater than 50%, will qualify as a NAMED INSURED **if** there is no other similar insurance available to that organization. However, this coverage part does not apply to:

A)   "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

B)   "Personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

3.03   Each of the following is also an insured:

A)   Any person or organization for which you have agreed in a written contract to include as an insured, however:

1)   Only in connection with liability arising out of the operation of your business;

2)   Only to the extent that coverage is afforded to that person or organization by "underlying insurance"; and

3)   Only up to the extent of the limits of liability required by such contract, not to exceed the applicable LIMITS OF INSURANCE of this coverage part.

B)   Any other person or organization that is included as an insured or additional insured under "underlying insurance" is an insured but only to the extent that coverage is afforded to that person or organization by the "underlying insurance".

C)   Any person or organization while acting on your behalf as a real estate manager.

D)   Your "employees", while acting within the scope of their duties as your "employees", except in connection with the ownership, maintenance, operation, use, "loading or unloading" of an "auto", other than one owned by, loaned to, or hired for use by you.

E)   Anyone is an insured while using, with your permission, any "auto" owned, hired or borrowed by you except:

1)   Someone engaged in the business of selling, servicing, repairing, parking or storing "autos" unless you own or operate that business.

2)   The owner of an "auto" you hire or borrow including one of your "employees" or a member of the "employees" household.

F)   Any of your subsidiary companies or any company over which you exercise control and actively manage, but only to the extent that coverage is afforded to the subsidiary or managed company by "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a NAMED INSURED on the DECLARATIONS PAGE.

**SECTION 4. COMMERCIAL UMBRELLA CONDITIONS**

4.01   **Appeals**

In the event you or your underlying insurer elect not to appeal a judgment in excess of the "retained limit", we may do so at our expense and will be responsible for the taxable costs, disbursements and interest incidental to those items, but in no event will our liability exceed the applicable limit specified in the LIMITS OF INSURANCE on the DECLARATIONS PAGE.

4.02   **Assignment - Transfer of Your Rights and Duties**

Your rights and duties under this coverage part may not be transferred without our written consent except in the case of death of an individual NAMED INSURED.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**4.03    Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this coverage part.

**4.04    Cancellation - Non Renewal**

A)  The first NAMED INSURED shown on the DECLARATIONS PAGE may cancel this policy by mailing or delivering to us advance written notice of cancellation.

B)  We may cancel this policy by mailing or delivering to the first NAMED INSURED written notice of cancellation at least:

1)  10 days before the effective date of cancellation if we cancel for non-payment of premium; or

2)  30 days before the effective date of cancellation if we cancel for any other reason.

C)  We will mail or deliver our notice to the first NAMED INSURED'S last mailing address known to us.

D)  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

E)  If this policy is cancelled, we will send the first NAMED INSURED any premium refund due. If we cancel, the refund will be pro rata. If the first NAMED INSURED cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

F)  If we decide not to renew this policy, we will mail or deliver to the first NAMED INSURED shown on the DECLARATIONS PAGE written notice of the non-renewal not less than 30 days before the expiration date.

G)  If notice of cancellation or non-renewal is mailed, proof of mailing will be sufficient proof of notice.

**4.05    Changes**

This coverage part contains all the agreements between you and us concerning the insurance afforded. The first NAMED INSURED shown on the DECLARATIONS PAGE is authorized to make changes in the terms of this coverage part with our consent. This coverage part's terms can be amended or waived only by endorsement issued by us and made a part of this coverage part.

**4.06    Drop Down Over Underlying Insurance Aggregate Reduction Or Exhaustion**

If an aggregate limit of insurance of any "underlying insurance" should be reduced or exhausted by reason of payment of damages due to injuries or offenses which occur during the POLICY PERIOD shown in the DECLARATIONS PAGE, then, subject to the applicable limits of insurance of this coverage part:

A)  In the event of "underlying insurance" aggregate reduction, this coverage part will drop down and apply in excess of the applicable reduced "underlying insurance" aggregate; or

B)  In the event of "underlying insurance" aggregate exhaustion, this coverage part will drop down and apply as "underlying insurance" subject to terms and conditions of this coverage part, for the remainder of the policy period of such "underlying insurance" or the end of this POLICY PERIOD, whichever occurs first.

No "retained limit" will apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003  Ed. 1-96

**CONFIDENTIAL**

4.07   **Duties in the Event of Occurrence, Claim or Suit**

A)   You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a "claim". To the extent possible, notice should include:

1)   The insured's name and address;

2)   How, when and where the "occurrence" or offense took place;

3)   The names and addresses of any injured persons and witnesses; and

4)   The nature and location of any injury or damage arising out of the "occurrence" or offense.

