# EXHIBIT 6

**From:** **Michael Spagnola** mspagnola@siegeloconnor.com
**Subject:** RE: Pastor et al v. Geaux Fish
**Date:** October 20, 2016 at 12:40 PM
**To:** Jeff Bagnell jbagnell@lbv-law.com



Jeff – I've been informed that the carrier expects to issue a coverage determination next week.

Michael J. Spagnola



150 Trumbull Street   Hartford, CT  06103
Tel.: (860) 727-8900  Fax: (860) 527-5131
mspagnola@siegeloconnor.com   www.siegeloconnor.com

V-Card    Attorney Bio    Directions

NOTICE: This message contains information that is CONFIDENTIAL and PRIVILEGED. If you are not the intended recipient or have received this message in error, please inform the sender by immediate reply and delete the original message with all attachments without retaining a copy. Thank you.

---

**From:** Jeff Bagnell [mailto:jbagnell@lbv-law.com]
**Sent:** Thursday, October 13, 2016 7:25 PM
**To:** Michael Spagnola
**Subject:** Re: Pastor et al v. Geaux Fish

Yes I'll call you on this. I've had insurance companies take years to take a position. I can't afford or risk that. I'll explain.

Sent from my Iphone

On Oct 13, 2016, at 7:14 PM, Michael Spagnola <mspagnola@siegeloconnor.com> wrote:

> Jeff – with all due respect, I think it is counterproductive to file a PJR application when there is an insurance claim pending and the parties had recently attended a settlement conference and suggested that they would continue their discussions following the conference. We are interested in continuing settlement discussions, but, as you know, can't until the insurance claim process runs its course. If there is insurance coverage, the PJR application becomes moot. If there is no insurance coverage, then the more money my client spends defending the application the less there will be for a potential settlement. My suggestion would be to let the insurance claim process run its course an then have the parties give early settlement another crack before filing a PJR application.
>
> Happy to discuss further if you would like.
>
> Michael J. Spagnola
>
> <image001.jpg>
>
> 150 Trumbull Street   Hartford, CT  06103
> Tel.: (860) 727-8900  Fax: (860) 527-5131
> mspagnola@siegeloconnor.com   www.siegeloconnor.com
>
> V-Card    Attorney Bio    Directions

V-Card    Attorney Bio    Directions

NOTICE: This message contains information that is CONFIDENTIAL and PRIVILEGED. If you are not the intended recipient or have received this message in error, please inform the sender by immediate reply and delete the original message with all attachments without retaining a copy. Thank you.

---

**From:** Jeff Bagnell [mailto:jbagnell@lbv-law.com]
**Sent:** Tuesday, October 11, 2016 8:11 AM
**To:** Michael Spagnola
**Subject:** Re: Pastor et al v. Geaux Fish

Received. I'll wait until next Friday to file the PJR unless the insurer tells your client whether there's coverage or not, and provides a letter to that effect. It is one of the longer policies I've seen. I'll withdraw the application if there is proof of insurance produced.

> On Oct 10, 2016, at 7:19 PM, Michael Spagnola <mspagnola@siegeloconnor.com> wrote:
>
> Jeff – I am attaching Defendant's initial disclosures. There is no update on the insurance. Thanks.
>
> Michael J. Spagnola
>
> <image001.jpg>
>
> 150 Trumbull Street   Hartford, CT  06103
> Tel.: (860) 727-8900  Fax: (860) 527-5131
> mspagnola@siegeloconnor.com   www.siegeloconnor.com
>
> V-Card    Attorney Bio    Directions
>
> NOTICE: This message contains information that is CONFIDENTIAL and PRIVILEGED. If you are not the intended recipient or have received this message in error, please inform the sender by immediate reply and delete the original message with all attachments without retaining a copy. Thank you.
>
> ---
>
> **From:** Jeff Bagnell [mailto:jbagnell@lbv-law.com]
> **Sent:** Monday, October 10, 2016 7:24 AM
> **To:** Michael Spagnola
> **Subject:** Pastor et al v. Geaux Fish
>
> Mike can I have your client's initial disclosure under 26a please. Also any update on insurance situation. thanks
>
> Jeffrey S. Bagnell

Lucas | Bagnell | Varga LLC
2425 Post Road, Suite 200
Southport, CT 06890
Telephone: (203) 227-8400
Facsimile: (203) 227-8402
Email: jbagnell@lbv-law.com
Web Site: www.lbv-law.com <http://www.lbv-law.com/>

IMPORTANT/CONFIDENTIAL: This message is intended only for the use of the
individual or entity to which it is addressed. This message contains
information from the law firm of Lucas | Bagnell | Varga LLC which may
be privileged, confidential and exempt from disclosure under applicable
law. If the reader of this message is not the intended recipient, or the
employee or agent responsible for delivering the message to the intended
recipient, you are hereby notified that any dissemination, distribution
or copying of this communications is strictly prohibited. If you have
received this communication in error, please notify us immediately.


<Rule 26(a) disclosures.pdf>

Jeffrey S. Bagnell
Lucas | Bagnell | Varga LLC
2425 Post Road, Suite 200
Southport, CT 06890
Cell: (203) 984-8820
Telephone: (203) 227-8400
Facsimile: (203) 227-8402
E-mail: jbagnell@lbv-law.com
Website: www.lbv-law.com