UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| ASHLEY PASTOR, | : | CIVIL ACTION NO.: |
| APRIL LACKO, | : | 3:16CV00812 (MPS)(RJR) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GEAUX FISH FAIRFIELD, LLC, | : | |
| d/b/a Local Kitchen and Beer Bar, | : | |
| | : | |
| Defendant. | : | FEBRUARY 15, 2017 |

**PLAINTIFFS' PJR HEARING EXHIBITS**

**Full**

| EXHIBIT ID NO. | DESCRIPTION |
|---|---|
| 1 | CT Commercial Recording Division Details re Geaux Fish LLC Formation |
| 2 | CT Commercial Recording Division Details re Geaux Fish LLC Filing History |
| 3 | Ct Post January 19, 2017 Article |
| 4 | Valley Independent Sentinel January 12, 2017 Article |
| 5 | CT Commercial Recording Division Details re 251 Roosevelt Drive, LLC |
| 6 | Bizapedia Search Results for Entities with 819 Bridgeport Ave., Shelton, CT address |
| 7 | Docket Sheet present case |
| 8 | Affidavit of Eric Potter |
| 9 | Affidavit of Ashley Pastor |

| 10 | Affidavit of April Lacko |
| --- | --- |
| 11 | Time sheet for April Lacko week of May 18, 2015 |
| 12 | Yelp review re plaintiff Lacko |
| 13 | Damages information/reports for Lacko and Pastor |
| 14 | Hartford Courant September 10, 2014 Article re plaintiff Pastor's father |
| 15 | Christian Minnery "obituary" of plaintiff Pastor |
| 16 | Laminated list of beer names posted at Local Restaurant |
| 17 | Foremost Insurance Reservation of Rights Letter dated January 16, 2017 |

|  |  |
|---|---|
| By: | ___/s/Jeffrey S. Bagnell_____ |
|  | Jeffrey S. Bagnell |
|  | Federal Bar No. CT18983 |
|  | *Attorney for Plaintiffs* |
|  | 55 Greens Farms Road, #200-60 |
|  | Westport, Connecticut 06880 |
|  | m. (203) 984-8820 |
|  | o. (203) 286-7936 |
|  | jeff@bagnell-law.com |

### CERTIFICATE OF SERVICE

This is to certify that on this 15th day of February, 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

    ___/s/Jeffrey S. Bagnell____
    Jeffrey S. Bagnell