**EXHIBIT 9**

## AFFIDAVIT OF ASHLEY PASTOR

*Ashley Pastor*, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I make the following statements based on my personal knowledge, except for those statements made on information and belief, which I believe to be true and accurate.

3. I was employed at Local from December 2013 through July 17, 2015. I resigned from my position as a server at Local on July 17, 2015, as a result of my work conditions.

4. During my tenure at Local, I always had a positive performance record.

5. One thing I did notice, however, was that my paychecks seemed inaccurate, and did not reflect the correct number of hours that I worked in a given pay period.

6. Dating back to November 2014, I used my access to the payroll system to access my time card records. I noticed that there were several occasions where my time card punches were altered to reflect an earlier time out, when in fact those alterations were inaccurate. The alterations appear to have been made so that my manager, Christian Minnery, could avoid having to pay me overtime. For many of the weeks I worked, the alterations appear to be in excess of 20 hours per pay week.

7. During my employment, I observed inappropriate behavior from Christian Minnery. Specifically, there was a laminated beer list with several inappropriate and sexually suggestive names that Christian assigned to beer. It made me uncomfortable.

8.  Starting in June 2015, I started to experience some issues while working at Local, more specifically, with Christian Minnery. I pointed out that I noticed the significant difference between the number of hours I was working versus the number of hours I was actually paid for.

9.  Once I vocalized my observation to Mr. Minnery, and began to ask other employees if they also experienced the same discrepancies with their paychecks, there was a marked difference in the way I was treated while I was at work. I lost my keys, my access to the manager's office and computer, and my manager shifts were taken away from me.

10. Moreover, Larissa Kagan, the floor manager hired by Mr. Minnery, seemed to make it a clear purpose to make my time at work difficult and aided in creating a hostile and uncomfortable work environment for me. I observed a significant decrease in my wages, and was unreasonably singled out by both Mr. Minnery and Ms. Kagan.

11. On Friday July 17, Ms. Kagan left me a voicemail stating that I wasn't needed for my shift, and telling me not to report to work. It was the second time during that week that I was either sent home or told not to report to work, at which point, I contacted Mr. Minnery and emailed him my letter of resignation. My letter of resignation detailed some of the reasons for why I felt uncomfortable at work, and why I felt that I needed to resign immediately.

12. The following morning on July 18, 2015, my husband, A Gregory Pastor, resigned from his position as a bartender.

13. At approximately 1 p.m. on July 18, 2015, I received a text message from Mr. Minnery containing pictures of an obituary, written by him. The obituary was about

me, bearing a picture of me presumably downloaded from the internet. That picture was from an article that appeared in the Hartford Courant on September 11, 2014, discussing my dad, Ronald Lawrence Gilligan, who was killed in the September 11th terrorist attacks. In the obituary, Mr. Minnery stated, "Her family was comfortably off by the standards of time, but Ashley nevertheless knew disadvantages….with a widowed mother, she was to grow up in a single-parent family". Additionally, what was also disturbing about Mr. Minnery's "obituary", was the sentence stating, "left her looking like a burn victim with OK tits". When I received this, it sent me into a state of anxiety and panic, as the references made about my family reminded me of what happened to my dad, and also, the pain of having to live in a home without my dad.

_____
Ashley Pastor

Subscribed and sworn to before me
this 19th day of August, 2015.

_____
Notary Public:
My Commission Expires:

Bonnie K. Ford-Wojna
Notary Public-Connecticut
My Commission Expires
January 31, 2017