**EXHIBIT 10**

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

| | |
|---|---|
| APRIL LACKO, | : |
| Complainant, | : CHRO Case No.: 1520228 |
| | : EEOC No. 16A-2015-00295 |
| V. | : |
| GEAUX FISH FAIRFIELD, LLC | : |
| d/b/a Local Kitchen and Beer Bar, | : |
| | : NOVEMBER ___, 2015 |
| Respondent. | : |

### AFFIDAVIT OF APRIL LACKO

STATE OF CONNECTICUT  )
                      )   ss: Southport
COUNTY OF FAIRFIELD   )

*April Lacko*, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath to tell the truth.

2. I am the complainant herein, and I make the following statements based on my personal knowledge, except for those statements made on information and belief, which I believe to be true and accurate.

3. I never received the "final written warning" document as alleged by Respondent. In fact, I never saw the document and did not learn of its alleged existence until after my termination and after I retained counsel. I believe it was created after my termination in retaliation for my complaints of harassment.

4. The alleged complaints contained in Respondent's position statement are not about me: (a) I was not working on May 22, 2015; (b) the May 29, 2015 complaint was not about

me; (c) the June 1 and June 7, 2015 complaints are not about me; they are about a waitress, and I was employed as a bartender.

_____
April Lacko

Subscribed and sworn to before me
this 12th day of November, 2015.

_____
Notary Public:
My Commission Expires:

Bonnie K. Ford-Wojna
Notary Public-Connecticut
My Commission Expires
January 31, 2017