EXHIBIT 13

Case 3:16-cv-00812-RAR   Document 37-13   Filed 02/15/17   Page 1 of 5



# State of Connecticut
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
Southwest Region Office ~ 350 Fairfield Avenue, 6th Floor, Bridgeport, CT 06604

*Promoting Equality and Justice for all People*

### REMEDIES AND/OR DAMAGES WORKSHEET
*Required for initial and post-Reasonable Cause mediation efforts*

( )   The information requested below is required by the Commission, so it may proceed with its initial attempts to mediate your complaint pursuant to PA 11-237.

( )   The investigation of your claim of illegal discrimination has resulted in a finding of Reasonable Cause. The following request for information is required for the Post Reasonable Cause mediation efforts.

Damages you may be entitled to recover may include, but are not necessarily limited to;
- Back pay minus interim earnings (such as unemployment compensation, earnings from other jobs, etc);
- Reinstatement; and
- Restoration of fringe benefits.

If you have been discharged from employment, *it is your duty to look for other work even if you have filed a charge of discrimination.* You may be required to provide CHRO with a record of and/or evidence of your attempts to find work. Please keep accurate records of all such attempts, in addition to your filing with and any determinations issued by the Labor Department related to a claim for unemployment compensation.

*Be aware that in most cases, you can not recover attorney's fees or emotional distress damages*

---

*PLEASE PROVIDE THE FOLLOWING INFORMATIION AND/OR DOCUMENTS HERE OR ON AN ATTACHED SHEET*

1. What was the initial and/or start-finish date(s) when you suffered a loss of pay, due to the action(s) cited in your complaint, such as; a discharge, failure to hire, failure to promote, suspension and/or demotion. **June 8, 2015**

2. What was your hourly rate of pay: $ **7.34**   How many hours did you work each week **30-40**?

3. Did you work overtime regularly? ( ) Yes, (X) No? If yes, how often and how many hours each week _____?

4. After your discharge, did you have to pay for medical services and/or were there any other expense, such as policy premiums which would have been paid for by the respondent, or covered by a policy provided by the respondent? If so please detail those expenses with documentation. _____

5. Do you want to go back to work for the respondent? ( ) Yes (X) No

6. If you were discharged, please list all of your earnings, to include; any unemployment compensation, state assistance and/or earnings at a new employer(s) since your discharge. Include the name of any new employer(s) as well as the dates employed, rate of pay and weekly hours. (Attach the requested documents to this form)

7. Please describe any other monetary and/or non-monetary damages you believe you may be entitled to. **punitive and compensatory**

NAME: **April Lacko**   CASE NO.: **1620073**

ADDRESS: **171 Brooklawn Terrace**
**Fairfield, CT 06825**

COMPLAINANT'S SIGNATURE **[signature]**   DATE: **1-18-2016**

Main (203) 579-6246 ~ Fax (203) 579-6950
www.ct.gov/chro ~ Toll Free in Connecticut (800) 477-5737 ~ TDD (203) 579-6246
Affirmative Action/Equal Opportunity Employer



**State of Connecticut**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
Southwest Region Office ~ 350 Fairfield Avenue, 6th Floor, Bridgeport, CT 06604
*Promoting Equality and Justice for all People*

## REMEDIES AND/OR DAMAGES WORKSHEET
*Required for initial and post-Reasonable Cause mediation efforts*

( ) The information requested below is required by the Commission, so it may proceed with its initial attempts to mediate your complaint pursuant to PA 11-237.

( ) The investigation of your claim of illegal discrimination has resulted in a finding of Reasonable Cause. The following request for information is required for the Post Reasonable Cause mediation efforts.

Damages you may be entitled to recover may include, but are not necessarily limited to;
- Back pay minus interim earnings (such as unemployment compensation, earnings from other jobs, etc);
- Reinstatement; and
- Restoration of fringe benefits.

If you have been discharged from employment, *it is your duty to look for other work even if you have filed a charge of discrimination*. You may be required to provide CHRO with a record of and/or evidence of your attempts to find work. Please keep accurate records of all such attempts, in addition to your filing with and any determinations issued by the Labor Department related to a claim for unemployment compensation.

