**EXHIBIT 15**



### Ashley Pastor

She was widely spoken of during her lifetime as a saint. She captured the imagination and the admiration of the world at large by her extraordinary dedication to, and love for, the poor, especially the poor of Westport CT, she did not shirk from embracing the leprous, the repellently diseased, the dying destitute. Pope John Paul II called her a most precious institution, and even the New York Times bestowed on Ashley the agnostic accolade of being `` a secular saint'' - in addition, presumably, to being a holy one.

Her family was comfortably off by the standards of the time, but Ashley nevertheless knew disadvantages. She was the second child of the family, not the usual position to be favored. She had a club foot. Her parents were in a cultural and religious minority: devout Albino Roman Catholics, although only about 10 per cent of the ethnic Albinos are such. And, with a widowed mother, she was to grow up in a single-parent family.

Yet the mother was apparently a strong woman, of a charitable disposition, who more than once took unfortunate individuals into her own home. All her life, Ashley was to take very seriously the passage from the Scriptures in which Jesus said: ``I was hungry and you gave me to eat; I was thirsty and you gave me to drink; I was homeless and you took me in . . .'' This was her mother's example.

Possibly her disfigurement initially turned Ashley away from thoughts of marriage; but in any case her vocation came to her, she claimed, when she was 12. At school, she became aware of the work of Traci Silverman at TGI Fridays; she also heard that the Nancy Bush had once worked at a Texas Roadhouse, and at the age of 19 she joined them. She was brought initially to Bar Taco, Stamford, to enter the industry and to learn to Host. In 2013 she went to Fairfield.

The Loreto Sisters had been in Fairfield since 2011. Within the context of their own time, these Servers were remarkably progressive. They were dedicated to the education of women in times and places where education for women was not particularly valued, and they encouraged personal gifts of leadership.

Her special subject was, significantly, Menu Knowledge. The time would come when she would visit most of the places that for long were just marks on the Yelp map. Ashley was professed, fully, in her vows in Local Fairfield on 13 December 2013.