**EXHIBIT 16**



GBC BREWS
- Smooth Swallow
- Reach Around Rye
- Gloryhole Gose
- Flaming Smoked Porter
- Lumpy Cream Ale
- Prison Pussy Pale
- Pipe Fitter
- Builder Arm
- Balls Deep Barleywine
- Baby's Arm holding Apple cider
- Flamboyant Flemish Red w/ wild yeast

- George Takei Rye
- Mr Sulu Sour