B)   Notice of an "occurrence" or offense is not notice of a "claim". However, if a "claim" is made or "suit" is brought against any insured you must:

1)   Immediately record the specifics of the "claim" or "suit" and the date received;

2)   Notify us as soon as practicable; and

3)   Provide us with written notice of the "claim" or "suit" as soon as practicable.

C)   You and any other involved insured must:

1)   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

2)   Authorize us to obtain records and other information;

3)   Cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

4)   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

D)   No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, without our consent.

E)   Knowledge of an "occurrence" or offense, "claim" or "suit" by the agent, servant or "employee" of an insured shall not in itself constitute your knowledge unless your officer, manager, or partner has received notice of the "occurrence", offense, "claim", or "suit".

F)   Failure by an agent, servant or "employee" of an insured (other than an officer, manager, or partner) to notify us of an "occurrence" or offense will not be considered a failure to comply with paragraphs A) and B) above.

4.08   **Inspections and Surveys**

We have the right but are not obligated to:

A)   Make inspections and surveys at any time;

B)   Give you reports on the conditions we find; and

C)   Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public, and we do not warrant that conditions:

A)   Are safe or healthful; or

B)   Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003 Ed. 1-96

**CONFIDENTIAL**

4.09   **Legal Action Against Us**

No person or organization has a right under this coverage part:

A)   To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

B)   To sue us on this coverage part, unless all its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this coverage part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

4.10   **Maintenance of Underlying Insurance**

A)   You agree that you will maintain the "underlying insurance" without alteration of terms, limits or conditions in full effect during this POLICY PERIOD, except for any reduction or exhaustion of the aggregate or occurrence limits in the "underlying insurance" as described in Condition 4.06, Drop Down Over Underlying Insurance Aggregate Reduction Or Exhaustion.

B)   If any "underlying insurance" is not available or collectible because of:

1)   the bankruptcy or insolvency of the underlying insurer(s) providing that "underlying insurance"; or

2)   the inability or failure for any other reason of the underlying insurer(s) to comply with any of the obligations of its policy,

then this coverage part will apply (and amounts payable will be determined) as if that "underlying insurance" were available and collectible.

C)   Your failure to comply with this condition will not invalidate this coverage part. In the event you fail to comply, we will be liable only to the extent we would have been had you maintained the "underlying insurance".

4.11   **Other Insurance**

If you have collectible insurance available to you covering a loss also covered by this coverage part, the insurance afforded by this coverage part will apply as excess of and not contribute with such other insurance. However, this limitation does not apply to other insurance which is specifically written as excess insurance over the limits afforded by this coverage part.

4.12   **Premiums, Premium Audit, Examination Of Your Books And Records**

A)   The first NAMED INSURED shown on the DECLARATIONS PAGE:

1)   Is responsible for the payment of all premiums; and

2)   Will be the payee for any return premiums we pay.

B)   We will compute all premiums for this coverage part in accordance with our rules and rates.

C)   The premium on the DECLARATIONS PAGE, if stated as subject to audit, is a deposit premium only. At the close of each audit period we will compute the earned premium for that period.

D)   If stated as subject to audit, audit premiums are due and payable on notice to the first NAMED INSURED. If the sum of the POLICY PREMIUM shown on the DECLARATIONS PAGE and the audit premiums paid for the POLICY PERIOD is greater than the earned premium, we will return the excess to the first NAMED INSURED.

E)   The first NAMED INSURED must keep records of the information we need for premium computation and send us copies at such times as we may request.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

F)   We may examine and audit your books and records as they relate to this coverage part at any time during the POLICY PERIOD and up to three years afterward.

**4.13   Representations**

By accepting this policy, you agree:

A)   The statements on the DECLARATIONS PAGE are accurate and complete;

B)   Those statements are based upon representations you made to us; and

C)   We have issued this policy in reliance upon your representations.

**4.14   Separation of Insureds**

Except with respect to the LIMITS OF INSURANCE, and any rights or duties specifically assigned in this coverage part to the first NAMED INSURED, this insurance applies:

A)   As if each NAMED INSURED were the only NAMED INSURED; and

B)   Separately to each insured against whom "claim" is made or "suit" is brought.

**4.15   Settlement of Claims or Suits**

We may pay, but we are not obligated to pay, any part or all of the "retained limit" which is not covered by "underlying insurance" to effect settlement of any "claim" or "suit". Upon notification of this action, you will promptly reimburse us for the amount of such part of the "retained limit" paid by us.

**4.16   Transfer of Rights of Recovery Against Others to Us**

If any insured has rights to recover all or part of any payment we have made under this coverage part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

Recoveries received will be applied first to reimburse any insured for payment it may have made in excess of the "retained limit" plus the LIMIT OF INSURANCE provided by this coverage part to the extent of such payments. We will be reimbursed next to the extent of our payments under this coverage part. If any balance remains it will be applied to reimburse you or any underlying insurer as your respective interests appear. The expenses of such recovery will be apportioned in the ratio of the respective recoveries. If there is no recovery in proceedings conducted solely by us, the expenses will be borne by us.