*Be aware that in most cases, you can not recover attorney's fees or emotional distress damages*

═══════════════════════════════════════════════════════════════════════════════

*PLEASE PROVIDE THE FOLLOWING INFORMATIION AND/OR DOCUMENTS HERE OR ON AN ATTACHED SHEET*

1. What was the initial and/or start-finish date(s) when you suffered a loss of pay, due to the action(s) cited in your complaint, such as; a discharge, failure to hire, failure to promote, suspension and/or demotion. _____

2. What was your hourly rate of pay: $ _____ How many hours did you work each week _____?

3. Did you work overtime regularly? ( ) Yes, ( ) No? If yes, how often and how many hours each week ____?

4. After your discharge, did you have to pay for medical services and/or were there any other expense, such as policy premiums which would have been paid for by the respondent, or covered by a policy provided by the respondent? If so please detail those expenses with documentation. _____

5. Do you want to go back to work for the respondent? ( ) Yes ( ) No

6. If you were discharged, please list all of your earnings, to include; any unemployment compensation, state assistance and/or earnings at a new employer(s) since your discharge. Include the name of any new employer(s) as well as the dates employed, rate of pay and weekly hours. (Attach the requested documents to this form)

7. Please describe any other monetary and/or non-monetary damages you believe you may be entitled to.

NAME: Ashley E. Pastor   CASE NO.: CHRO 1620079
ADDRESS: 879 Jennings Road   EEOC: 16A 201501708
Fairfield, CT
06824
COMPLAINANT'S SIGNATURE AB Pastor   DATE: 2/9/16

1. The initial date when I suffered a loss of pay due to the actions cited in the complaint, including loss of shifts and decreased in pay was 6/21/2015.
2. My hourly rate of pay was as follows:
$5.78/hour for 40 hours per week
$10.5612/hour server overtime for 10 hours per week
$29.16 /hour manager pay for 17 hours per week
$29.34/hour in average gratutities
Total hours worked per week= 67
Total average pay per week should have been $2291.15 (if paid for all hours worked)
Average hourly income= $2291.15/67 hours worked= $39.98/hour

3. I did work overtime regularly every week, and worked 10 hours of service overtime per week.

4. After discharge, I did not have to pay for medical services. There were not any other expenses (such as policy premiums) that would have been paid for by the respondent or covered bt a policy provided by the respondent.

5. I do not wish to go back to work for the respondent. The psychological trauma that I suffered as a consequence of the actions cited in my complaint was severe and would making going back to work for the respondent uncomfortable and a threat to my overall well-being.

6. I did not receive any unemployment compensation or state assistance.
New Employers:
Employer #1 @38-40 hours per week (7/2015-12/2015)
Total Earnings from Employer #1: $15789.89
Rate of Pay: $7.46/hour+ gratuities
Employer #2 @35 hours per week (11/2015-Present)
Total Earnings from Employer #2: $5718.66
Rate of Pay: $7.46/hour+ gratuities

7. While working for the respondent in the year 2015, I worked 25 weeks at 50 service hours per week= 1250 hours. I was not paid for 1250 hours as my pay was often missing service hours worked, and was paid for 984.92 hours.
1250 service hours worked-984.92 service hours paid= 265.08 service hours not paid
265.08 service hours @ Server Overtime ($10.5612/hour)= $2810.70 in overtime service hours NOT paid.
Additionally, while I worked for the respondent in the year 2014, for the remaining 13 weeks of 2014, I was not being paid for all hours worked. I worked 50 service hours per week during those 13 weeks and was paid for 38 hours instead of 50 hours.
13 weeks*12 hours/week=156 hours
2 of the 12 hours/week would have been paid at regular server pay of $5.78/hour.
13 weeks* 2 hours/week= 26 hours owed at regular server pay
26 hours* $5.78/hour= $150.28 not paid
13 weeks*10 hours/week=130 hours
130 hours*$10.5612=$1372.96 not paid
Total wages NOT paid and owed to me= $4333.94
Punitive and compensatory damages

| Copy B—To Be Filed With Employee's FEDERAL Tax Return | **W-2** Wage and Tax Statement | **2014** | OMB No. 1545-0008 |
|---|---|---|---|
| a. Employee's soc. sec. no. 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 | 1. Wages, tips, other comp 58839.09 | | 2. Fed. income tax withheld 6110.52 |
| b. Employer ID number (EIN) 46-1386221 | 3. Social security wages 12515.88 | | 4. Soc. sec. tax withheld 3648.02 |
| | 5. Medicare wages and tips 58839.09 | | 6. Medicare tax withheld 853.17 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E Pastor
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 46323.21 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State | Employer's state ID no. | 16. State wages, tips, etc. | 17. State income tax |
|---|---|---|---|
| CT | 58183856-000 | 58839.09 | 156.85 |
| 18. Local wages, tips, etc.. | 19. Local income tax | 20. Locality name | |

Department of the Treasury — Internal Revenue Service
a This information is being furnished to the Internal Revenue Service.

| Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee) | **W-2** Wage and Tax Statement | **2014** | OMB No. 1545-0008 |
|---|---|---|---|
| a. Employee's soc. sec. no. 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 | 1. Wages, tips, other comp 58839.09 | | 2. Fed. income tax withheld 6110.52 |