**4.17   Unintentional Errors and Omissions**

Any unintentional error or omission in the description of, or failure to describe completely, any premises or operations intended to be covered by this coverage part will not invalidate or affect coverage for those premises or operations. However, you must report such error or omission to us as soon as practicable after its discovery.

**SECTION 5. DEFINITIONS**

**5.01   Advertising Injury**

"Advertising injury" means injury arising out of one or more of the following offenses:

A)   Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

B)   Oral or written publication of material that violates a person's right of privacy;

C)   Misappropriation of advertising ideas or style of doing business; or

D)   Infringement of copyright, title or slogan.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003 Ed. 1-96

**CONFIDENTIAL**

5.02    **Auto**

"Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. "Auto" does not include "mobile equipment".

5.03    **Bodily Injury**

"Bodily injury" means bodily injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death resulting from bodily injury, sickness or disease.

5.04    **Claim**

"Claim" means a demand upon the insured for damages. "Claim" does not include reports of accidents, acts, errors, "occurrences", offenses or omissions which may give rise to a "claim" under this coverage part.

5.05    **Employee**

"Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

5.06    **Executive Officer**

"Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

5.07    **Impaired Property**

"Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

A)  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

B)  You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

A)  The repair, replacement, adjustment or removal of "your product" or "your work"; or

B)  Your fulfilling the terms of the contract or agreement.

5.08    **Insured Contract**

"Insured contract" means:

A)  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

B)  A sidetrack agreement;

C)  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

D)  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

E)  An elevator maintenance agreement;

F)  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph F) does not include that part of any contract or agreement:

1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

   b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2) above and supervisory, inspection or engineering services.

**5.09   Leased Worker**

"Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**5.10   Loading or Unloading**

"Loading or unloading" means the handling of property:

A) After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

B) While it is in or on an aircraft, watercraft or "auto"; or

C) While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**5.11   Mobile Equipment**

"Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

A) Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

B) Vehicles maintained for use solely on or next to premises you own or rent;

C) Vehicles that travel on crawler treads;

D) Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   1) Power cranes, shovels, loaders, diggers or drills; or

   2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

E) Vehicles not described in A), B), C) or D) above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   2) Cherry pickers and similar devices used to raise or lower workers;

F) Vehicles not described in A), B), C) or D) above maintained primarily for purposes other than the transportation of persons or cargo.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

**CONFIDENTIAL**

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos".

1) Equipment designed primarily for:

   a) Snow removal;

   b) Road maintenance, but not construction or resurfacing;

   c) Street cleaning;

2) Cherry pickers and similar devices mounted on "auto" or truck chassis and used to raise or lower workers; and

3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**5.12 Occurrence**

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

All damages that arise from continuous or repeated exposure to substantially the same general harmful conditions are considered to arise from one "occurrence".

**5.13 Personal Injury**

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

A) False arrest, detention or imprisonment;

B) Malicious prosecution;

C) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

D) Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

E) Oral or written publication of material that violates a person's right of privacy; or

F) Discrimination or humiliation, but only with respect to injury to the feelings or reputation of a natural person.

**5.14 Pollutants**

"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.15 Products-Completed Operations Hazard**

A) "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   1) Products that are still in your physical possession; or

   2) Work that has not yet been completed or abandoned.

B) "Your work" will be deemed completed at the earliest of the following times:

   1) When all of the work called for in your contract has been completed.

   2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

   3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

C) This hazard does not include "bodily injury" or "property damage" arising out of:

1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

2) The existence of tools, uninstalled equipment or abandoned or unused materials;

3) Products or operations for which the classification in the "underlying insurance" carrier's policy, coverage part, or manual of rules, includes products or completed operations.

5.16 **Property Damage**

"Property damage" means:

A) Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

B) Loss of use of tangible property that is not physically injured. All such loss will be deemed to occur at the time of the "occurrence" that caused it.

5.17 **Retained Limit**

"Retained limit" means:

A) An amount equal to the applicable limit of insurance for "underlying insurance"; or

B) The amount specified in the RETAINED LIMIT (Not Covered by Underlying Insurance) on the DECLARATIONS PAGE applying to damages arising out of any one "occurrence" or offense not covered by "underlying insurance".

5.18 **Suit**

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

A) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

B) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

5.19 **Temporary Worker**

"Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

5.20 **Underlying Insurance**

"Underlying insurance" means:

A) Those policies designated in the SCHEDULE OF UNDERLYING INSURANCE;

B) Any other policies purchased or issued for any newly acquired or formed organization which qualifies as a NAMED INSURED in SECTION 3. WHO IS AN INSURED;

C) Renewals or replacements of the policies in A) and B), above, if renewed or replaced during the POLICY PERIOD of this coverage part; and

D) Any other insurance available to, collectible by or payable on your behalf, except for other insurance which is specifically written as excess insurance over this coverage part.

5.21 **Your Product**

A) "Your product" means:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

982003 Ed. 1-96

**CONFIDENTIAL**

1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   a) You;

   b) Others trading under your name; or

   c) A person or organization whose business or assets you have acquired; and

2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

B) "Your product" includes:

1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

2) The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

5.22 **Your Work**

A) "Your work" means:

1) Work or operations performed by you or on your behalf; and

2) Materials, parts or equipment furnished in connection with such work or operations.

B) "Your work" includes:

1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

2) The providing of or failure to provide warnings or instructions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
982003 Ed. 1-96

**CONFIDENTIAL**

# Exclusion – Violation Of Statutes That Govern E-Mails, Fax, Phone Calls Or Other Methods Of Sending Material Or Information

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

The following exclusion is added to **Section 2. Exclusions**:

This insurance does not apply to:

**Distribution of Material in Violation of Statutes**

"Bodily injury", "property damage" or "personal and advertising injury" resulting from or arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**A)**  The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**B)**  The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**C)**  Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

983153 11 05
Page 1 of 1

**CONFIDENTIAL**

COMMERCIAL UMBRELLA  LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA  LIABILITY COVERAGE  FORM

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of:

A)  The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

B)  The negligent:

1)  Employment;

2)  Investigation;

3)  Supervision;

4)  Reporting to the proper authorities, or failure to so report; or

5)  Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraph A) above.

983001 Ed. 1-96

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services  Office, Inc., 1992

**CONFIDENTIAL**

CONFIDENTIAL

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAR EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM**

**A.** Paragraph **2.18** under **SECTION 2. EXCLUSIONS** is replaced with the following:

**2. EXCLUSIONS**

This insurance does not apply to:

**2.18 War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

(a) War, including undeclared or civil war; or

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these,

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to **SECTIONS 2. EXCLUSIONS**:

**2. EXCLUSIONS**

This insurance does not apply to:

**War**

"Personal and advertising injury" arising, directly or indirectly, out of:

(a) War, including undeclared or civil war; or

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these,

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

 Includes Copyrighted material of Insurance Services Office Inc., with its permission
Copyright Insurance Services Office, Inc., 2003

**CONFIDENTIAL**

COMMERCIAL UMBRELLA LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTOMOBILE LIABILITY
# FOLLOWING FORM ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading or unloading" or entrustment to others of any "auto" owned or operated by or rented or loaned to any insured, the coverage afforded by this insurance is limited to the extent that coverage is provided to the insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

However, this endorsement does not modify Exclusions 2.13, **Pollution**, or 2.17, **Uninsured Motorist, No-Fault** of this coverage form.

**CONFIDENTIAL**

COMMERCIAL UMBRELLA LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UMBRELLA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

I.  A)  The following replaces the title in **SECTION 2. EXCLUSIONS**, for Advertising Injury, Personal Injury in the TABLE OF CONTENTS:

Personal and Advertising Injury

B)  The following replaces the titles in **SECTION 5. DEFINITIONS**, for Advertising Injury and Personal Injury in the TABLE OF CONTENTS:

Personal and Advertising Injury

II.  The following replaces paragraphs A)2) and A)3) of **SECTION I. INSURING AGREEMENTS**, Item 1.01, **Coverage:**

A)  2)  "Personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed during the POLICY PERIOD.

III..  The following replaces Exclusion 2.01, **Advertising Injury, Personal Injury**:

2.01    **Personal and Advertising Injury**

A)  "Personal and advertising injury":

1)  Committed by, at the direction or with the consent or acquiescence of, the insured with the intention or expectation to inflict "personal and advertising injury";

2)  Arising out of  publication of material, if done by or at the direction of the insured with knowledge of its falsity;

3)  Arising out of publication of material whose first publication took place before the beginning of the POLICY PERIOD;

4)  Arising out of a criminal act committed by or at the direction of any insured;

5)  Arising out of a violation of an antitrust law;

6)  For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; to injury arising out of false arrest, detention or imprisonment, malicious prosecution; or to the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

provided the contract or agreement is an "insured contract" and the injury is caused by an offense which occurs subsequent to the execution of the contract or agreement;

7)  Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

8)  Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

9)  Arising out of the wrong description of the price of goods, products or services stated in your "advertisement"; or

10)  Committed by an insured whose business is:

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1994, 1997, 2000

**CONFIDENTIAL**

a) Advertising, broadcasting, publishing or telecasting;

b) Designing or determing content of web-sites for others; or

c) An Internet search, access, content or service provider.

However, this exclusion does not apply to paragraphs A),  B) or C) of "personal and advertising injury" under **SECTION 5. DEFINITIONS**. For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting;

(11) Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control;

(12) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan; or

(13) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

IV. The following replaces the first paragraph of Item 2.03, **Aircraft Products:**

2.03   **Aircraft Products**

"Bodily injury", "property damage" or "personal and advertising injury" included in the "products-completed operations hazard" that arises out of any aircraft product designed or manufactured by you as an aircraft or for installation in any aircraft. This includes ground support or control equipment while used with aircraft.

V. The following replaces paragraph A) of Item 2.04, **Asbestos:**

A) "Bodily injury", "property damage" or "personal and advertising injury" arising out of or relating in any way to asbestos;

VI. The following replaces the lead-in phrase of Item 2.06, **Discrimination, Humiliation:**

"Bodily injury" or "personal and advertising injury" arising out of discrimination or humiliation:

VII. The following replaces the lead-in phrase of Item 2.10, **Fellow Employee Injury:**

Any "employee" as an insured with respect to "bodily injury" or "personal and advertising injury":

VIII.A)  The following replaces paragraph A)1) of Item 2.13, **Pollution:**

A) "Bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

1) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, subparagraph 1) does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

2) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

3) Which are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

4) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

a)   If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission

Copyright, Insurance Services Office, Inc., 1994, 1997, 2000

**CONFIDENTIAL**

b) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

Subparagraphs A)1) and A)4)a), above, do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

B) The following replaces the lead-in phrase of paragraph C) of Item 2.13, **Pollution:**

c) "Bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

C) The following replaces paragraph C)3)b) of Item 2.13, **Pollution:**

b) The "bodily injury", "property damage" or "personal and advertising injury" does not arise out of the operation of any equipment listed in paragraphs F)2) and F)3) of the definition of "mobile equipment".

IX. The following replaces paragraph B) of Item 3.02:

B) "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

X. The following condition is added to **SECTION 4. COMMERCIAL UMBRELLA CONDITIONS:**

**Two Or More Coverage Forms Or Policies Issued By Us**

If this Commercial Umbrella Coverage Form and any other Umbrella or Excess Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

XI. Definitions 5.01, **Advertising Injury;** 5.13, **Personal Injury** and 5.16, **Property Damage,** are replaced with the following:

5.01 **Advertisement**

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.   For the purposes of this definition:

(A) Notices that are published include material placed on the Internet or on similar electronic means of communication; and

(B) Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

5.13 **Personal and Advertising Injury**

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

A) False arrest, detention or imprisonment;

B) Malicious prosecution;

C) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

D) Publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

E) Publication, in any manner, of material that violates a person's right of privacy;

F) The use of another's advertising idea in your "advertisement"; or

G) Infringing upon another's copyright, trade dress or slogan in your "advertisement".

5.16 **Property Damage**

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1994, 1997, 2000

**CONFIDENTIAL**

"Property damage" means:

A)   Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

B)   Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance,    "electronic data" is not tangible property.

As used in this definition, "electronic data" means  information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

XII.  Definition 5.05, **Employee**, is amended to include the following:

**If** the definition of "employee" has been amended by an endorsement to a policy listed in the SCHEDULE OF UNDERLYING INSURANCE, that definition supersedes the definition of "employee" in this policy.

XIII. The following replaces the first sentence of Item 5.18, **Suit**:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.

**CONFIDENTIAL**

COMMERCIAL UMBRELLA LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONNECTICUT AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

Item 4.04, Cancellation - Non Renewal is replaced by the following:

**4.04** **Cancellation - Non Renewal**

A) The first NAMED INSURED shown in the DECLARATIONS PAGE may cancel this policy by mailing or delivering to us advance written notice of cancellation.

B) Cancellation of policies in effect for less than 60 days.

If this policy has been in effect for less than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason by giving you written notice of cancellation at least:

1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

2) 30 days before the effective date of cancellation if we cancel for any other reason.

C) Cancellation of policies in effect for 60 days or more.

1) If this policy has been in effect for 60 days or more or this is a renewal of a policy we issued, we may cancel this policy by giving you written notice of cancellation at least:

a) 10 days before the effective date of cancellation if we cancel for one or more of the following reasons:

(1) Nonpayment of Premium;

(2) Conviction of a crime arising out of acts increasing the hazard insured against;

(3) Discovery of fraud or material misrepresentation by you in obtaining the policy or in perfecting any claim thereunder;

(4) Discovery of any willful or reckless act or omission by you increasing the hazard insured against; or

(5) A determination by the Commissioner that continuation of the policy would violate or place us in violation of the law; or

b) 60 days before the effective date of cancellation if we cancel for one or more of the following reasons:

(1) Physical changes in the property which increase the hazard insured against;

Page 1 of 2

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987

**CONFIDENTIAL**

(2) A material increase in the hazard insured against; or

(3) A substantial loss of reinsurance by us affecting this particular line of insurance.

2) We may not cancel policies in effect for 60 days or more or renewal policies for any reason other than the reasons described in paragraph c)1) above.

3) If we cancel for nonpayment of premium, you may continue the coverage and avoid the effect of the cancellation by payment in full at any time prior to the effective date of cancellation.

4) Notice of Cancellation will be delivered or sent by:

a) Registered mail;

b) Certified mail; or

c) Mail evidenced by a United States Post Office certificate of mailing.

D) We will give notice to you at your last mailing address known to us.

E) Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

F) If this policy is cancelled, we will send the first NAMED INSURED any premium refund due. If we cancel, the refund will be pro rata. If the first NAMED INSURED cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

G) If notice is mailed, proof of mailing will be sufficient proof of notice.

H) If we decide not to renew this policy, we will mail or deliver to you a written notice of non renewal, stating the reason for the non renewal, at least 60 days before the expiration date of this policy. The notice will be sent to your address last known to us.

I) This notice will be delivered or sent by:

1) Registered mail;

2) Certified mail; or

3) Mail evidenced by a certificate of mailing.

If notice is mailed, proof of mailing is sufficient proof of notice.

J) However, we are not required to send this notice if non renewal is due to your failure to pay any advance premium required for renewal.

K) With respect to automobile liability coverage only, the coverage under this policy shall terminate on the effective date of any other insurance policy you purchase with respect to any automobile covered by both policies.

988006 Ed. 1-96

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987

**CONFIDENTIAL**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

The following exclusion is added to **Section 2. Exclusions:**

This insurance does not apply to:

**Fungi or Bacteria**

A) "Bodily injury", "property damage" or "personal and advertising injury " caused directly or indirectly by the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any:

1) "Fungi" or "bacteria"; or

2) Substance, vapor or gas produced by or arising out of any "fungi" or "bacteria".

B) Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

C) For the purposes of this exclusion, the following definitions are added:

1) "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, "spores", scents or byproducts produced or released by fungi.

2) "Spores" means reproductive bodies produced by or arising out of "fungi".

3) "Bacteria" means any type or form of bacteria and any materials or substances that are produced or released by bacteria.

This exclusion does not apply to any "fungi" or "bacteria" that are, are on, or are contained in, an edible good or edible product intended for human or animal consumption.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

983109 Ed. 08-04

**CONFIDENTIAL**

CONFIDENTIAL

COMMERCIAL UMBRELLA LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT – RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury", "personal injury", or "advertising injury" to:

A) A person arising out of any:

    1) Refusal to employ that person;

    2) Termination of that person's employment; or

    3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

B) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury", "personal injury", or advertising injury" to that person at whom any of the employment-related practices described in Paragraphs 1), 2), or 3) above is directed.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, ISO Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 2000

983104   Ed. 9-00

**CONFIDENTIAL**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT –
# KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA COVERAGE FORM

I.  Item 1.01, Coverage, is replaced by the following:

1.01  Coverage

A)  We will pay on behalf of the insured those sums in excess of the "retained limit" which the insured becomes legally obligated to pay as damages for:

1)  "Bodily injury" or "property damage" to which this insurance applies, occurring during the POLICY PERIOD stated on the DECLARATIONS PAGE and caused by an "occurrence";

2)  "Personal injury" to which this insurance applies, caused by an offense committed during the POLICY PERIOD  stated on the DECLARATIONS PAGE and arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

3)  "Advertising injury" to which this insurance applies, caused by an offense committed during the POLICY PERIOD stated on the DECLARATIONS PAGE and in the course of advertising your goods, products or services.

B)  This insurance applies to "bodily injury" and "property damage" only if:

1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the coverage territory;

2)  The "bodily injury" or "property damage" occurs during the POLICY PERIOD; and

3)  Prior to the POLICY PERIOD, no insured listed under Item 3.01, of SECTION 3. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or "claim", knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the POLICY PERIOD, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the POLICY PERIOD will be deemed to have been known prior to the POLICY PERIOD.

C)  "Bodily injury" or "property damage" which occurs during the POLICY PERIOD and was not, prior to the POLICY PERIOD, known to have occurred by any insured listed under Item 3.01, of SECTION 3. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or "claim", includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the POLICY PERIOD.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1999

**CONFIDENTIAL**

D)  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Item 3.01, of SECTION 3. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or "claim":

1)  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

2)  Receives a written or verbal demand or "claim" for damages because of the "bodily injury" or "property damage"; or

3)  Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

E)  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

F)  No other obligation or liability to pay sums or perform any act or service is covered unless explicitly provided for under Item 1.02, Defense, Settlement and Supplementary Payments.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1999

**CONFIDENTIAL**

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| BRANCH  GRAND RAPIDS | | | | | RP  EFF 11/30/2015 |

## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
## PRECISION PREMIER
## FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|---|---|------|------|------|-----|--------------------------|
| * | BP0439 | 0196 | | X | | | ABUSE OR MOLESTATION EXCLUSION |
| * | 9S5008 | 0300 | X | X | | | SUPPLEMENTAL DECLARATIONS |
| * | 9S1047 | 0312 | X | | | | CONNECTICUT CHANGES |
| * | BP0002 | 1299 | X | | | | BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM |
| * | 9S1111 | 1108 | X | | | | BUSINESSOWNERS PROPERTY DECLARATIONS |
| * | 9S1112 | 1108 | X | | | | BUSINESSOWNERS PROPERTY SCHEDULE |
| * | BP0457 | 0197 | X | | | | UTILITY SERVICES - TIME ELEMENT |
| * | E3031-ED1 | 1099 | X | | | | UTILITY SERVICES - TIME ELEMENT MODIFICATION |
| * | J6612-ED2 | 0515 | X | | | | EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT |
| * | BP0430 | 0196 | X | | | | PROTECTIVE SAFEGUARDS |
| * | E2028-ED2 | 0204 | X | | | | OTHER TYPES OF LOSS ENDORSEMENT |
| * | E3415-ED2 | 1008 | X | | | | OUTDOOR FENCES AND WALLS |
| * | E6306-ED1 | 0599 | X | | | | DEDUCTIBLE PROVISIONS ENDORSEMENT |
| * | 9S2354 | 1108 | | X | | | BUSINESSOWNERS LIABILITY DECLARATIONS |
| * | E3032-ED2 | 0300 | X | | | | FOOD BORNE ILLNESS BUSINESS INTERRUPTION COVERAGE ENDORSEMENT |

**\* These forms are attached. Remaining forms were attached to a previous copy of the policy.**

**COMMON**
9S5009 Ed. 3-00

09/22/2016

**CONFIDENTIAL**

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| BRANCH GRAND RAPIDS | RP EFF 11/30/2015 |
|---|---|

## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
## PRECISION PREMIER
## FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI
### (CONTINUED)

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|---|---|------|------|------|-----|--------------------------|
| * | BP0434 | 0197 | X | | | | BUSINESSOWNERS SPECIAL FORM COMPUTER COVERAGE |
| * | E6289-ED1 | 1207 | X | | | | BUSINESS INCOME AND EXTRA EXPENSE - 18 MONTHS |
| * | 9S2355 | 1108 | | X | | | BUSINESSOWNERS LIABILITY SCHEDULE |
| * | E3447-ED1 | 1098 | X | | | | BUSINESS INCOME FROM DEPENDENT PROPERTIES |
| * | BP0006 | 0197 | | X | | | BUSINESSOWNERS LIABILITY COVERAGE FORM |
| * | BP0514 | 0103 | | X | | | WAR LIABILITY EXCLUSION |
| * | E3416-ED3 | 1008 | X | | | | BACK UP OF SEWERS AND DRAINS COVERAGE ENDORSEMENT |
| * | J6353-ED2 | 0608 | | X | | | CHANGES TO LIMITS OF INSURANCE |
| * | J6743-ED1 | 0809 | X | | | | WATER EXCLUSION ENDORSEMENT |
| * | BP0455 | 0197 | | X | | | BUSINESS LIABILITY COVERAGE TENANTS LIABILITY |
| * | E4009-ED4 | 1203 | | X | | | MOLD AND MICROORGANISM EXCLUSION |
| * | J6316-ED1 | 1106 | X | | | | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| * | W1687-ED1 | 1009 | | X | | | CONNECTICUT LIQUOR LIABILITY COVERAGE |
| * | BP0404 | 0196 | | X | | | HIRED AUTO & NON-OWNED AUTO LIABILITY |
| * | E0051-ED2 | 1203 | | X | | | ASBESTOS AND SILICA EXCLUSION |

**\* These forms are attached. Remaining forms were attached to a previous copy of the policy.**

**COMMON**
9S5009 Ed. 3-00

09/22/2016

**CONFIDENTIAL**

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| BRANCH  GRAND RAPIDS | | | | | RP  EFF 11/30/2015 |

### PRECISION PORTFOLIO POLICY
### FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION PREMIER
### FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI
### (CONTINUED)

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|-------------|---|------|------|------|-----|--------------------------|
| * | E3309-ED6 | 1008 | | X | | | AMENDMENT - AGGREGATE LIMITS OF INSURANCE (PER LOCATION) |
| * | J6839-ED1 | 1010 | | X | | | AMENDMENT - AGGREGATE LIMITS OF INSURANCE |
| * | J6345-ED1 | 0207 | | X | | | EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION |
| * | W1688-ED1 | 0808 | X | | | | Connecticut - Limited Fungi of Bacteria Coverage |
| * | 983109 | 0804 | | | | X | FUNGI OR BACTERIA EXCLUSION ENDORSEMENT |
| * | E3342-ED1 | 0600 | | X | | | PERSONAL AND ADVERTISING INJURY COVERAGE AMENDATORY ENDORSEMENT |
| * | BP0402 | 0187 | | X | | | ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES |
| * | BP0417 | 0196 | | X | | | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| * | 983104 | 0900 | | | | X | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| * | BP0415 | 0197 | X | | | | SPOILAGE COVERAGE |
| * | E3419-ED3 | 1010 | X | | | | RESTAURANT FOOD CONTAMINATION SHUTDOWN COVERAGE ENDORSEMENT |
| * | 9S1114 | 1010 | X | | | | RESTAURANT PREFERRED PACKAGE ENDORSEMENT |
| * | 985021 | 0300 | | | | X | AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE |
| * | 983153 | 1105 | | | | X | EXCLUSION-VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION |
| * | 982001 | 0196 | | | | X | COMMERCIAL UMBRELLA DECLARATIONS |

**\* These forms are attached. Remaining forms were attached to a previous copy of the policy.**

**COMMON**
9S5009 Ed. 3-00

09/22/2016

**CONFIDENTIAL**

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|----|-----------------|----|-----------------|-------|
| D | PPS 08202006 | | 02275337 | | F000456282-001-00001 | NONE |

| | | |
|---|---|---|
| BRANCH  GRAND RAPIDS | | RP  EFF 11/30/2015 |

### PRECISION PORTFOLIO POLICY
### FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION PREMIER
### FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI
#### (CONTINUED)

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|---|---|------|------|------|-----|--------------------------|
| * | 982003 | 0196 | | | | X | COMMERCIAL UMBRELLA COVERAGE FORM |
| * | 983001 | 0196 | | | | X | ABUSE OR MOLESTATION EXCLUSION |
| * | 983139 | 1202 | | | | X | WAR EXCLUSION |
| * | 984004 | 0196 | | | | X | AUTOMOBILE LIABILITY FOLLOWING FORM ENDORSEMENT |
| * | 985013 | 0901 | | | | X | UMBRELLA AMENDATORY ENDORSEMENT |
| * | 988006 | 0196 | | | | X | CONNECTICUT AMENDATORY ENDORSEMENT |

**\* These forms are attached. Remaining forms were attached to a previous copy of the policy.**

**COMMON**
9S5009 Ed. 3-00

09/22/2016

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|--------------|-----------------|----------------|--------------|
| D | PPS 08202006 | 02275337 | F000456282-001-00001 | NONE |
| BRANCH  GR  GRAND RAPIDS | | | | RP  EFF 11/30/2015 |

CONFIDENTIAL

## FORMS AND ENDORSEMENTS APPLICABLE LIST

## FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI

| FORM NUMBER | | FORM OR ENDORSEMENT NAME |
|-------------|--|--------------------------|
| | COMMON | |
| * U-GU-630-D | 01-15 | DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE |
| | | ACT |
| * U-GU-767-B CW | 01-15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| * U-GU-753-A CW | 04-07 | SMALL BUSINESS POLICY JACKET |
| * 9S5005 | 03-00 | POLICY COVER PAGE |
| * E6036-ED4 | 10-08 | LEAD POISONING AND CONTAMINATION EXCLUSION |
| * U-CL-D-100-A CW | 06-04 | COMMON POLICY DECLARATIONS |
| * BP0009 | 01-97 | BUSINESSOWNERS COMMON POLICY CONDITIONS |
| * IL0003 | 04-98 | CALCULATION OF PREMIUM |
| * E3027-ED1 | 01-98 | NO COVERAGE FOR CERTAIN COMPUTER-RELATED LOSSES |
| * W1685-ED2 | 05-13 | CONNECTICUT CHANGES |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*THESE FORMS ARE ATTACHED. REMAINING FORMS WERE ATTACHED TO A PREVIOUS COPY OF THE POLICY.

| 9C0010  Ed.  06-04 | INSURED'S COPY | 09/22/2016 |
|--------------------|----------------|------------|

CONFIDENTIAL

| BILL | POLICY NUMBER | PRODUCER CODE | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|---------------|----------------|--------------|
| D | PPS 08202006 | 02275337 | F000456282–001–00001 | NONE |

BRANCH  GR  GRAND RAPIDS                                                      RP   EFF 11/30/2015



# LIST OF ADDITIONAL FORMS ENCLOSED – NON-POLICY FORMS

# FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI

| FORM  NUMBER | FORM DESCRIPTION |
|--------------|------------------|
| 9S5380          06-13 | PRECISION POLICY MAILING SHEET-AGENT |

09/22/2016                                 INSURED'S COPY                        U-CL-103-A  CW (06/04)