EXHIBIT 1

WELCOME TO Local craft  kitchen and beer bar

We want you to feel at home and enjoy your Local Company experience.
Local , is a hospitality driven, Casual family, full service restaurant, that crafts fresh brewed beer. We hire all types of employees at different skill levels and stages in their careers.  We understand that for some of you the Hospitality industry will be your career choice, and we are glad you're here.  We feel the hospitality industry is very rewarding and a solid career choice, that offers many possibilities for advancement and personal enrichment. For other employees that may not end up in our industry on a permanent basis, we feel that our industry offers a great place to learn skills that will follow you throughout your professional career.  All we ask is that you treat our industry as seriously as you any other profession.   Our philosophy is that "if you can do what we do, then you can do just about anything".  So while you're here, it might as well be enjoyable and rewarding.

This policy book will answer most questions you may have.  Review it thoroughly, and please ask the management staff to explain or clarify any points necessary. Training manuals for each individual job description will also be provided.

We believe in our people and product integrity.  Our system's philosophy is,

If we want it,...we will train it!
If we train it,...we will expect it!
If we expect it,...we will measure it!
If we measure it,...we will reward it!
If we reward it,...it will become standard procedure!

Today's orientation will explain how we will go about meeting our philosophy of excellence to our employees and guests.  Feel free to ask questions, voice concerns and offer input because, not only does the Local name go on every product we serve, more importantly,...so does yours.

Welcome and Enjoy,

<u>YOU ARE THE STAR!</u>

As you read through this handbook and train in your job, remember that the product being served to our guest is yours.  You made it and you have integrity to uphold. Your attitude and problems outside the restaurant should not deter you from preparing and serving only quality products.  Just as any professional performer, you must remember you are on stage from the time you clock in until you leave the shop.  And, just as any entertainer, your single purpose at that time is taking care of your audience (your guest).

Put on a smile, make eye-contact and make them think they are the most important person in the restaurant. Help them out if they are new to our menu, if they have special needs such as accompanied by small children or the elderly.  Make it a point to say "hello" and talk about our products and craft  beer.

We are not just in the restaurant business; we are in the hospitality business. Our job is to provide our guests quality food and exceptional service.

<u>KNOW YOUR AUDIENCE</u>!

Most food service concepts refer to their people as customers.  At Local we believe they are "Guests" NOT customers!

* A guest is a welcome part of our day.
* A guest feels comfortable with us.
* A guest is always right even when they are wrong.
* A guest gets our total attention especially the very young and old.
* A guest pays back our friendship time and time again.
* A guest is shown around and helped out on their first few visits.
* A guest should see us at our best even when we aren't up to it inside.
* A guest never sees us argue among ourselves.
* Other people hear about us from our guests and want to see us.
* A guest gets only our best food.

* A customer is an interruption of business.
* A customer thinks we're trying to get his money.
* A customer is someone to argue with and try to win against.
* A customer is served at the counter and then forgotten.
* A customer pays for product and moves on.
* A customer is left to wander and guess.  They should know what we have.
* A customer gets what he gets when we get it and should understand bad days.
* A customer should understand life in a restaurant or any business
* A customer tells what he wants to tell.
* A customer gets what's there, even if its old.

<u>HANDLING COMPLAINTS i.e. BEING HOSPITABLE</u>
Chances are you may be on the receiving end of a guest complaint. As an employee, you can turn a complaint into a triumph rather than a disaster!  How?  Show interest and concern.  Hear the person out, whatever their age, appearance, or apparent disposition.  Seek assistance from your Restaurant Manager in handling a complaint.

<u>HOSPITALITY</u>
Discussions and transactions with customers should be regarded as an opportunity to build acceptance for and confidence in Local. The impressions you make depend not only on what you say, but how you say it.  Always be courteous and TREAT PEOPLE LIKE YOU WOULD LIKE TO BE TREATED!

<u>PERFORMANCE CHECK</u>

A positive self-image shows through.  If you are proud of yourself, so is everyone around you. If you have doubt, are having trouble away from the job, or feel less than great, your team and your guest will see your problems simply by watching your body language and looking at your appearance.

Remember, you are on stage when working at Local.  If you are having problems either on the job or at home, talk it over with management, not other team members.  Your attitude does affect your work whether you realize it or not.  The person who has the greatest affect on your self-image is you, but we can certainly help.

## YOU ARE MULTI-TALENTED

At Local each member of our group holds a central position.  You may have been hired for a specific duty or job but your talents will go beyond a single activity.  Just as a singer not only sings but plays guitar or plays drums and harmonica, you will be trained in all job duties.  This is called cross-training and it is an integral part of our company philosophy.  (If we want it,...we will train it.)

Once you are proficient at the job you were hired to perform, you will be given other training tasks.  As you learn more and more about the responsibilities of the total group, you will see how each position affects the quality of the product and the satisfaction of your guests.  Only through support and understanding of each job duty can a group blend into a total quality team.

## EMPLOYMENT AT WILL

As a business operating in today's legal environment, it is Local's belief that it is necessary to clarify the relationship between employees and Local.

We hope the relationship between Local and its employees will continue to be mutually beneficial. However, Local wishes to define carefully and clearly the parameters of the relationship.  Local's relationship with its employees is and always will be one of voluntary employment "at will."  Neither the employee nor Local has entered into a contract of employment, expressed or implied.

Employment at Local is voluntarily entered into for no stated term or period of time.  Local has the right to terminate the employee at any time, with or without cause being shown, in its sole discretion.  This means that Local or the employee is free to terminate an employment relationship at any time.

This handbook is not intended to be a contract of employment.  It should also be understood that nothing in this handbook changes the fact that employment is at will.

## AS A NEW EMPLOYEE

As a new employee with Local, there are certain questions we know you want to ask and certain things you would know about your job with us.   Listed below are just a few of the possible items to cover:

## New Hire Paperwork

As a new employee, you now have a file in our system. This file must contain specific paperwork that is required by law and your restaurant.   Please complete this paperwork or submit forms prior to your first work day:

        *Employee Application          *W-4 Form
        *I-9 Form                      *Food Servers Permit
        *TJTC                            (if required)
        *All Local Training forms      *QFO training form
        *Alcohol Serving Agmt          *CT-W4
        *Cancelled/voided Check

Based on specific local and state laws as well as your restaurant requirements, additional forms may be necessary.   Your manager will explain these forms to you.

## Schedules

Schedules are prepared by management and posted on a timely basis for the upcoming work week.   Schedules will be designated Monday through Sunday.   All weekly schedule requests must be written in the Days Off Log by management at least ten (10) days prior to the time needed off, to be considered.

All requests for schedule duty will be on a first come, first serve basis.   Any schedule changes must be approved by the manager and initialed on the "switch sheet" by the manager.   Your replacement must also be approved so as not to create any overtime or close/open situations.

## Time Off

Any part-time employee (not eligible for vacation pay) who would like time off must submit a written vacation request to the manager for approval.   This request will also be treated on a first come, first serve basis and only if scheduling permits.   Time off is limited to one week (without pay).

<u>TARDINESS</u>

Being hospitable, as well as consideration for co-workers, requires that employees report to work on time each day.

<u>Policy</u>
You are expected to report for work promptly at your scheduled starting time each day, unless you are ill or have obtained prior approval to be absent or late for a legitimate personal reason.

Your supervisor will monitor your arrival and departure times, and warnings will be issued to chronic abusers.  Chronic tardiness may result in employee discipline, up to and including discharge.

<u>Your Responsibilities</u>
* You should contact your supervisor if you expect to be late for
  work.

<u>MEAL DISCOUNTS</u>

Local offers meal discounts for employees eating in the restaurant while on duty.  You must be scheduled for work and on break when you make the purchase.

During your meal or break, you must remove your apron, Eat in designated employee break area.  Do not take food back to the back-of-the-house around workers.

All employee discounts will be rung up on the register by a manager on duty (other than yourself) and paid for at time of purchase.

<u>EMPLOYEE RULES AND REGULATIONS</u>

AS A NEW NON-EXEMPT EMPLOYEE...

Giving Proper Notice

Employees who voluntarily quit the restaurant (terminate, are asked to give a two (2) week written notice to the manager.  It is important to follow this procedure since you may want our company to give you a job recommendation at a later date or you may want to be considered for rehire.  This two-week notice allows us to find someone to fill your position. It will also ensure that your work record is complete and accurate.

Clocking In

Federal law (the Fair Labor Standards Act) requires that we keep records of time worked by all employees who come under the provisions of the act and to pay overtime for hours worked in excess of forty (40) hours per week.  To comply with this requirement, the restaurant uses a system for tracking hours.  Each employee must comply with the responsibilities of both clocking in and clocking out according to restaurant policy and procedure.

Your manager will explain how you clock in and out in this restaurant during orientation.

* Do not clock in or out for other employees.
* Do not clock in until you are in complete uniform and ready to work.
* Do not clock in until designated time on schedule.
* Do not stay in restaurant work areas after clocking out.
* If errors occur during clocking in or out, contact your manager immediately.

Pay Period

All employees are paid by check according to designated pay periods.  The restaurant work week runs Monday through Sunday and you will be paid on the following Friday of every other week.

Paychecks are not issued until 2:00 p.m. and cannot be picked up between the hours of 12-2 p.m. or 5-8 p.m.  These are times when we are taking care of our priority,...our guests.

*To avoid any complication in receiving your paycheck, Local offers,
 and recommends you sign up for direct deposit of your check into
 your bank account.

WARDROBE CHECK

If you are not proud of your appearance when you greet customers, neither is anyone else.  Check yourself in the mirror prior to shift and any time you enter the dining room or bar areas.

Company standards for professional appearance are:

1.   Aprons  *All staff are to wear an apron when performing there duties.  An extra apron is in back for use when heavily soiled aprons must be removed.  Never wear soiled aprons around guests. **Employees in the dining room, and bartenders are to wear waist aprons, which are clean and presentable.** If needed a new apron will be issued at your expense.  A bartender may remove there apron ONLY during late night service hours, and never during food service hours.

2.   Shoes  *All shoes are to be leather top and closed toe.  Plain dark socks (or nylon stockings) must be worn with shoes.  No multi-colored socks or stockings, sandals, or canvas shoes are permitted due to safety precautions. All shoes are to be at least 90% black.  For safety purposes, we require shoes to have either a rubber or synthetic rubber sole. Kitchen personal are required to wear a steel toe non-slip work shoe.

3.   Shirts  *All waiters or waitresses are to buy a shirt(s) at hire.  When reporting to work, these shirts are to be clean, Stain free, wrinkle-free and free of odor.
   * All shirts are to be worn inside pants.
   * There are to be no pins, buttons, or other designs worn on shirt other than those approved by the corporation.
   * a long sleeve shirt cannot be worn under a short sleeve shirt without manager approval, and this shirt must be of the same color, i.e.: no white shirt under a black t shirt.
   • All Male Bartenders must adhere to shirt policies listed above, except, they are to wear a collard, all black shirt, a "polo" or "bowling" style shirt, a polo shirt must be tucked in and a bowling shirt can be worn without tucking.
   • Female bartenders must adhere to policies listed above, except they may wear a short, long, or ¾ sleeve black shirt. But never a tank top or a shirt that exposes the armpit.  There will be no "belly" shirts that expose the midriff. No shirt should be "cut" so low as to expose any part of an undergarment.  Remember that your shirt should be tasteful and appropriate to our concept.

4.   <u>Pants</u>   Black polyester, polyester-cotton blend, or black jeans must be worn as part of your uniform, these pants must have pockets. (Khaki, blue jeans, stretch pants, yoga pants, and corduroy slacks are not permitted.)  If the pants have belt loops, a dark belt must be worn with the pants. No cargo pants.  Pants must be appropriate for our working environment. Pants should be in good condition without any rips, tears, or fraying.  Also, these pants should be of a proper fit, worn around the waist, and of appropriate length.

5.  <u>Jackets-Sweaters</u>   The climate is controlled in the restaurant so that sweatshirts, "hoodies", jackets and/or sweaters are not required, or permitted.

6.  <u>Jewelry</u> Acceptable jewelry is one (1) ring on each hand or a wedding set.  No bracelets (except medical) are permitted. Up to three (3) pair of studded earrings are acceptable, no larger than 1/4" in diameter, and no bars. No hoop earrings that 1/4 inch in diameter. No visible jewelry should be worn around the neck. There shall be NO facial piercing, NO tongue piercing; there may be one piercing of the nose no larger that 1/16 in diameter and of a natural (nude) color.

7.  <u>Hair</u> A.  Females:  Neat, business style, no corn rows, braids or bangs below the eyebrows.  Long hair must be tied back. Ponytails are permissible providing the tie holding the hair is not overly large or loud.  Hair must be kept above the collar and eyebrows.  In all cases, hairnets must be worn where required by law. Hair color should be permanent; there will be no temporary or spray on color

B.  Males:  Neat, business style, no corn rows, braids or bangs below the eyebrows.  Hair must be off collar.  Mustache neatly trimmed and not below corner of mouth.  All male employees must be clean-shaven prior to scheduled shift.   Check specific local health codes for hairnets or caps. Beards are permitted if trimmed appropriately and clean shaven below the "chin line".

8.  <u>Fingernails</u>  All employees are to keep nails clean at all times.  No false nails are permitted due to sanitation and safety considerations.

<u>WARDROBE CHECK</u>   (continued)

9.   <u>Cosmetics</u>   Make-up may be used but in moderation.  Over application of eye shadow or make-up is contrary to the family style environment we want to project to our guests.  Cosmetics may be worn in conservative amounts and in good taste.  Natural foundation base, powder and blush that correspond with individual skin color may be lightly used.  Mascara may be applied lightly in shades of brown or black.  Eye shadow and eye liner must be complimentary and is not to be used in excess.  Natural color lipstick may be lightly applied.  Perfume or scented powder should not be used in excess.

10.   <u>Hygiene</u>   *Bathe daily and wear deodorant as part of normal routine.  Check hands routinely and wash after eating, smoking or going to the restroom.
     *Do not touch hair, face or other parts of the body after washing hands.  If you do you **MUST** rewash your hands.
      *Teeth are to be clean and mouthwash used, if necessary.
      *Remember to wash and sanitize your hands before handling food.

11.   <u>Self-Esteem</u> You are the final judge of your appearance. Others measure your attitude, professionalism and self-esteem by first impressions.  Look for yourself.  Do you look professional or do you look as if you don't care?  If you don't care about how you look, the guest may feel like you don't care about what you serve. <u>And Most Importantly</u>:  Before you see the first guest or talk to your fellow employees, check your <u>smile</u>.  It's the smile that tells the guest you are confident in your product and your abilities to serve them professionally.  Let the smile show because once the door opens, you are on stage!

12. <u>Tattoos</u>  It is Local policy that tattoos should be covered and not visible to the guest.  Local reserves the right to deny any employee a guest contact position based on the amount of exposed tattoos or that employees ability, or willingness to cover their exposed tattoos.

## RULES OF THE GAME

Naturally there are certain policies that must be explained to protect you and the restaurant.  Understanding the policies will make you feel more secure and that makes us feel better, too.

A.  Off Limits
The only people allowed in the restaurant work areas are employees on duty.  As much as we know you would like to hang around when you aren't working, we believe it is safer and more productive to have only working staff.  Also, if something comes up missing or lost, team members will remember who was around that shouldn't have been there.  Don't put yourself in that position.  We welcome you as a guest anytime; but, as a guest, you are not allowed in work areas.

B.  Lost and Found
If you recover items left by guests, turn them into the management person on duty.  If you can remember anything about the guest, make sure you note them.  Any calls regarding lost and found items should be directed to the manager on duty.

C.  Personal Belongings
All personal belongings are to be stored in the area designated by the manager.  Belongings are not allowed in or around the cash register or in the manager's office.  It is recommended that you not bring valuables to the restaurant since SBC cannot be responsible for any items lost by team members.

D.  Solicitation and Distribution
There is to be no display of posters, billboards or collection containers for any purpose on company premises unless authorized by a corporate officer of the company.  Employees are not allowed to distribute literature or engage in solicitation for any purpose while on the job or by off-duty employees.  Guests or members of the community are also not allowed to solicit or distribute in our restaurants.

E.  Parking
Employee parking areas are designated so our guests have easy access to our restaurants.  Please check with manager to learn where you are allowed to park.

F.  Smoking
You are allowed to smoke only in designated outside areas with manager's permission.  You must wash your hands, and freshen your breath after smoking(see manager)

RULES OF THE GAME     (continued)

G.  Eating and Drinking
We are not allowed to eat or drink in view of the guest while on duty.  **Chewing gum** or eating candy or any other snack is not allowed while working. There is absolutely no Eating of prepared restaurant foods without authorization. Unauthorized "snacking" will be considered stealing.


H.  Visitors
With the exception of emergencies, no personal visits will be permitted during working hours.  This also applies to before opening and after closing.


I.  Telephone
With the exception of emergencies, no personal telephone calls are permitted during working hours.  You should make any necessary outgoing calls on break or wait until punching out.  The restaurant phone is to be used to conduct Local's business.  You must have management permission prior to using the phone.


J.  Telephone Courtesy
When answering the restaurant phone, the following response is to be used:
     "Thank you for calling "Local craft kitchen and beer bar
      This is _____(name) how may I help you please?"


If the call is for someone currently on duty, make sure you accurately record the information, including name, date and time of call.  Pass the message on but do not call any employee to the phone.  If it is an emergency, contact the manager.


K.  Cell Phones are not permitted during your shift.  Even if your phone is off it is not part of your uniform and cannot be carried.  This includes "texting" and Mobil email.  Calling, Texting or using any hand held communication device is grounds for termination if done while on duty or during service hours.

EMPLOYEE CLASSIFICATION

Our employee classifications are assigned to adhere to government regulations and to ensure consistent and equitable compensation to all employees.

Policy
Each employee will be classified under one or more of the following categories:

EXEMPT EMPLOYEE
If you are an exempt employee, you are not covered under the provisions of the Wage and Hour laws and are not eligible for overtime pay.  Employees with this status are considered executive, professional, administrative, or managerial.

NON-EXEMPT EMPLOYEE
If you are a non-exempt employee, you are covered under the Wage and Hour laws and are eligible for overtime payments (see overtime).

FULL-TIME EMPLOYEES
An employee who routinely works 40 hours per week for at least 48 weeks per year.

PART-TIME EMPLOYEES
An employee who works less than 38 hours per week over 48 weeks.

Your Responsibilities

* Understand the classification of your position.

* If required, accurately report time worked on an appropriate time card to ensure proper payment and recording of salary.

REFERENCE CHECKS

It is mandatory that management conduct reference checks on all prospective employees prior to making a hiring commitment.  It is advisable to contact the applicant's last supervisor or the person most familiar with the applicant's performance.  Whenever possible, conduct a minimum of three reference checks per applicant.

EQUAL EMPLOYMENT PROGRAM

Local is committed to providing equal employment opportunity to all qualified persons and reaffirms its belief that no applicant or employee shall be discriminated against because of race, religion, color, sex, age, disability, or national origin.  This policy applies in all matters of employment, upgrading, promotion, transfer, layoff, termination, rates of pay, selection for training, recruitment, and recruitment advertising.

The following positive actions will be taken by SBC to ensure fulfillment of this policy:

1.  We will recruit, hire, and promote employees without regard to race, religion, color, sex, age, disability or national origin.

2.  We will base employment decisions on furthering the principles of equal employment opportunity.

3.  We will ensure that promotion decisions are in accordance with principles of equal opportunity by imposing only valid requirements for promotional opportunity.

4.  We will ensure that all other Human Resource actions such as compensation, benefits, transfers, layoffs, returns from layoffs, social and recreational programs will be administered without regard to race, religion, color, sex, age, disability, or national origin.

## AMERICANS WITH DISABILITIES ACT

The Americans with Disabilities Act (ADA), which applies to SBC, prohibits discrimination against individuals with disabilities because of their disabilities.

We intend to ensure that individuals with disabilities who are employed by Local, as well as persons applying for jobs with us, are treated fairly and given opportunities equal to those of others working or seeking work here.

The ADA prohibits discrimination against people with disabilities in every aspect of employment:

* Recruitment, advertising, and job application procedures;

* Hiring, upgrading, promotion, demotion, transfer, layoff, termination, right of return from layoff, and rehiring;

* Rates of pay or any other form of compensation and changes in compensation;

* Job assignments, job classifications, organizational structures, position descriptions, lines of progression, and seniority lists;

* Leaves of absence, sick leave, or any other leave;

* Fringe benefits by virtue of employment, whether or not administered by Local.

* Selection and financial support for training, including apprenticeships, professional meetings, conferences and other related activities, and selection for leaves of absence to pursue training;

* Activities sponsored by the employer including social and recreational programs;

* Any other term, condition, or privilege of employment.

<u>EMPLOYEE PRIVACY</u>

Local has a firm policy of respecting the privacy of each employee. The security of information and the rights of employees are preserved through this policy.

<u>Policy</u>
We retain the rights and privileges that are consistent with sound business practices in seeking, using, and safeguarding personal information.

Any request for information about an employee or ex-employee should be forwarded to Human Resources. Individuals and SBC may be held liable for any inaccurate or false statement released. Specifically, it is Local's policy to:

* Collect, retain, and use only that information which is relevant to job-related decisions about individuals, or which is required by government reporting regulations or payroll and benefit systems.

* Permit you to inspect information in your personnel file which pertains to you. You may not remove any information from your file. You may, however, request a correction or deletion of inaccurate information. In the event of a disagreement, you may add a statement of your position on the matter.

* Limit internal access to employee information to those individuals with a need to know by providing special safeguards for certain records.

* Release information externally only with your authorization, unless it is required by law or is to confirm job title or employment dates.

<u>Your Responsibilities</u>
* Contact Human Resources if you wish to review your personnel file.

* Review the file in the presence of Human Resources. You may take notes or make copies but may not remove any of the material contained in the file.

# Drug-Free Workplace Policy

## Purpose and Goal

**Local** is committed to protecting the safety, health and well being of all employees and other individuals in our workplace. We recognize that alcohol abuse and drug use pose a significant threat to our goals. We have established a drug-free workplace program that balances our respect for individuals with the need to maintain an alcohol and drug-free environment.

- **This organization encourages employees to voluntarily seek help with drug and alcohol problems.**

## Covered Workers

Any individual who conducts business for the organization, is applying for a position or is conducting business on the organization's property is covered by our drug-free workplace policy. Our policy includes, but is not limited to CEO, executive management, managers, supervisors, full-time employees, part-time employees and applicants.

## Applicability

Our drug-free workplace policy is intended to apply whenever anyone is representing or conducting business for the organization. Therefore, this policy applies during all working hours, whenever conducting business or representing the organization, while on organization property and at company-sponsored events.

## Prohibited Behavior

It is a violation of our drug-free workplace policy to use, possess, sell, trade, and/or offer for sale alcohol, illegal drugs or intoxicants.

## Notification of Convictions

Any employee who is convicted of a criminal drug violation in the workplace must notify the organization in writing within five calendar days of the conviction. The organization will take appropriate action within 30 days of notification.

## Searches

Entering Local property constitutes consent to searches and inspections. If an individual is suspected of violating the drug-free workplace policy, he or she may be asked to submit to a search or inspection at any time. Searches can be conducted of pockets and clothing, lockers and wallets, purses, briefcases and lunchboxes.

## Consequences

One of the goals of our drug-free workplace program is to encourage employees to voluntarily seek help with alcohol and/or drug problems. If, however, an individual violates the policy, the consequences are serious.

In the case of applicants, if he or she violates the drug-free workplace policy, the offer of employment can be withdrawn. The applicant may not reapply.

If an employee violates the policy, he or she will be subject to progressive disciplinary action and may be required to enter rehabilitation. An employee required to enter rehabilitation who fails to successfully complete it and/or repeatedly violates the policy will be terminated from employment. Nothing in this policy prohibits the employee from being disciplined or discharged for other violations and/or performance problems.

## Assistance

**Local** recognizes that alcohol and drug abuse and addiction are treatable illnesses. We also realize that early intervention and support improve the success of rehabilitation. To support our employees, our drug-free workplace policy:

- **Encourages employees to seek help if they are concerned that they or their family members may have a drug and/or alcohol problem.**

- **Encourages employees to utilize the services of qualified professionals in the community to assess the seriousness of suspected drug or alcohol problems and identify appropriate sources of help.**

Treatment for alcoholism and/or other drug use disorders may be covered by the employee benefit plan. However, the ultimate financial responsibility for recommended treatment belongs to the employee.

## Confidentiality

All information received by the organization through the drug-free workplace program is confidential communication. Access to this information is limited to those who have a legitimate need to know in compliance with relevant laws and management policies.

## Shared Responsibility

A safe and productive drug-free workplace is achieved through cooperation and shared responsibility. Both employees and management have important roles to play.

All employees are required to not report to work or be subject to duty while their ability to perform job duties is impaired due to on- or off-duty use of alcohol or other drugs.

In addition, employees are encouraged to:

- **Be concerned about working in a safe environment.**

- **Report dangerous behavior to their supervisor.**

It is the supervisor's responsibility to:

- **Inform employees of the drug-free workplace policy.**

- **Observe employee performance.**

- **Investigate reports of dangerous practices.**

- **Clearly state consequences of policy violations.**

## <u>Communication</u>

Communicating our drug-free workplace policy to both supervisors and employees is critical to our success. To ensure all employees are aware of their role in supporting our drug-free workplace program:

- **All employees will have access to the written copy of this policy which is included in the policy book.**

- **The policy will be reviewed in orientation sessions with new employees.**

<u>LIFE-THREATENING ILLNESS</u>

When a life-threatening illness affects employees,Local's policy is to provide a caring and supportive environment out of sensitivity to the special needs of the affected individuals.

<u>Policy</u>

An employee with a life-threatening illness who wishes to continue working may do so, for as long as:

* The person is able to meet satisfactory performance standards;

* The illness does not endanger the health or safety of other employees or customers;

* Your physician provides medical certification that you are able to work.

Life-threatening illnesses include cancer, heart disease, AIDS, and other illnesses of a degenerative or terminal nature.

<u>CONDITIONS OF EMPLOYMENT</u>

This policy is intended to support our uncompromising insistence on quality people.

<u>Policy</u>

All offers of employment and continued employment with Local depend upon the following conditions:

REFERENCES:  As an applicant for employment, you are asked to provide school, business and/or personal references.  A background investigation and/or credit check may be conducted for new exempt and non-exempt employees.  Unsatisfactory responses may constitute grounds for denial or termination of your employment.

QUALIFICATION TESTS:  Applicants for certain positions may be required to take tests that measure their job-related abilities, skills, or aptitudes for performing the essential functions of these jobs.  Only tests that have been validated and approved by Human Resources may be administered.

LEGAL RIGHT TO WORK IN THE UNITED STATES:  Upon accepting an offer, you must produce appropriate documentation to Human Resources that identifies and confirms your eligibility to work in the United States.

<u>NEW HIRE DOCUMENTATION</u>

To facilitate a smooth transition into Local, it is essential that all new hire documentation be completed in a timely manner.

Policy

On or before your first day of employment, you must complete the following forms:

W-4 Federal
A requirement of the Internal Revenue Service, this form is necessary to determine the amount of federal income tax you wish to have withheld from your pay.

W-4 State
A requirement of the State of Connecticut Department of Revenue Services, this form is necessary to determine the amount of state income tax to have withheld from your pay.

I-9
The federal government requires that all new employees produce documents establishing their identity and authorization for employment in the United States.

SBC Paperwork
You must read and sign a form attesting to the fact that you read all SBC hiring materials.

Exempt employees are to contact Human Resources at the main office for insurance information.

Your Responsibilities

* Fill out the appropriate new hire forms on or before your first day of employment.

ORIENTATION

Orientation provides new or transferred employees with the knowledge and understanding that is critical to successful performance.  It is a process that addresses not only specific policies and procedures, but also our culture, values, and mission.

Policy

As a new employee, your manager and Human Resources share responsibility for orienting you to Local.  This includes introductions to other staff members, review of important policies and procedures, and discussion of roles and expectations.

The orientation process should take place as soon as you join SBC. While many of the specific tasks will be accomplished during your first few days on the job, Human Resources will conduct special group orientation meetings periodically.  At this meeting you will meet with senior management and be given an overview of management's philosophy.  This process is critical in integrating you into our culture.  It will help you make an easier transition into the Company and achieve a higher level of productivity more quickly.

Your Responsibilities

* You should review the contents of your Handbook to make sure you understand what is expected of you. Orientation materials are available at the time of hire from Human Resources.

* You should seek clarification from your manager or Human Resources if any questions arise after reviewing your Orientation Package.

* Read and understand Local policy book and all new hire materials.

TRAINING PERIOD

Conditions of Employment

Non-Exempt Employees

Your first ninety (90) days on the job are considered a probationary period.  A time when you are training and practicing and we are observing your work ethic and standards.

We have certain expectations of each employee.  Your productivity, appearance, attitude, behavior and punctuality are the means by which your performance is measured.  It is during those ninety (90) days that such expectations are measured against long-term employment.

At the same time, it is your chance to see if you were "cut out" to work on this team.  You may discover that our expectations of you were too high, that our training was too difficult or that our measurements too strictly adhered to for your abilities.  During those ninety (90) days, you have the choice of improving your standards or leaving Local.  Naturally, we hope you choose the latter, and we hope we have chosen a "long term employee".

VOLUNTARY SEPARATION

Our policies and procedures are designed to ensure a smooth transition for the employee and local if you should decide to end your service.

<u>Policy</u>

Voluntary separations are those initiated by you.  Local expects at least two weeks written notice; and normally, you continue to work during that period.  If a potential conflict arises, we may ask you to leave at once.

Prior to your departure, you may have an exit interview arranged by your manager or at your request.

<u>Your Responsibilities</u>

* Give two weeks written notice to your manager.

* Turn in all Local property to your supervisor, such as keys, uniforms and training materials.

<u>INVOLUNTARY SEPARATION</u>

Local may initiate the termination of your employment if you do not meet Local's standards of performance, ethical integrity, or adherence to policy.  Additionally, separations may be necessary due to business reasons.


Policy
As stated above, employment may be ended by Local for any reason. The following are examples that must be avoided.  These are not all inclusive.

* Unsatisfactory performance of job responsibilities.

* Excessive absenteeism or tardiness.

* Gross misconduct.  (This can include the deliberate disregard for Local policy, property, or standards.)

* Intoxication or use of drugs that disrupts work, discredits or discredits a manager or employee.

* Language that causes the disruption of work, discredits Local or discredits a manager or employee.

* Insubordination in following the proper directives of your manager.

* Theft or dishonesty.

* Falsification, fraud, or willing omission of information in applying for a position or completing any official SBC forms or benefit claim forms.

* Releasing confidential information without proper authorization.

* Any other act that endangers the safety, health, or well-being of another person, or that is of sufficient magnitude that the consequences disrupt or discredit Local.




EXIT INTERVIEWS

Exit interviews are an opportunity for you to provide feedback on your work experience at Local, which in turn may help us to better deal with employee relation's issues.

Policy
After Local receives notice of your separation, you may be scheduled for an exit interview with your manager.

During this interview, if you have not already done so, you will be asked to return any Local property, such as keys or uniforms.  You will also have time to discuss your overall feelings about your work experience at Local.  This conversation will be held in strict confidence.  The information received during exit interviews is used to maintain a positive work environment and to minimize the rate of turnover.

If you are unable to attend an exit interview, an exit questionnaire may be mailed to you to complete and return to Local.

REHIRING/REINSTATEMENT

A former employee, like any other candidate seeking employment, will be evaluated based on our commitment to hire quality people.

<u>Policy</u>
As a former employee of Local, you will be considered for employment along with other candidates provided:

- Your performance was satisfactory when you left SBC, and
- You qualify for the vacant position.
- Proper notice was given during your first separation.

<u>SALARY ADMINISTRATION</u>

We are committed to attracting, retaining, motivating, and rewarding quality employees.

Policy
* Maintaining a job evaluation system that determines the value of a job in relation to other jobs in LOcal.

* Assigning exempt employees to a salary range.  Salary ranges for base compensation will be broad enough to recognize and reward individual performance.

All employees are paid on a bi-weekly basis on Friday.  If a holiday falls on Friday, payday is the preceding Thursday.  You will receive a pay stub indicating all deductions.

All employees are paid on a "current" basis.  This means that you receive salary for the current pay period.  Therefore, Local does retain a week's pay when you are first employed.

Part-time employees are paid on a "current" basis.  This means that you will receive your hourly pay.

All non-exempt and part-time employees are asked to punch in and out as mandated by Wage and Hour laws.  It is your responsibility to keep an accurate record of time worked.  You should punch in and out the actual hours worked each day, making sure that you punch in and out for breaks, etc.

Your Responsibilities
* Understand the salary administration process and how it works.

* Check with your manager to be sure that a current and accurate job description exists for your position.

* Accurately punch in and out time worked to ensure proper payment and recording of salary.

* Report any changes in your address, marital status, or number of tax exemptions to Human Resources by completing the appropriate forms.

OVERTIME

SBC's overtime policy reflects our philosophy of paying employees equitably for hours worked beyond normally scheduled hours, reflecting applicable local, State, and Federal laws.

Policy
If you are a non-exempt employee and work more than 40 hours in a week, Local provides overtime pay to compensate you for the additional time worked over 40 hours or if you work seven days within a work week.

You will be compensated at a rate of 1 1/2 times your base hourly rate of pay for all hours worked in excess of 40 hours for that week.

Under no circumstances are employees to work overtime without advance permission from their manager.  Exempt employees do not earn overtime and are paid their base salary, regardless of the number of hours worked in a given week.

Your Responsibilities
*  Understand the overtime requirements of a position before accepting the position.

* Have your manager's prior approval for overtime incurred.

* Perform essential overtime when requested, provided that advance notice is given.

* Keep an accurate record of overtime worked on your time card.

PAYROLL DEDUCTIONS

Our salary payment mechanisms are designed to support our salary administration process and to adhere to government regulations.

<u>Policy</u>
Local will make authorized deductions from your weekly salary payment. State and Federal laws require some and others are at your discretion.  They are as follows:

**Required**

The following deductions are made weekly from your salary:

Federal Withholding Tax - a predetermined percent of salary deducted for your Federal income tax liability.

Social Security - FICA is deducted from your weekly salary and is the basis for future Social Security benefits.  Local matches the amount of your weekly contribution.

State Withholding Tax - a predetermined percent of salary will also be deducted for your State tax.


**Voluntary - Exempt Employees**

As a convenience, additional payroll deductions are available.  You may choose any of the following through payroll deduction:

> Dental Insurance
> Health Insurance
> Disability Insurance
> Uniform Deduction

<u>Your Responsibilities</u>
* Understand all of the deductions detailed on your pay stub.  If you have any questions on how they are calculated, contact Human resources.




<u>WORKER'S COMPENSATION</u>

If you become injured on the job, you may be compensated for time lost at work, as well as for any medical expenses incurred as a result of the injury, through our Worker's Compensation Policy.

Policy
As required by law, Local provides Worker's Compensation insurance to all employees.  If you are injured during the normal course of your work, you can file a claim for Worker's Compensation.  This will provide you with a state benefit, which is equal to 80% of your normal salary after taxes are deducted up to a maximum set by law.    These benefits are not taxable.    You do not receive additional payment from Local for holidays or vacation while you are receiving Worker's Compensation.

When you are injured on the job, you must report it to Human Resources immediately.   Failure to report a case within Local guidelines may jeopardize your right to receive benefits.

If there are any resulting medical bills, they should be submitted directly to Human Resources.  These bills will then be submitted to our Worker's Compensation carrier for payment.

While on Worker's Compensation, you will be required to provide Local with medical documentation of your disability from your physician.  Failure to provide necessary documentation could result in denial of your claim.  Local reserves the right to request a medical confirmation from one of our attending physicians.

Upon your return to work, you will be required to provide a medical release from a physician stating that you are physically able to work.

Your Responsibilities
*Notify your supervisor and home office immediately of ALL accidents and injuries, however minor.

*Stay in touch with your manager and Human Resources while you are out on leave so that Local will be informed of when you might be able to return to work.

GARNISHMENTS

Local's philosophy is to cooperate with legal requirements pertaining to garnishments.

<u>Policy</u>
Wage garnishments are embarrassing for the employee, indicative of serious financial difficulty, as well as time consuming for the employer.  By court action, a creditor, or government agency may force us to withhold wages and turn them over to the court.  Human Resources will make every effort to assist the employee with this process.  This is kept confidential to protect the employee's privacy.  **But be aware that Local must comply with any court order or an order from a government agency enforcing a support order.**

<u>BENEFITS PROGRAM</u>

<u>Exempt Employees</u>

SBC's benefit program provides security for you and your dependents and helps us attract and maintain quality employees, including Medical, Dental, and Long-Term Disability, Accidental Death.

<u>Policy</u>
If you are an exempt employee, you are eligible for coverage under the Benefit Program the first of the month following 30 days of employment.  The minimum of 90 days of employment or the maximum of 120 days pending your calendar start day.

<u>Your Responsibilities</u>
*You must complete an enrollment form upon hire at your orientation session.

*Become informed about the Benefits Program and read all written materials before making any decisions.

*Contact Human Resources if you have questions about Benefits.

<u>PERFORMANCE EVALUATION</u>

As employees, you are key to Local success.  We believe that when you know what is expected, how well you are doing, and how you can improve and grow, you are more likely to achieve desired results.

Policy
Performance evaluation provides you and your manager a formal opportunity to exchange feedback regarding performance issues and to establish goals and objectives.  It is an ongoing process that is based on continuous communication.

In addition to encouraging dialogue between you and your manager, the process identifies performance factors, skills, and knowledge required to meet current responsibilities.  It provides a clear definition of management's expectations of you and provides a system of measuring success in achieving performance objectives.

You may have a formal assessment of your performance at least once every six (6) months, July and January.  In addition, there may be other, less formal discussions with your manager throughout the year.

Non-exempt employees ninety (90) day probationary period; exempt employees, ninety (90) days.

Your Responsibilities
*Actively participate in the performance review process.

*Be sure to understand what is expected of you.

*Keep your manager informed of your progress and of any problems that might interfere with your performance.

*Prepare for your performance review through a self-evaluation and an assessment of your accomplishments.

*Be open and honest about your goals and interests.

HOLIDAYS

Local provides you with time off for the observance of certain holidays.

<u>Policy</u>
These holidays are listed below:


Christmas Day
Thanksgiving Day

<u>VACATION POLICY FOR EXEMPT EMPLOYEES</u>

| <u>Length of Service</u> | <u>Vacation Time</u> |
|---|---|
| First year (12 months) of service | One week |

Second year through the fifth year                     Two weeks

1.  If an employee is hired or promoted to a management position
    between January and April, he/she will be entitled to a one-
    week vacation during first calendar year.  Vacation can only
    be taken after seven months of full employment, and must be
    taken during first calendar year unless authorized differently
    by the Director of Operations.

2.  If an employee is hired or promoted after April, he/she is
    entitled to a vacation January 1 of the following year, and 2
    weeks vacation from January 1 of the following year after
    that.

3.  All vacations must be approved by the Director of Operations.
    Requests must be submitted to the main office by January 1 of
    each year.  If a request is not submitted by that date,
    employee will take vacation at the time so specified by the
    DM.

4.  Due to the nature of our business, vacation time cannot be
    taken between Thanksgiving and Christmas. SBC reserves the rite
    to block out certain historically busy times and make them
    unavailable for vacation time.

5.  Due to the number of vacations that we have to assign, we will
    start by giving preference to those who submit requests first,
    seniority, and condition of operations at the restaurant.

6.  A restaurant manager will not be allowed to take his/her
    vacation while his/her restaurant is experiencing problems, or
    is not performing up to expectations.

7.  From the weekly days off, you may combine only one day at the
    beginning of the vacation and another at the end.

8.  The earned vacation must be taken during the calendar year in
    which the vacation has been earned.  If it is not taken, it
    will be automatically forfeited.

9.  Anyone promoted to a exempt status position will be
    entitled to a vacation as follows:
    1st year as Shift Supervisor.--1 week; 2nd year & thereafter--2
    wks.
    All the policies above and below apply to exempt employees.


10. Vacation time earned cannot be carried or accumulated from one
    year to the next.  Any vacation days that are not taken will
    be forfeited.  No payment will be made for forfeited days.  A

vacation may be postponed until a subsequent year <u>ONLY</u> by permission of the President or Director of Operations.

11. <u>Termination of Employment</u> -- Any employee who voluntarily dis-continues employment or is terminated will automatically forfeit all vacation pay eligibility rights.  There will be no payment for accumulated or unused vacation days.

<div align="center"><u>VACATION POLICY FOR NON-EXEMPT EMPLOYEES</u></div>

At this Time there is no Vacation policy for NON-EXEMPT Employees. An employee can take unpaid Time off with notice.

<div align="center"><u>Vacation Scheduling</u></div>

Vacations for eligible employees shall be scheduled by the restaurant manager in such a way that we can best serve our customers by maintaining a sufficient number of employees to meet the customers' needs.

<div align="center"><u>Vacation Request</u></div>

Employees must give at least sixty (60) days advance notice, in writing, of the time they desire to have off.

Should there be a conflict between employees in scheduling vacation time off, the employee with the greatest length of service will be given first choice of vacation time.

The Company reserves the right to change or terminate this policy at any time without notice.

## BEREAVEMENT LEAVE

Personal circumstances may warrant special time-off treatment.

### Policy

Local provides time off for certain personal emergencies.  If you are an exempt employee, you may receive pay for time off.  If you are a non-exempt employee, you may take the same amount of time off as a full-time or part-time employee without pay.

The length of time you take off varies as follows:

*For death in the immediate family, you may take up to three days off.  "Immediate family" means mother, father, grandparent, sister, brother, spouse, child, stepchild, or stepparent.

*For death of either a relative who resided with the employee, or in-law, you may take up to three days off.  In-laws include mother-in-law, father-in-law, sister-in-law, or brother-in-law.

*For death of other relatives, employees may take one day off.  Other relatives include uncle, aunt, nephew, niece, and first cousin.

### Your Responsibilities

*You should call your manager as soon as possible to notify him or her of the need for emergency time off.

## JURY DUTY

Jury Duty is an important civic obligation which may require special time-off consideration.

Policy
SBC recognizes jury duty as a civic responsibility and provides time off with pay for all full-time and part-time employees to a maximum of two (2) weeks.

You should present the summons to your manager and Human Resources as soon as possible.  You should report for work any time you are not actually engaged in jury duty.

For exempt employees, SBC will continue your normal salary during your absence.

Your Responsibilities
*Present the summons to your manager and Human Resources
 immediately.

*Return to work as soon as jury duty ends, and provide a copy of
 the release document to your manager.

If you are chosen for jury duty or military service, notify your supervisor as to when you will be out.  The Company cannot write letters requesting that you not serve on a jury.  If you feel you have just cause for not reporting for jury duty, such as illness, childcare problems, etc., it is your responsibility to notify the court of this.

Length of jury service and wages paid for jury duty will vary depending on the court district of your hometown, regardless of the municipality in which you work.  The guidelines for jury duty are as follows:

The State of Connecticut is divided into 12 judicial districts. The districts of Hartford-New Britain, Stamford-Norwalk, New London, Tolland, and Windham fall under the old jury duty regulations:  jurors report for jury duty for one month or 20 days, regardless of whether they are ever selected for a trial.  The State pays these jurors $10.00 per day and 15 cents per mile.  The employer is NOT responsible to pay the difference between the regular salary and jury pay.

JURY DUTY  (page 2)

The remaining 7 districts (New Haven, Waterbury, Fairfield, Middlesex, Litchfield, Danbury and Ansonia-Milford), have implemented a one-day, one-trial jury system: jurors serve one day or one trial, whichever is longer. Employers must pay these employees their regular wage for up to five days, the State pays nothing. The employer does not have to compensate the employee beyond the fifth day. Beginning on the sixth day, the State pays the employee $50.00 per day; the employer is NOT responsible to pay the difference between the regular salary of the employee and the jury pay.

Any employee receiving a summons for jury duty is to present it to their manager. Compensation arrangements, scheduling arrangements, and explanations of both will be handled at that time.

At the end of jury duty service, verification from the court concerning the days served will be necessary in order for the employee to return to work.

<u>ABSENTEEISM</u>

Local expects that you report to work on time each day but recognizes that illness may require you to take time off from work.

<u>Policy</u>
You are expected to report to work promptly at your scheduled starting time each day unless you are ill or have obtained prior approval to be absent or late for a legitimate reason.

If you are an exempt employee, you will be entitled to four (4) sick days each calendar year, beginning each January.  Sick days cannot be carried over into the following year.  Non-exempt employees may take sick days off without pay.

Your sick days will be granted as a total of four days per calendar year.  Once these hours have been used, additional sick time will be on an unpaid basis.

<u>Your Responsibilities</u>
*You are responsible for notifying your supervisor four (4) hours prior to your sift on each day of absence unless other arrange-ments have been made.

*When a period of absence extends beyond two (2) days, you are required to submit a physician's note.

*No call, no show will be interpreted as voluntary termination.
*Your help in covering your shift is imperative. Please retain a copy of the employee phone list and assist the manager in getting your shift covered.

# Job Description

**Title:**                                 **GENERAL MANAGER**

**Reports to:**                                 **District Manager**

## Summary of Position:

Oversee and coordinate the planning, organizing, training and leadership necessary to achieve stated objectives in sales, costs, employee retention, guest service and satisfaction, food quality, cleanliness and sanitation.

## Duties & Responsibilities:

- Understand completely all policies, procedures, standards, specifications, guidelines and training programs and implement them.

- Ensure that all guests feel welcome and are given responsive, friendly and courteous service at all times.

- Ensure that all food and products are consistently prepared and served according to the restaurant's recipes, portioning, cooking and serving standards.

- Achieve company objectives in sales, service, quality, appearance of facility and sanitation and cleanliness through training of employees and creating a positive, productive working environment.

- Control cash and other receipts by adhering to cash handling and reconciliation procedures in accordance with restaurant policies and procedures.

- Make employment and termination decisions.

- Fill in where needed to ensure guest service standards and efficient operations.

- Continually strive to develop your staff in all areas of managerial and professional development.

- Prepare all required paperwork, including forms, reports and schedules in an organized and timely manner.

- Ensure that all equipment is kept clean and kept in excellent working condition through personal inspection and by following the restaurant's preventative maintenance programs.

- Ensure that all products are received in correct unit count and condition and deliveries are performed  in accordance with the restaurant's receiving policies and procedures.

- Oversee and ensure that restaurant policies on employee performance appraisals are followed and completed on a timely basis.

- Schedule labor as required by anticipated business activity while ensuring that all positions are staffed when and as needed and labor cost objectives are met.

- Be knowledgeable of restaurant policies regarding personnel and administer prompt, fair and consistent corrective action for any and all violations of company standards, policies, rules and procedures.

- Fully understand and comply with all federal, state, county and municipal regulations that pertain to health, safety and labor requirements of the restaurant, employees and guests.

-  Carry out restaurant marketing, advertising and promotional activities and campaigns.

- **Maintain a presence on the floor of the restaurant during all peak service times.**

## Qualifications:

- Be 21 years of age.

- Have knowledge of service and food and beverage, generally involving at least three years of front-of-the-house operations and/or assistant management positions.

- Possess excellent basic math skills and have the ability to operate a cash register or POS system.

- Be able to work in a standing position for long periods of time (up to 5 hours).

- Be able to reach, bend, stoop and frequently lift up to 50 pounds.

- Must have the stamina to work 50 to 60 hours per week.

- Must be serve safe certified and tipps trained

MANAGER'S IN-STORE MEETINGS

POLICY STATEMENT

A mandatory manager's meeting shall be held each week at the restaurant.  The specific time and day will be submitted to your D.M. with managers' schedules.  Any changes in either the day or the time must be communicated directly to your D.M. in writing. Each restaurant must keep minutes of each meeting and send to office in D.M. file.  A copy will be made and returned to you.

**COMMUNICATION IS KEY**

Local believes that too much communication is far better than no

communication.  We have established several types of communications that will help you know what is going on in the shop from day to day.

A.   Employee Meetings

From time to time it may be necessary to call employee meetings to update you on new menu items, procedures, or promotions.  This type of meeting requires total attention and must be held when the restaurant is closed or during a slow period.  If you are not scheduled to work during that time, you will be required to be at the meeting.  Employee meetings will be scheduled in advance and notification will be on the message board.

B. Message Center

A message center is located in the back of the house and is used to transmit quick information, work schedules, guest comments, etc. It should be your first stop each day as you clock in.  Read the information and if you do not understand or have concerns, contact your management person on duty for clarification.

C.   Open Door Policy

The company has an open door policy that is geared to treating employees with the same respect and courtesy we expect you to show our guests.  If you are not happy, we cannot function with quality expectations.  Do not let problems or thoughts upset your work day.  Talk to management and resolve or take steps to resolve your problems.

We provide a work environment that provides job satisfaction. However, in any organization, problems do occasionally arise, and SBC encourages you to find the answers to your questions through the "Open Door" route.  It works like this:  If you have any questions about your job or SBC policies and programs, or if you have a problem that the company may help solve, first discuss it with your immediate supervisor.  If the problem remains unsettled, or you do not feel you can discuss it with your supervisor, speak to your store manager.  A frank discussion is usually the easiest and most effective way to deal with a difficulty.

We believe that most issues can and should be resolved in the restaurant.  However, if you feel, because of the sensitivity of the issue, that a discussion with someone outside of store operations would help to resolve the issue, contact your District Manager.

# Job Description

**Title:**                                **ASSISTANT MANAGER**

**Reports to:**                          **General Manager**

## Summary of Position:

Oversee and coordinate the planning, organizing, training and leadership necessary to achieve stated objectives in sales, costs, employee retention, guest service and satisfaction, food quality, cleanliness and sanitation.

## Duties & Responsibilities:

- Understand completely all policies, procedures, standards, specifications, guidelines and training programs and implementing them.
- Ensure that all guests feel welcome and are given responsive, friendly and courteous service at all times.
- Ensure that all food and products are consistently prepared and served according to the restaurant's recipes, portioning, cooking and serving standards.
- Achieve company objectives in sales, service, quality, appearance of facility and sanitation and cleanliness through training of employees and creating a positive, productive working environment.
- Control cash and other receipts by adhering to cash handling and reconciliation procedures in accordance with restaurant policies and procedures.
- Make employment and termination decisions consistent with General Manager guidelines for approval or review.
- Fill in where needed to ensure guest service standards and efficient operations.
- Continually strive to develop your staff in all areas of managerial and professional development.
- Prepare all required paperwork, including forms, reports and schedules in an organized and timely manner.
- Ensure that all equipment is kept clean and kept in excellent working condition through personal inspection and by following the restaurant's preventative maintenance programs.
- Ensure that all products are received in correct unit count and condition and deliveries are performed in accordance with the restaurant's receiving policies and procedures.
- Oversee and ensure that restaurant policies on employee performance appraisals are followed and completed on a timely basis.
- Schedule labor as required by anticipated business activity while ensuring that all positions are staffed when and as needed and labors cost objectives are met.
- Be knowledgeable of restaurant policies regarding personnel and administer prompt, fair and

consistent corrective action for any and all violations of company standards, policies, rules and procedures.

- Fully understand and comply with all federal, state, county and municipal regulations that pertain to health, safety and labor requirements of the restaurant, employees and guests.

- Provide advice and suggestions to General Manager as needed.

- **Maintain a presence on the floor of the restaurants during all peak service time.**

## Qualifications:

- Be 21 years of age.

- Have knowledge of service and food and beverage, generally involving at least three years of front-of-the-house operations and/or assistant management positions.

- Possess excellent basic math skills and have the ability to operate a cash register or POS system.

- Be able to work in a standing position for long periods of time (up to 5 hours).

- Be able to reach, bend, stoop and frequently lift up to 50 pounds.

- Must have the stamina to work 50 to 60 hours per week.

- Must be serve safe qualified and tipps trained or equivalent.

# Job Description

**Title:**                                        **Executive  Chef**

**Reports to:**                          **Corporate  Chef/General Manager**

## Summary of Position:

Directly responsible for all kitchen functions including food purchasing, preparation and maintenance of quality standards; sanitation and cleanliness; training of employees in methods of cooking, preparation, plate presentation, portion and cost control and sanitation and cleanliness.

## Duties & Responsibilities:

- Ensure that all food and products are consistently prepared and served according to the restaurant's recipes, portioning, cooking and serving standards.

- Make employment and termination decisions including interviewing, hiring, evaluating and disciplining kitchen personnel as appropriate.

- Provide orientation of company and department rules, policies and procedures and oversee training of new kitchen employees.

- Executive chefs are expected to be on the line to ensure guest service standards and efficient operations.

- Prepare all required paperwork, including forms, reports and schedules in an organized and timely manner.

- Ensure that all equipment is kept clean and kept in excellent working condition through personal inspection and by following the restaurant's preventative maintenance programs.

- Work with restaurant managers to plan and price menu items. Establish portion sizes and prepare standard recipe cards for all new menu items with specials.

- Ensure that all products are ordered according to predetermined product specifications and received in correct unit count and condition and deliveries are performed in accordance with the restaurant's receiving policies and procedures.

- Control food cost and usage by following proper requisition of products from storage areas, product storage procedures, standard recipes and waste control procedures.

- Oversee and ensure that restaurant policies on employee performance appraisals are followed and completed on a timely basis.

- Schedule labor as required by anticipated business activity while ensuring that all positions are staffed when and as needed and labors cost objectives are met.

- Be knowledgeable of restaurant policies regarding personnel and administer prompt, fair and consistent corrective action for any and all violations of company policies, rules and procedures.

- Oversee the training of kitchen personnel in safe operation of all kitchen equipment and utensils.
- Responsible for training kitchen personnel in cleanliness and sanitation practices.
- Responsible for maintaining appropriate cleaning schedules for kitchen floors, mats, walls, hoods, other equipment and food storage areas.
- Check and maintain proper food holding and refrigeration temperature control points.
- **Maintain a presence on the line during all peak service times**

## Qualifications:

- A minimum of 5 years of experience in varied kitchen positions including food preparation, line cook, fry cook and expediter.
- At least 6 months experience in a similar capacity.
- Must be able to communicate clearly with managers, kitchen and dining room personnel and guests.
- Be able to reach, bend, stoop and frequently lift up to 50 pounds.
- Be able to work in a standing position for long periods of time (up to 9 hours).
- Must be serve safe certified or other approved QFO program and be able to document it.

# Job Description

**Title:**                                    **District Manager**

**Reports to:**                               **Owners**

## Summary of Position:

Oversee and coordinate the planning, organizing, training and leadership necessary to achieve stated objectives in sales, costs, employee retention, guest service and satisfaction, food quality, cleanliness and sanitation.

## Duties & Responsibilities:

- Ensure that all management understands completely all policies, procedures, standards, specifications, guidelines and employee training programs.

- Ensure that all management make promote guests feeling welcome and are given responsive, friendly and courteous service at all times.

- Ensure that all food and products are consistently prepared and served according to the restaurant's recipes, portioning, cooking and serving standards.

- Achieve company objectives in sales, service, quality, appearance of facility and sanitation and cleanliness through ensuring that management follow all training programs for employees and creating a positive, productive working environment.

- Implement Controlling cash and other receipts by adhering to cash handling and reconciliation procedures in accordance with restaurant policies and procedures.

- Work with owners for employment and termination decisions.

- Fill in where needed to ensure guest service standards and efficient operations.

- Continually strive to develop your staff in all areas of managerial and professional development.

- Prepare all required paperwork, including forms, reports and **schedules** in an organized and timely manner.

- Oversee and ensure that restaurant policies on management performance appraisals are followed and completed on a timely basis.

- Be an expert on restaurant policies regarding personnel and administer prompt, fair and consistent corrective action for any and all violations of company policies, rules and procedures

- Conduct meetings with key employees, chefs & management on a regular basis.

- Ensure managers are trained according to agreed upon standards.

- Hold regular meetings to communicate, educate and motivate

- Provide constant communication for direct reports that allow for an exchange of ideas and thoughts

- Take appropriate and immediate action where results are contrary to performance expectations

- **Maintain a presence on the floor of the restaurants during peak service times.**

- Fully understand and implement all federal, state, county and municipal regulations that pertain to health, safety and labor requirements of the restaurant, employees and guests.

- Carry out restaurant marketing, advertising and promotional activities and campaigns.

SECURITY FORCE #1

No one is more important to us than our employees.  Your safety while in the restaurant and on shift is our number one priority. To help prevent robbery and assure safety, remember:

    * Never leave the back door open.
    * Do not allow anyone in the back door prior to open.  If they are a vendor, simply ask them to come to the front and a manager will let them in.
    * Do not take trash out after dark unless accompanied by another employee.
    * After dark and after dinner rush, your manager may wish for you to move your cars around to the front of the building for secure exits.
    * Never leave the building alone after hours.  Your manager will excuse employees by teams.
    * Always make eye contact and talk with guests.  People who are suspicious do not like all the attention.
    * Never discuss cash or financial information with strangers.


Employee and restaurant safety are primary concerns.  To help prevent robbery and assure safety, remember:

    * When opening, remain in your locked car until all openers arrive at the restaurant.
    * NEVER enter the restaurant without other SBC employees present.
    * Openers should park their cars in a well-lighted area near the door where they will enter the restaurant.
    * If you must leave the restaurant to do outside maintenance or to use the outside restrooms, leave and return through the dining room door-- NEVER the back door.
    * Admit only the scheduled openers into the restaurant prior to the restaurant opening for business.  Notify the Manager-in-Charge if a delivery must be received.
    * Designated security lights should be on all night so the restaurant will not be dark when the openers arrive.
    * All lighting should be operational.  Replace burned out bulbs promptly.
    In case of a robbery, remember only one rule...Don't be a hero!  Do exactly what the person asks and remain as calm as possible.  Robbers only want money.  They do not intend to harm anyone, but if they are challenged or get nervous, they will panic.


SERVICE CALLS

1.  When an equipment problem occurs, every attempt should be made by the Restaurant Manager and his management team to resolve it immediately.

2.  If you have tried and are unsuccessful, you are to call your DM, who will place a call for service, after the DM has checked The problem himself and determined he cannot resolve it.

3.  Only in the case of an emergency, or with the D.M.'s permission, are you to call a service company directly.

4.  When any service person is in your restaurant, make sure that you make note of his arrival and departure times. Do not spend time with him talking; you are paying him by the hour at an average rate of $90 per hour.

5.  Each District Manager is responsible for all maintenance service calls for each of his restaurants.  All calls are to be made by the D.M. or the G.M., with the D.M.'s permission, only after he has analyzed and determined he cannot solve the problem.

6.  Each store must have a set of working tools.

PETTY CASH FUND

Each restaurant will be provided with a $3000 Petty Cash.  This fund must be counted at least three times daily, at opening, mid and closing, and documented on the Petty Cash form.

The Restaurant Manager is responsible and accountable for this fund.

The sole purpose of this fund is to make moneys available to the management staff for miscellaneous store expenses, where timing makes it unrealistic to write a Company check.  All money paid out MUST be documented with legitimate receipts from the receiving party which state the following:

> * Date
> * Amount
> * Nature of Expenditure
> * Manager Authorization


<u>NO OTHER RECEIPTS WILL BE ACCEPTED FOR REIMBURSEMENT</u>.

All receipts must be attached to the Petty Cash Report in the same order that they occurred, or by date.  Reimbursement will be made within five days or with the week's payroll information and material.

The Petty Cash Fund is not to be used for the purchase of any food items or supplies that can be obtained from one of our other restaurants or from the office.

At no time is the Petty Cash Fund to be at a negative balance, nor should it be reimbursed by funds for the restaurant bank or deposits.

<u>MANAGER AND CHEF SCHEDULING</u>

POLICY STATEMENT
1.  It is the responsibility of management personnel to adhere to
    the working hours scheduled by the Company.  Tardiness and
    absenteeism create problems in the scheduling of work and also
    place unfair burdens on the conscientious employees who meet
    the attendance requirements of the Company.

2.  Recognizing that unusual and pressing customer demands have a
    bearing on the scheduling of work, the Company reserves the
    right to change and/or extend working schedules beyond the
    normal work week at its discretion and as business demands
    require.

WORK SCHEDULE
1.  Management schedules have to meet some definite objectives when
    being prepared; among these objectives are the customer flow,
    needs of the restaurant, along with the need to schedule each
    member of the management staff.

    The management staff in each restaurant will consist of a
    General Manager and a combination of salaried managers, and/or
    hourly Shift Coordinators to provide standard coverage for the
    restaurant's projected annual volume.

3.  The Company's policy relative to management scheduling is as
    follows:

    a.  The General Manager must work at least two closings per
        month.
    b.  The General Manager must work at least one Sunday per month.
    c.  When the General Manager is not scheduled, the salaried
        manager must be scheduled that day.
    d.   A reasonable attempt shall be made to schedule every
        manager at least one Sunday off per month.
    e.  The standard shift will be nine hours in length and an
        exceptional shift will exceed no more than ten hours in
        length.
    f.  A salaried manager is to be scheduled each day.  Only with
        the explicit approval of the D.O. should an entire day's
        operation be managed by Shift Coordinators.
    g.  Manager's schedules are to be prepared for a minimum of
        two weeks.

SCHEDULING (Page 2)

    h.  Schedules must be submitted for approval to the D.M. each

Monday before the 15th of the month and each Monday before the end of the month.

i. The General Manager must check with the D.M. for meeting dates and other significant dates before preparing schedules.

j. All requests for days off are subject to the manager's ability to honor such requests without compromising store operations.

k. There are no "AUTOMATIC" days off, unless approved by the District manager or COO.

l. All requests for days off must be submitted thirty days in advance.

m. The General Manager shall schedule an in-store manager meeting every week.  This meeting must be indicated on the schedule.

4. Management personnel are paid by check on Friday every other work week.  This pay represents compensation for work performed during the preceding work weeks. The workweek runs from Monday through the following Sunday.

5. Managers' schedules must adhere to the hours shown on the Shift Schedule prepared for each restaurant.

6. The General Manager must prepare schedules for a minimum of two weeks.  The schedules must be submitted to the main office for D.M. approval each Monday before the 15th of the month and the 30th of the month.  Schedules are to be submitted in the D.M. file

PREPARING STAFF SCHEDULES

Due to the flexible nature of our business and the needs of our employees all managers, including chefs, must have their employee

schedules prepared by Thursday night of the preceding workweek. Scheduled must be place in a conspicuous location within the restaurant and, if available, emailed or electronically posted.

1. Each manager must do there best to accommodate request for day's off, keeping in mind the needs and business volume of the Restaurant.  A request is not an automatic Day off

2. By posting the staff schedule in a timely manner it allows staff to make arrangements if requested days off could not be accommodated.

3. Managers must use there own discretion when accommodated "switches" all "switches" must be approved by the general manager or his appointed surrogate.  Managers must keep in mind business volume and experience level of employees involved in the switch.

4. It is SBC policy that, if possible, we remain as flexible as possible, as it pertains to scheduling, and "switching". Flexibility is a major reason some staff chooses our industry. However, NO switch involving an employee going into overtime will be permitted.


MANAGER'S IN-STORE MEETINGS


POLICY STATEMENT

A mandatory manager's meeting shall be held each week at the restaurant.  The specific time and day will be submitted to your D.M. with managers' schedules.  Any changes in either the day or the time must be communicated directly to your D.M. in writing.

Each restaurant must keep minutes of each meeting and send to office in D.M. file.  A copy will be made and returned to you.

PROCEDURES FOR WORKER'S COMPENSATION

1.  As soon as an incident occurs, you must fill out the Worker's
    Compensation Employer's First Report of Injury or Disease.
    (see examples #1 and #2)

2.  Fill out the supervisor's investigation report.  Do a full
    investigation of <u>what</u> happened, <u>why</u> it happened, <u>how</u> it
    happened and what needs to be done to prevent it from happening
    again.  Fill out all information.  Remember, you cannot put too
    little information on the sheet.

3.  For minor injuries, take care of it in the restaurant.  Your
    first-aid kit must be fully stocked at all times.

4.  Attached is the name of the doctor, clinic, or hospital that
    <u>all</u> your employees must go to if needed.  You are to instruct
    them that this is where they must go, or they will be
    responsible for any extra costs above the charges that would
    have been charged if they had used our doctors.

    * Get directions to the medical facility designated for your
      store and permanently post it next to your supervisor's
      checklist.

    * If an employee has no transportation and needs to get to the
      doctor for a work-related injury, a manager or D.O.M. must
      drive the employee to the doctor assigned to that store.

5.  Immediately after taking care of the employee, you must call
    Human Resources at the main office with all the information.

## GENERAL LIABILITY

### (CUSTOMER ACCIDENTS)

WHEN A **GUEST** ACCIDENT (INCIDENT) OCCURS (GUESTS FALLS, ILLNESS, PARKING LOT ACCIDENTS, ETC.), YOU ARE TO DO THE FOLLOWING:

FILL OUT A **SUPERVISORS INVESTIGATION REPORT** JUST LIKE YOU WOULD FOR A WORKER'S COMPENSATION CLAIM.   THIS FORM IS A VALUABLE TOOL BECAUSE IT ASKS YOU THE WHAT'S, WHY'S, WHO'S, ETC...OF THE ACCIDENT (INCIDENT).

(EXAMPLE #1)

NEXT YOU ARE TO FILL OUT THE **GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM** FORM.  PLEASE BE EXACT, AND REMEMBER YOU CANNOT HAVE TOO MUCH INFORMATION.  (EXAMPLE #2)

NEXT YOU ARE TO CALL THE HOME OFFICE IMMEDIATELY AND INFORM THEM OF THE INCIDENT.  IF IT OCCURS ON A WEEKEND, THE INFORMATION IS TO COME TO THE HOME OFFICE WITH YOUR WEEKLY PAPERWORK.  FIRST THING ON MONDAY MORNING, YOU ARE TO CALL THE HOME OFFICE AND REPORT THE INCIDENT.

ROBBERY PREVENTION

1.  Examine the building for any signs of forced entry.  Be aware
    of any unknown or suspicious looking people loitering around
    the area.  If anything appears out of order, do not go into
    the building alone.  Contact the local police.  If everything
    is in order, park your car as close to the front door as you
    can, enter the building, and lock the door.  Turn off alarm.

2.  All deliveries from vendors, both before opening and during
    operating hours, must present themselves first prior to making
    the delivery. The manager on duty is the only person authorized
    to open the rear door.

3.  Day manager must make day deposit before dark.

4.  The rear door should not be used (opened) after 5 p.m., except
    for the removal of trash.  Crew person should walk outside,
    inspect lot and rear of building, then ask night manager to
    open back door for trash removal.  Trash should go from the
    dining room right to dumpster around 8 p.m.  After 8 p.m. the
    rear door should not be opened again that evening.

5.  Always make sure the building and lot are properly lighted.

6.  Fifteen minutes before closing always check bathrooms and out-
    side for anything suspicious.  At closing lock all doors
    promptly.  These doors should not be opened again except to
    allow customers who are in the restaurant to leave.  Never
    allow off-duty employees in the restaurant.  Again, check the
    restaurant to be sure no one is hiding in it after closing.

7.  Before leaving, check parking lot for anything suspicious,
    double check all doors are locked, set the alarm, then leave
    quickly.  If you have a porter, he/she should watch for your
    safety and know how to react in an emergency.

    8.  All closing employees should leave the restaurant through
        employees should leave the restaurant through the front
        doors.  Employees should not remain in the vicinity of the
        restaurant.  Under no circumstances should the manager return
        there alone.  If it is necessary to return, call police for an
        escort.

ROBBERY PREVENTION (Page 2)

9.  If it is necessary to remain at the restaurant beyond the
    normal closing time, you should notify your alarm company. (We
    should call them to check our restaurant if we haven't left by
    a certain arranged hour.)

10. Never count money in full view of the Bar area.  Customers
    should never be allowed to see how much money was removed from
    the registers.  To do so equals invitation!

GENERAL RULES
1.  The roof hatch should be locked.

2.  All door keys should be kept in manager's possession.

3.  The manager on duty should not leave the restaurant for any
    reason without first contacting his supervisor.  (except for
    bank run in the morning.)

4.  All safe combinations must be changed whenever a manager is
    terminated, transferred, etc.

5.  Never allow employees to watch you open the safe.

6.  Never allow friends or family to wait for an employee inside
    the restaurant at closing time.

7.  Consistently train and review security procedures with staff.
    At the same time, a procedure should be explained to them if
    they should happen to be confronted.  They should:
        a.  offer no resistance,
        b.  cooperate completely,
        c.  surrender all money.

8.  Under no circumstance is any of the following information to be
    released to anyone:
        a.  sales data, daily, weekly, etc., or transactions;
        b.  our security procedures, banking, etc.;
        c.  age of crew members.

9.  Never discuss sales or hourly readings in presence of customers

10. If you notice any cars in the lot for an extended period of
    time, take down license plate number, make and color, and year

if known.  Tell the police of your concerns.  They should do a
check and let you know if it is of any concern.

11. Night manager should have designated parking spot after the
    evening sales period.  This should be close to the door he/she
    exits.

12.  Watch  for  phony  money,  counterfeit  bills,  quick  change
    artists.

13. Security must be part of every manager's meeting.

BANK DEPOSITS

1.  Deposits will be made to the bank a minimum of once daily.

2.  The closing deposit from the previous night must be made the following day before 11:00 a.m., and all bags from the previous day must be picked up at this time.  Confirmation of bank deposits must be faxed in to the main office before 11:00 a.m.

3.  The deposit slips must be picked up each day from the bank, and must be stapled to the top right hand corner of the corresponding Daily Cash Control sheet.

4.  The restaurant manager must verify deposit slips to corresponding Cash Control sheets and fax to the office on a daily basis.

5.  Only members of the management staff are authorized to go to the bank.

QUALITY SERVICE CLEANLINESS
COMPANY POLICY

WE WILL GIVE THE GUEST THE BEST QUALITY, CUISINE AND FRESH BREWED BEERS, HOSPITABLE SERVICE THAT CAN'T BE COMPROMISED, AND STORE CLEANLINESS STANDARDS THAT CAN ONLY BE DESCRIBED AS SPARKLING.

SBC'S MISSION IS TO BE A ROLE MODEL FOR OTHER COMPANIES IN THE FULL SERVICE RESTAURANT BUSINESS.  THUS WE HAVE TO STRIVE ON A DAILY BASIS FOR ACHIEVING TOP PERFORMANCE LEVELS, SETTING AND ACHIEVING HIGH STANDARDS THAT CANNOT AND WILL NOT BE COMPROMISED.

A TRUE MEASURE OF THE ABOVE COMPANY POLICY, PHILOSOPHY AND STANDARDS WILL BE THE SHOPPERS SURVEYS, MINI-VISITS, AND FULL SHOPS. INDEPENDENT FIRMS AND SBC DO THESE AUDITS.

SBC'S CORPORATE GOAL IS 100% ON ALL VISITS.

ANY MANAGER WHO HAS A SINGLE VISIT WITH A SCORE BELOW THE COMPANIES MINIMUM ACCEPTABLE LEVEL OF QRC%, WILL MEET WITH THE DISTRICT MANAGER ALONG WITH THE DIRECTOR OF OPERATIONS AND SEEK THE REASON(S) WHY THE VISIT WAS BELOW STANDARD.

ANY MANAGER WHO HAS 2 VISITS WITH A SCORE BELOW THE COMPANIES MINIMUM ACCEPTABLE LEVEL OF 85%, WILL MEET WITH THE DISTRICT MANAGER AND THE DIRECTOR OF OPERATIONS.  THE MANAGER WILL HAVE IN WRITING FOR THE DIRECTOR OF OPERATIONS THE CAUSES OF THE BELOW STANDARD VISIT AND THE WAY THE MANAGER WILL CORRECT THESE DEFICIENCIES ON THE NEXT VISITS.

THE DIRECTOR OF OPERATIONS ALONG WITH THE DISTRICT MANAGER WILL THEN DO ONE VISIT EACH (UNANNOUNCED) ON THE MANAGER OVER A 30 DAY PERIOD.  THIS IS TO GIVE THE MANAGER AN OPPORTUNITY TO BRING THEIR QRC SCORE ABOVE THE MINIMAL ACCEPTABLE LEVEL OF 85%.

DO=DIRECTOR OF OPERATIONS
DM=DISTRICT MANAGER
COO=Chief Operating Officer

**Hand Washing**

Hand washing may me the single most important way to insure a

healthy work environment for both employees and customers. Employees must adhere to the following guidelines for hand washing:

## Essentials of Hand washing

- Wash your hands frequently, throughout the day, and **always wash your hands**

You should wash your hands:

Before
- Starting work
- Touching raw or potentially hazardous foods
- Putting on gloves to be worn when handling all ready to eat foods.

Between
- Handling raw and cooked foods

After
- Handling raw food
- Going to the bathroom
- Handling raw eggs in their shell
- Coughing or sneezing, or blowing your nose
- Touching your hair or face
- Cleaning or sanitizing, or touching cleaning or sanitizing containers
- Taking out trash
- Taking a break
- Eating, drinking, smoking  (never in kitchen)
- Taking off gloves

Do not wear nail polish; do not wear false or bonded nails

### HOW TO WASH YOUR HANDS

Use comfortable hot water and liquid soap (no bar soap).  Rub hands vigorously under water to get them wet.  Use soap and rub soap into hands for at least 20 seconds, rinse hands before drying.  Dry hands with disposable paper towels, or electric hand dryer. Never use cloth towel to dry hands

SBC has many Hand washing locations.  Use bathroom sink or hand sinks located in the kitchen or behind bar

### SBC SEXUAL HARASSMENT POLICY

## Objective

_Local_ is committed to providing a work environment that is free from all forms of discrimination and conduct that can be considered harassing, coercive or disruptive, including sexual harassment. Actions, words, jokes, or comments based on an individual's sex, race, color, national origin, age, religion, disability, sexual orientation or any other legally protected characteristic will not be tolerated.

## Harassment Defined

**Harassment** is conduct that creates an intimidating, hostile or offensive work environment. Harassment includes but is not limited to the following:

- Verbal conduct such as epithets, derogatory comments, jokes or slurs.

- Visual conduct such as derogatory or otherwise offensive posters, cards, calendars, photographs, cartoons, graffiti, drawings, or gestures.

- Physical conduct such as assault, unwelcome touching, blocking normal movement or interfering with work.

- Retaliation for having resisted or reported or threatened to report harassment.

**Sexual harassment** is defined as "Unwelcome sexual advances, requests for sexual favors or visual, verbal or physical conduct of a sexual nature when:

- Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment or;

- Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individuals, or;

- Such conduct has the purpose or effect or unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

- Sexual harassment may include explicit sexual propositions, sexual innuendos, suggestive comments, sexually oriented "kidding" or "teasing" or practical

jokes, jokes about gender-specific traits, foul or
obscene language or gestures, displays of foul or printed
or visual material and any physical contact, such as
patting, pinching or brushing up against another body
when these actions are unwelcome.

## Awareness of Harassment Is Everyone's Responsibility

*Local* harassment policy applies to all persons involved in
day-to-day operations and prohibits harassment by all
employees, as well as any person doing business with or for
the company. Non-employee violators of this policy are subject
to expulsion from *Local* facilities when harassment occurs on
premises.

Every individual in a leadership role has the accountability
to keep his or her workplace free of harassment. That
responsibility includes discussing this policy with employees
and assuring that no employee is required to endure insulting
remarks or degrading behavior.

## Procedures for Reporting Harassment Claims

*Local* recognizes that all employees do not have the same level
of sensitivity, and conduct, which may be offensive to one
employee, may not be offensive to another employee. Therefore,
it may be possible to correct the situation by discussing it
directly with the source of the conduct.

Employees unwilling or unable to discuss the situation
directly with the source and believes the action constitutes
unwelcome harassment, should immediately report the conduct to
their immediate supervisor. If the supervisor is unavailable
or if the employee believes it would be inappropriate to
contact that person, he/she should immediately contact any
other member of management. Any employee can raise concerns
and make reports without fear of reprisal or retaliation.

**Investigation of Claims**

Any employee or member of management who becomes aware of possible sexual or other unlawful harassment must immediately advise a member of management so it can be investigated in a timely and confidential manner. All allegations of sexual harassment will be taken seriously and will be investigated as discreetly as possible by a member of management. To the extent possible, your confidentiality and that of any witnesses and the alleged harasser will be protected against unnecessary disclosure.

If an allegation of sexual harassment is substantiated by the investigation, the appropriate action will be taken. Depending on the nature and circumstance of the harassment, discipline can include counseling, suspension without pay, and/or termination of employment. When the investigation is complete, the alleging associate will be informed of the outcome of the investigation. Disciplinary action may also be taken against members of management who know of the behavior occurring, or of a complaint, and who fail to take immediate and appropriate action.

**Retaliation**

Any associate who brings a sexual harassment complaint or assists in an investigation of such a complaint will not be adversely affected in terms of employment or discriminated against or discharged because of the complaint. Complaints of retaliation should be reported immediately and will be promptly investigated according to the investigation procedures outlined above. Retaliation or threats of retaliation will be grounds for disciplinary action as set forth above, up to and including termination of employment.

## **Addendum**

Most of Local policies are outlined in the proceeding policy
book, there may, from time to time, be additions and or
modifications to the policy book, verbally instructed to you
through the management staff.  This book in no way limits the
companies' ability to continually improve, and refine the way we
conduct business.

# EXHIBIT 2



Policy Agreement

By signing this form, I acknowledge that I have read and understand the LOCAL policy book and agree to its content. I also know that the LOCAL policy book is not a contract nor is it intended to be a contract of employment; employment at LOCAL is at will.

Employee_____

SS#_04820057_____

Date_12/5/2013_____

## LOCAL Training Manual

By signing this form, I acknowledge, that I have read and understand the LOCAL job manual that pertains to my job description, including, safety highlights, requirements, and expectations of my particular job. And other duties as assigned to him by the Company from time to time in its sole discretion. Employee shall act at all times to promote the Company's business and best interests.

**Employee Name** April Luelle

**Employee Signature** Luelle

**SS#**_____

**Date** 12/5/2013

EXHIBIT 3

## EMPLOYEE DISCIPLINARY ACTION FORM

Employee: **APRIL LACKO**                Date of Warning: **02-28-2015**

Department: **BAR**                            Supervisor: **CHRISTIAN MINNERY**

**TYPE OF VIOLATION:**

- ☐ Attendance  ☐ Carelessness  ☐ Disobedience
- ☐ Safety      ☒ Tardiness      ☒ Work Quality
- ☐ Other

**WARNING:**

Violation Date: **02-27-2015 \ 02-28-2015**
Violation Time: (a.m.) / (p.m.)
Place Violation Occurred: **FAIRFIELD**

---

**EMPLOYER STATEMENT**

Failure to meet performance standards, deriliction of duty. April has received several guest complaints over the past couple of months & on Friday 02-27 2015 as closing bartender, left the restaurant in disarray.

---

**EMPLOYEE STATEMENT**

---

**WARNING DECISION**

Final warning. Any additional policy infraction within 90 days to result in immediate termination

Approved by: _Christian Minnery_     _Operating Partner_     _02 28 2015_
              Name                    Title                   Date

---

List All Previous Warnings (when warned and by whom):

Previous Warning:          1st Warning
Date
Verbal
Written
Previous Warning:          2nd Warning
Date
Verbal
Written
Previous Warning:          3rd Warning
Date
Verbal
Written

I have read this "warning decision". I understand it and have received a copy of the same.

Employee Signature                          Date

_Christian Minnery_                    _02 28 2015_
Signature of person who prepared warning    Date

Supervisor's Signature                      Date

COPY DISTRIBUTION
☐ Employee   ☐ HR Dept   ☐ Supervisor

EXHIBIT 4



**Covered period**
**From Thursday, January 01, 2015  06:00**
**To Thursday, July 02, 2015  05:59**

## 0001  LOCAL KITCHEN

| | | | Task | Date | Time In | Time Out | Hours | Other Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/07 | 18:05 | 00:10 | 6.08 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/09 | 18:05 | 00:55 | 6.83 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/10 | 10:35 | 17:20 | 6.75 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/13 | 18:00 | 01:50 | 7.83 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/14 | 17:05 | 22:05 | 5.00 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/16 | 18:05 | 00:25 | 6.33 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/17 | 18:00 | 00:35 | 6.58 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/20 | 18:00 | 01:35 | 7.58 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/21 | 18:05 | 23:40 | 5.58 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/23 | 17:00 | 22:30 | 5.50 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/24 | 18:05 | 01:45 | 7.66 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/28 | 18:00 | 00:35 | 6.58 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/29 | 00:50 | 00:50 | | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/29 | 18:05 | 01:00 | 6.91 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 4/30 | 18:05 | 00:40 | 6.58 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/01 | 18:05 | 00:20 | 6.25 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/04 | 18:45 | 01:00 | 6.25 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/06 | 17:05 | 21:00 | 3.91 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/07 | 18:00 | 01:20 | 7.33 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/08 | 18:05 | 01:50 | 7.75 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/09 | 10:35 | 16:40 | 6.08 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/11 | 16:10 | 23:25 | 7.25 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/12 | 17:45 | 23:10 | 5.41 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/13 | 17:40 | 00:55 | 7.25 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/14 | 18:10 | 00:25 | 6.25 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/17 | 10:05 | 17:30 | 7.41 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/18 | 18:00 | 01:20 | 7.33 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/19 | 18:00 | 00:15 | 6.25 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/21 | 18:00 | 00:55 | 6.91 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/22 | 10:20 | 16:00 | 5.66 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/25 | 19:00 | 01:30 | 6.50 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/26 | 18:05 | 00:25 | 6.33 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/29 | 18:00 | 02:00 | 8.00 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 5/31 | 10:05 | 13:40 | 3.58 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 6/01 | 16:25 | 01:15 | 8.83 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 6/03 | 18:55 | 00:20 | 5.41 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 6/04 | 18:05 | 01:05 | 7.00 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 6/05 | 16:35 | 22:30 | 5.91 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 6/06 | 10:35 | 17:20 | 6.75 | $0.00 | |
| 14 | 1657 | APRIL LACKO | BARTENDER | 6/07 | 10:20 | 12:35 | 2.25 | $0.00 | |

Monday, July 13, 2015

# EXHIBIT 5



**Sean K.**
**Fairfield, CT**
18 friends
8 reviews

5/22/2015Great beer selection and the limited food that I have had there, pulled pork sliders, was  delicious.  The only real knock against Local is some of the staff.  One female bartender has overcharged me several times when I get certain beers.  The best bartender was an older guy who wore a vest, but I did not see him there the last time I went to Local.

# EXHIBIT 6



**Cary P.**
Fairfield, CT
**0** friends
**1** review

FRI MAY 29th

5/29/2015Not too pleased with the service tonight. Not my first visit (normally, a great experience) but will most likely not return after tonight's visit. After waiting 30+ minutes for our table (while your 'off the clock' staff sat at the table we were waiting for), our party of 9 sat at the bar to order a drink and wait. I ordered a "local margarita" -- menu priced at 9, but was charged $11.50 on my tab. Meanwhile, my friend ordered the same exact drink and was charged $9.00. Completely unethical in my eyes. When I approached the bartender and told her, she replied "Nothing I can do about it". Very disappointed. Hopefully this situation won't happen again, either way I won't be back.

EXHIBIT 7



**Varica T.**

Milford, CT

0 friends

1 review

Share review

Compliment

Send message

Follow Varica T.

MON JUNE 1st

SUN JUNE 7th

6/7/2015WARNING: this place has racist staff

I personally am so disappointed with this place and have with my significant other experienced nothing but pure racism, it's as if they don't want any African Americans at there establishment. The waitress particularly in which I'm speaking of is a blonde older lady she on multiple occasions has over charged my boyfriend for things he hasn't even ordered 3 extra beers on a Monday, coffee on Sunday that come with the meal he ordered, stopped serving us mimosas even though they are bottomless, and finally most recently this waitress forgot to bring out half of his order then when he spoke up she brought out all cold food she didn't get everyone else's order wrong just his she is absolutely the worst type of person there is and now this place will be losing not only our business but all of our friends and family until these appalling displays of "customer service" are remedied. Good luck if you go here.

Was this review ...?

| Useful | Funny | Cool |
|--------|-------|------|

EXHIBIT 8



**Local Kitchen & Beer Bar**

**85 Mill Plain Road**

**Fairfield, CT 06824**

**(203)225-1920**

April,

　　Despite several attempts throughout my tenure  to coach, council and develop your Guest Relation Skills you continue to garner negative Guest feedback.

As a direct resultant of such behavior I am left with little choice other than to terminate your employment here at Local Kitchen & Beer Bar, effective immediately.

You are ineligible for rehire.

**Christian "Senior" Minnery**

Operating Partner

# EXHIBIT 9

On Tuesday May 26, 2015, I was the manager on duty and I received a phone call from April Lacko around 10:30 a.m.   She called to ask for the Managing Partner, Christian Minnery, who was not here at the time.   She stated to me that she would no longer be able to work on the weekends because she has another job working in "the city".   She stated that as a result of her other job working in "the city", that she had to revise her availability, and asked that I pass along the message to Christian.   April did not specify the location or nature of her employment in "the city", however, was clear in stating that she does, in fact, have another job.

*AB Pastor*

Manager, Local Kitchen & Beer Bar Fairfield

# EXHIBIT 10

# LUCAS | BAGNELL | VARGA LLC
### ATTORNEYS AT LAW

2425 POST ROAD, SUITE 200 | SOUTHPORT, CT 06890

PHONE: (203) 227-8400
FAX: (203) 227-8402

WWW.LBV-LAW.COM

July 2, 2015

VIA FEDERAL EXPRESS,
CERTIFIED MAIL, RETURN
RECEIPT REQUESTED,
AND FIRST CLASS MAIL

Mr. William B. DaSilva
19 Bridgeport Ave
Shelton, CT 06460

> **Re:** **April Lacko/Local Kitchen and Beer Bar**

Dear Mr. DaSilva

We represent April Lacko in connection with the recent termination of her employment from Local Kitchen and Beer Bar Restaurant in Fairfield, Connecticut ("Local"). We understand that you are the owner of the parent company, Southport Brewing Company, that owns this restaurant.

We have met with Ms. Lacko and discussed the circumstances of her employment and termination on June 8, 2015 in great detail. Having done so, it is clear that the management of Local repeatedly subjected her to sexually harassing touching and comments, and also blatantly retaliated against her when she complained about this conduct to Local's General Manager, Christian Minnery, in May 2015.

Specifically, Local hired a new restaurant manager in April 2015, Mike Gocklowski. At the time, Ms. Lacko had been an employee and popular bartender in good standing since she began her employment in December 2013. Gocklowski, a complete stranger to Lacko, on several occasions touched her inappropriately, including putting his hands on her hips while standing behind her and pressing his penis against her behind. When she complained to Minnery in May 2015 about this conduct, he asked whether she was a "fucking rat," and in a sarcastic tone whether the conduct "was something new to her." Shortly before her termination, Minnery himself asked Ms. Lacko if she would help him urinate since his arm was in a cast.

William B. DaSilva
July 2, 2015
page 2

Within weeks of her complaint to Minnery, Gocklowski terminated her employment and used as a pretext a bad "Yelp" review. dated one day before her termination, which was not directed at Lacko. Witnesses will confirm this fact. Apparently Gocklowski and Ashley Pastor, another Local manager, have continued to defame Lacko, an employee of Local for almost a year and a half, since that time to her former co-workers and customers.

If this matter cannot be resolved fairly, we intend to bring legal action against Local for clear violations of federal and state sexual harassment and gender discrimination laws.

Please have your legal representative contact us as soon as possible to discuss this matter.

Sincerely,

Jeffrey S. Bagnell

cc:     Ms. April Lacko

EXHIBIT 11

# Ashley Pastor



879 Jennings Road• Fairfield, CT 06824• (203)727-4243

July 18, 2015

Christian Minnery
Managing Partner
Local Kitchen and Beer Bar
85 Mill Plain Road
Fairfield, CT
06824

Dear Christian:

As of late, it has become increasingly difficult for me to come to work without experiencing conflict with management, mainly Larissa. I have found that while working with Larissa, it appears that she makes a concerted effort to "single me out" and make my time at work unpleasant and uncomfortable. I can site numerous occasions where it was very clear to me, and also, to other members of staff, that Larissa was being unreasonably harsh. For example on 7/8/15, I was assigned to a section upstairs, one that was furthest away from the kitchen. The floor was slippery because of the air conditioning being broken, and it made it so that I had to walk slowly and with caution to avoid slipping and/or falling. As a result, it made it difficult for me to make it to the kitchen often to run food, while also providing service to the guests seated in my section. I explained this to Larissa, only to learn that afterwards, she stated, "If Ashley doesn't get her a** down here in the next minute, I'm about to go up those stairs and get in her face". At the end of the shift, you also stated that she complained about my not running food, and of course, I explained the reasons for why I had difficulty—it didn't seem to matter.

I pride myself in being a team player and treating every guest in the restaurant as "my guest", and have demonstrated my dedication to providing exceptional guest service. For example on 7/12/15, I spent most of my shift rolling silverware and running food to other servers' tables, while observed many of them standing around, chatting WITH Larissa. I voiced that I had 2 tables complain about the abundance of insects outside, and she never went to address the guests seated at those tables. Furthermore, I had a table wait 50 minutes for a burger and salmon entrée and asked Larissa to talk to the guests seated at that table- she never did. At the end of the shift, she said to roll more silverware (after I rolled ALL of the clean silverware at the beginning and during the shift). In essence, it has become obvious that no matter how hard I try, Larissa will make it a point to unreasonably criticize my performance and also, will avoid helping me when politely asked with just cause.

Also, I feel that you, Christian, have been a contributor in creating an unpleasant work environment, at times. I feel that you are often unapproachable, and have made it abundantly clear that you don't want to be "bothered". For example, on 7/3/15, I was unable to work my scheduled lunch shift owing to my having an allergic reaction. My eyes were almost swollen shut and I was having difficulty breathing. I sent you a text message at 0800, believing you were the opening manager, and you scolded me via text and over the phone for waking you up. Let's rewind to December 2014- when I received a text message at 0330 from your phone requesting coverage for your shift because you "fell down the stairs". Truthfully, Christian, you engaged in an alcohol fueled altercation, which resulted in your sustaining physical injury requiring medical attention. As frustrating as it was to be woken up in the wee hours of the morning over an issue that was avoidable and a clear result of your lack of self-control, I still went into work to cover opening for you, and I was never compensated for the hours I



worked.  Sadly, this is just one of many examples of how unreasonable you can be to deal with, and moreover, a clear demonstration of your lack of professionalism.

I have made every reasonable attempt to discuss my concerns with you surrounding my aforementioned concerns.  When we initially sat down approximately 4 weeks ago, you asked that I give it some time to see a resolution.  Since then, I have had my manager pay reduced then my manager shifts completely revoked, my company email deactivated, and, in essence, have seen anything and everything BUT a resolution.  My schedule has not been written in accordance with what we collectively agreed upon, and overall, my ability to earn a living has been compromised significantly.  I feel that the actions taken against me were unwarranted because I have always acted ethically and have never faltered in my integrity as an honest employee.

After considering that there continue to be lingering issues that remain unresolved, the marked drop in my income, and more importantly, feeling targeted and uncomfortable while working at Local, I feel that I have no choice but to resign from my position, effective immediately.   Despite my resigning as a result of less than ideal work conditions, I do wish both you and the staff the best of luck.

If you could please mail my remaining check(s) to my home address, I would greatly appreciate it.

Sincerely,


Ashley Pastor


Cc:  Bill DaSilva

**Print** | **Close Window**

Subject: **Resignation Letter.docx**

From: **Ashley Pastor <ashley.e.pastor@gmail.com>**

Date: **Fri, Jul 17, 2015 4:15 pm**

To: **"billd@sbcrestaurants.com " <billd@sbcrestaurants.com>**

Cc: **"christianm@fairfieldlocal.com" <christianm@fairfieldlocal.com>**

Attach: **Resignation Letter.docx**

Sent from my iPhone

Copyright © 2003-2015. All rights reserved.

EXHIBIT 12

|  | 1/19/2015 | 1/20/2015 | 1/21/2015 | 1/22/2015 | 1/23/2015 | 1/24/2015 | 1/25/2015 |
|---|---|---|---|---|---|---|---|
|  | **MONDAY** | **TUESDAY** | **WEDNESDAY** | **THURSDAY** | **FRIDAY** | **SATURDAY** | **SUNDAY** |
| SENIOR | 0900-OP | 1600-CL | 0900-OP | 1200-MD | 1600-CL | NYC | X |
| MARC | 1600-CL | 0900-OP | X | 1000-OP | 1000-OP | 1600-CL | X |
| TJ | X | X | 1600-CL | 1600-CL | 1200-MD | 1100-MD | 1600-CL |
| RYAN | 0930-OP | X | 9:30-VOL | 0930-CL | 0930-VOL | 0930-VOL | 0930-CL |
| ASHLEY |  |  |  |  | SERVER/CL |  | 1000-OP |

|  | 1/26/2015 | 1/27/2015 | 1/28/2015 | 1/29/2015 | 1/30/2015 | 1/31/2015 | 2/1/2015 |
|---|---|---|---|---|---|---|---|
|  | **MONDAY** | **TUESDAY** | **WEDNESDAY** | **THURSDAY** | **FRIDAY** | **SATURDAY** | **SUNDAY** |
| SENIOR | 0900-OP | 1600-CL | 0900-OP | 1200-MD | 1600-CL | 1000-OP | X |
| MARC | 1600-CL | 0900-OP | X | 1000-OP | 1000-OP | 1600-CL | X |
| TJ | X | X | 1600-CL | 1600-CL | 1200-MD | 1200-MD | 1600-CL |
| RYAN | 0930-OP | X | X | 0930-CL | 0930-VOL | 0930-VOL | 0930-CL |
| ASHLEY |  |  |  |  | SERVER/CL |  | 1000-OP |

|  | 2/2/2015 | 2/3/2015 | 2/4/2015 | 2/5/2015 | 2/6/2015 | 2/7/2015 | 2/8/2015 |
|---|---|---|---|---|---|---|---|
|  | **MONDAY** | **TUESDAY** | **WEDNESDAY** | **THURSDAY** | **FRIDAY** | **SATURDAY** | **SUNDAY** |
| SENIOR | 0900-OP | 1600-CL | 0900-OP | 1200-MD | 1600-CL | 1000-OP | X |
| MARC | 1600-CL | 0900-OP | X | 1000-OP | 1000-OP | 1600-CL | X |
| TJ | X | X | 1600-CL | 1600-CL | 1200-MD | 1200-MD | 1600-CL |
| RYAN | 0930-OP | X | 9:30-VOL | 0930-CL | 0930-VOL | 0930-VOL | 0930-CL |
| ASHLEY |  |  |  |  | SERVER/CL |  | 1000-OP |

|  | 2/9/2015 | 2/10/2015 | 2/11/2015 | 2/12/2015 | 2/13/2015 | 2/14/2015 | 2/15/2015 |
|---|---|---|---|---|---|---|---|
|  | **MONDAY** | **TUESDAY** | **WEDNESDAY** | **THURSDAY** | **FRIDAY** | **SATURDAY** | **SUNDAY** |
| SENIOR | 0900-OP | 1600-CL | 0900-OP | 1200-MD | 1600-CL | 1000-OP | X |
| MARC | 1600-CL | 0900-OP | X | 1000-OP | 1000-OP | 1600-CL | X |
| TJ | X | X | 1600-CL | 1600-CL | 1200-MD | 1200-MD | 1600-CL |
| RYAN | 0930-OP | X | 9:30-VOL | 0930-CL | 0930-VOL | 0930-VOL | 0930-CL |
| ASHLEY |  |  |  |  | SERVER/CL |  | 1000-OP |

| | 2/16/2015 MONDAY | 2/17/2015 TUESDAY | 2/18/2015 WEDNESDAY | 2/19/2015 THURSDAY | 2/20/2015 FRIDAY | 2/21/2015 SATURDAY | 2/22/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1600-CL | 0900-OP | X | 1200-MD | 1000-OP | 1000-OP |
| MARC | 1500-CL | 0900-OP | X | 1000-OP | 1000-OP | 1600-CL | X |
| TJ | X | X | 1600-CL | 1600-CL | 1600-CL | 1100-MD | |
| RYAN | 0930-OP | X | 9:30-VOL | 0930-CL | 0930-VOL | 0930-VOL | 0930-CL |
| ASHLEY | | | | | | | 1600-CL |

| | 2/23/2015 MONDAY | 2/24/2015 TUESDAY | 2/25/2015 WEDNESDAY | 2/26/2015 THURSDAY | 2/27/2015 FRIDAY | 2/28/2015 SATURDAY | 3/1/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1600-CL | 0900-OP | X | 1200-MD | 1000-OP | 1000-OP |
| MARC | 1500-CL | 0900-OP | X | 1000-OP | 1000-OP | 1600-CL | X |
| TJ | X | X | 1600-CL | 1600-CL | 1600-CL | 1200-MD | |
| RYAN | 0930-OP | X | 9:30-VOL | 0930-CL | 0930-VOL | 0930-VOL | 0930-CL |
| ASHLEY | | | | | | | 1600-CL |

| | 3/2/2015 MONDAY | 3/3/2015 TUESDAY | 3/4/2015 WEDNESDAY | 3/5/2015 THURSDAY | 3/6/2015 FRIDAY | 3/7/2015 SATURDAY | 3/8/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1000-OP | 1600-CL | 1600-CL | 1200-MD | 1000-OP | 1000-OP |
| MARC | 1600-CL | 1600-CL | X | 1000-OP | 1000-OP | 1600-CL | 1600-CL |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY | | | 1000-OP | | SERVER CL | | 1000-OP |

| | 3/9/2015 MONDAY | 3/10/2015 TUESDAY | 3/11/2015 WEDNESDAY | 3/12/2015 THURSDAY | 3/13/2015 FRIDAY | 3/14/2015 SATURDAY | 3/15/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1600-CL | 1600-CL | MIDDLETOWN | 1200-MD | 1000-OP | 1600-CL |
| MARC | 1600-CL | 1000-OP | X | 1200-CL | 1000-OP | 1600-CL | X |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY | | | 1000-OP | | SERVER CL | | 1000-OP |

|  | 3/16/2015 | 3/17/2015 | 3/18/2015 | 3/19/2015 | 3/20/2015 | 3/21/2015 | 3/22/2015 |
|---|---|---|---|---|---|---|---|
|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR | 0900-OP | 1600-CL | 1600-CL | 1600-CL | 1200-MD | 1000-OP | X |
| MARC | 1600-CL | 1000-OP | X | 1000-OP | 1000-OP | 1600-CL | 1600-CL |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY |  |  | 1000-OP |  | SERVER CL |  | 1000-OP |

|  | 3/23/2015 | 3/24/2015 | 3/25/2015 | 3/26/2015 | 3/27/2015 | 3/28/2015 | 3/29/2015 |
|---|---|---|---|---|---|---|---|
|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR | 0900-OP | 1600-CL | 1600-CL | X | 1200-MD | 1000-OP | 1600-CL |
| MARC | 1600-CL | 1000-OP | X | 1200-CL | 1000-OP | 1600-CL | X |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY |  |  | 1000-OP |  | SERVER CL |  | 1000-OP |

|  | 3/30/2015 | 3/31/2015 | 4/1/2015 | 4/2/2015 | 4/3/2015 | 4/4/2015 | 4/5/2015 |
|---|---|---|---|---|---|---|---|
|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR | 0900-OP | 1600-CL | 1600-CL | 1000-1600 | RO | 1000-1600 | X |
| MARC | 1600-CL | 1000-OP | X | 1600-CL | 1000-OP | 1600-CL | 1600-CL |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY |  |  | 1000-OP |  | 1600-CL |  | 1000-OP |

|  | 4/6/2015 | 4/7/2015 | 4/8/2015 | 4/9/2015 | 4/10/2015 | 4/11/2015 | 4/12/2015 |
|---|---|---|---|---|---|---|---|
|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR | 0900-OP | 1600-CL | 1600-CL | X | 1200-MD | 1000-OP | 1600-CL |
| MARC | 1600-CL | 1000-OP | X | 1200-CL | 1000-OP | 1600-CL | X |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY |  |  | 1000-OP |  | SERVER CL |  | 1000-OP |

|        | 4/13/2015 | 4/14/2015 | 4/15/2015 | 4/16/2015 | 4/17/2015 | 4/18/2015 | 4/19/2015 |
|--------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
|        | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR | 0900-OP | 1600-CL | 1600-CL | 1600-CL | 1200-MD | 1000-OP | X |
| MARC | 1600-CL | 1000-OP | X | 1000-OP | 1000-OP | 1600-CL | 1600-CL |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY |  |  | 1000-OP |  | SERVER CL |  | 1000-OP |

|        | 4/20/2015 | 4/21/2015 | 4/22/2015 | 4/23/2015 | 4/24/2015 | 4/25/2015 | 4/26/2015 |
|--------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
|        | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR | 0900-OP | 1600-CL | 1600-CL | X | 1200-MD | 1600-CL | 1600-CL |
| MARC | 1600-CL | 1000-OP | X | 1200-CL | 1000-OP | RO | RO |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY |  |  | 1000-OP |  | SERVER CL |  | 1000-OP |
| MATT |  |  |  |  |  | 1000-OP |  |

|        | 4/27/2015 | 4/28/2015 | 4/29/2015 | 4/30/2015 | 5/1/2015 | 5/2/2015 | 5/3/2015 |
|--------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
|        | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR | 0900-OP | 1000-OP | 1000-CL | 1600-CL | 1600-CL | OP-CL | X |
| MARC | 1600-CL | 1600-CL | X | 1000-OP | 1000-OP | X | 1600-CL |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | 930 |
| ASHLEY | RO | RO | RO | RO | SERVER CL |  | 1000-OP |
| MATT |  |  |  |  |  |  |  |

|        | 5/4/2015 | 5/5/2015 | 5/6/2015 | 5/7/2015 | 5/8/2015 | 5/9/2015 | 5/10/2015 |
|--------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
|        | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
| SENIOR |  |  |  | X | 1200-MD | 1000-OP | 1600-CL |
| RYAN S |  |  |  |  |  |  |  |
| RYAN |  |  |  | 930 | 930 | 930 | X |
| ASHLEY |  |  |  | OP/SERVE | SERVER CL | 1600-CL | 1000-OP |
| MATT |  |  |  |  |  | 1200-MID |  |
| FRANK |  |  |  | 1200-CL |  |  |  |
| BILL |  |  |  |  | 1000-OP |  |  |

| | 5/11/2015 MONDAY | 5/12/2015 TUESDAY | 5/13/2015 WEDNESDAY | 5/14/2015 THURSDAY | 5/15/2015 FRIDAY | 5/16/2015 SATURDAY | 5/17/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1600-CL | 1600-CL | 1600-CL | 1200-CL | 1000-VOL | X |
| MIKE | X | X | X | X | 1000-MD | X | 1200-MD |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | X |
| ASHLEY | | | 1000-OP | 1000-OP | SERVER CL | SERVER CL | 1600-CL |
| WENDY | | | | | | 1200-MD | 0900-OP |
| BILL | | 1000-OP | | | | | |

| | 5/18/2015 MONDAY | 5/19/2015 TUESDAY | 5/20/2015 WEDNESDAY | 5/21/2015 THURSDAY | 5/22/2015 FRIDAY | 5/23/2015 SATURDAY | 5/24/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1600-CL | 1600-CL | 1000-OP | 1000-MD | 1000-OP | X |
| MIKE | 1600-CL | 1000-OP | X | 1600-CL | RO | 1600-CL | X |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | X |
| ASHLEY | . | | 1000-OP | | SERVER CL | | 1000-OP |
| WENDY | | | | | | 1200-MD | 1600-CL |

| | 5/25/2015 MONDAY | 5/26/2015 TUESDAY | 5/27/2015 WEDNESDAY | 5/28/2015 THURSDAY | 5/29/2015 FRIDAY | 5/30/2015 SATURDAY | 5/31/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1000-OP | 1000-OP | 1600-CL | 1600-CL | 1000-OP | X |
| LARISSA | 0900-TR | 1000-TR | 1600-TR | X | 1600-TR | 1200-TR | X |
| MIKE | 1600-CL | 1600-CL | X | X | 1000-MD | 1600-CL | 1600-CL |
| RYAN | 930 | X | 930 | 930 | 930 | 930 | X |
| ASHLEY | | | 1000-OP | 1000-OP | SERVER CL | | 1000-OP |
| WENDY | RO | RO | RO | RO | RO | RO | RO |

| | 6/1/2015 MONDAY | 6/2/2015 TUESDAY | 6/3/2015 WEDNESDAY | 6/4/2015 THURSDAY | 6/5/2015 FRIDAY | 6/6/2015 SATURDAY | 6/7/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | 1600-CL | 1600-CL | X | 1200-MD | 1000-OP | 1600-CL |
| LARISSA | 0900-TR | 1600-TR | 1000-OP | X | 1600-TR | 1000-TR | RO |
| MIKE | 1600-CL | 1000-OP | X | 1600-CL | 1000-MD | 1600-CL | X |
| RYAN | · 930 | X | 930 | 930 | 930 | 930 | X |
| ASHLEY | | | | 1000-OP | SERVER CL | | 1000-OP |
| WENDY | | | | | | 1200-MD | |

| | 6/8/2015 MONDAY | 6/9/2015 TUESDAY | 6/10/2015 WEDNESDAY | 6/11/2015 THURSDAY | 6/12/2015 FRIDAY | 6/13/2015 SATURDAY | 6/14/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | X | 1600-CL | 1600-CL | 1200-MD | 1000-OP | X |
| MIKE | 1600-CL | 1400-CL | X | 1000-OP | 1000-1600 | 1200-MD | RO |
| LARISSA | X | 1000-OP | 1000-OP | X | 1600-CL | 1600-CL | 1600-CL |
| ASHLEY | | | | | | | 1000-OP |

| | 6/15/2015 MONDAY | 6/16/2015 TUESDAY | 6/17/2015 WEDNESDAY | 6/18/2015 THURSDAY | 6/19/2015 FRIDAY | 6/20/2015 SATURDAY | 6/21/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | X | 1600-CL | 1600-CL | 1200-MD | 1000-EO | X |
| MIKE | 1600-CL | 1400-CL | X | 1000-OP | 1000-OP | 1200-MD | X |
| LARISSA | X | 1000-OP | 1000-OP | X | 1600-CL | 1600-CL | 1600-CL |
| ASHLEY | | | | | | | 1000-OP |

| | 6/22/2015 MONDAY | 6/23/2015 TUESDAY | 6/24/2015 WEDNESDAY | 6/25/2015 THURSDAY | 6/26/2015 FRIDAY | 6/27/2015 SATURDAY | 6/28/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | X | 1600-CL | 1600-CL | 1200-MD | 1000-OP | X |
| MIKE | 1600-CL | 1400-CL | X | 1000-OP | 1000-OP | 1200-MD | X |
| LARISSA | X | 1000-OP | 1000-OP | X | 1600-CL | 1600-CL | 1600-CL |
| ASHLEY | | | | | | | 1000-OP |

| | 6/29/2015 MONDAY | 6/30/2015 TUESDAY | 7/1/2015 WEDNESDAY | 7/2/2015 THURSDAY | 7/3/2015 FRIDAY | 7/4/2015 SATURDAY | 7/5/2015 SUNDAY |
|---|---|---|---|---|---|---|---|
| SENIOR | 0900-OP | X | 1600-CL | 1600-CL | 1200-MD | 0800-OP | X |
| MIKE | 1600-CL | 1400-CL | X | 1000-OP | 1000-OP | 1200-MD | X |
| LARISSA | X | 1000-OP | 1000-OP | 1000-OP | 1600-CL | 1600-CL | 0900-CL |
| ASHLEY | | | | | | | |

|          | 7/6/2015 MONDAY | 7/7/2015 TUESDAY | 7/8/2015 WEDNESDAY | 7/9/2015 THURSDAY | 7/10/2015 FRIDAY | 7/11/2015 SATURDAY | 7/12/2015 SUNDAY |
|----------|-----------------|------------------|--------------------|-------------------|------------------|--------------------|------------------|
| SENIOR   | 0900-OP         | 1400-CL          | 1600-CL            | 1600-CL           | 1000-OP          | X                  | X                |
| MIKE G   | 1600-CL         | X                | X                  | 1000-OP           | 1500-CL          | 1000-OP            | 1600-CL          |
| MIKE M   |                 |                  |                    |                   |                  |                    |                  |
| LARISSA  | X               | 1000-OP          | X                  | X                 | 1600-CL          | 1000-MD            |                  |

|          | 7/13/2015 MONDAY | 7/14/2015 TUESDAY | 7/15/2015 WEDNESDAY | 7/16/2015 THURSDAY | 7/17/2015 FRIDAY | 7/18/2015 SATURDAY | 7/19/2015 SUNDAY |
|----------|------------------|-------------------|---------------------|--------------------|------------------|--------------------|------------------|
| SENIOR   | GM MEET-CL       | X                 | 1600-CL             | 1600-CL            | 1000-MD          | 1000-OP            | X                |
| MIKE G   | 0900-OP          | 1000-OP           | X                   | X                  | RO               | 1600-CL            | 1600-CL          |
| LARISSA  | X                | 1600-CL           | 1000-OP             | 1000-OP            | 1600-CL          | X                  | X                |
| MIKE M   |                  |                   |                     | RO                 | RO               | RO                 | 1000-OP          |

|          | 7/20/2015 MONDAY | 7/21/2015 TUESDAY | 7/22/2015 WEDNESDAY | 7/23/2015 THURSDAY | 7/24/2015 FRIDAY | 7/25/2015 SATURDAY | 7/26/2015 SUNDAY |
|----------|------------------|-------------------|---------------------|--------------------|------------------|--------------------|------------------|
| SENIOR   | 0900-OP          | 1000-OP           | 1600-CL             | 1600-CL            | 1000-MD          | 1000-OP            | X                |
| MIKE G   | 1600-CL          | X                 | X                   | X                  | 1600-CL          | 1600-CL            | 1000-OP          |
| LARISSA  | X                | 1500-CL           | 1000-OP             | 1000-OP            | RO               | 1200-MD            | 1600-CL          |
| MIKE M   |                  |                   |                     | RO                 | RO               | RO                 | 1000-OP          |

|          | 7/27/2015 MONDAY | 7/28/2015 TUESDAY | 7/29/2015 WEDNESDAY | 7/30/2015 THURSDAY | 7/31/2015 FRIDAY | 8/1/2015 SATURDAY | 8/2/2015 SUNDAY |
|----------|------------------|-------------------|---------------------|--------------------|------------------|-------------------|-----------------|
| SENIOR   | 0900-OP          | X                 | 1600-CL             | 1000-OP            | 1200-MD          | 1200-MD           | X               |
| MIKE G   | 1600-CL          | 1400-CL           | 1600-CL             | 1000-OP            | 1000-MD          | 1000-MD           | X               |
| LARISSA  | X                | 1000-OP           | 1000-OP             | 1600-CL            | 1600-CL          | 1600-CL           | 1600-CL         |
| MIKE M   |                  |                   |                     |                    |                  |                   | 1000-OP         |

EXHIBIT 13

**MESSAGES**       PHOTOS & VIDEOS       eGIFT       CONTA

7/17/15 4:13 PM

Hey Bill. It's Ashley from Fairfield- I just wanted to reach out to you and let you know that I have emailed you a copy of my letter of resignation. Thin

the best.

gs have gotten pretty unbearable and I really truly cannot continue to work for Local anymore.
Thanks again for the great




**(203) 727-4243**
Mobile

the best.

gs have gotten pretty unbearable and I really truly cannot continue to work for Local anymore.
Thanks again for the great opportunity and I wish you all

the best.

Hey Bill. It's Ashley from Fairfield- I just wanted to reach out to you and let you know that I have emailed you a copy of my letter of resignation. Thin



Type a message...

 



(203) 727-4243
Mobile

resignation. Thin

gs have gotten pretty
unbearable and I really truly
cannot continue to work for
Local anymore.
Thanks again for the great
opportunity and I wish you all

7/17/15 4:19 PM

sorry to hear that thanks for
all you did for us and I hope
things work out for you in a
new job

Thanks again Bill. It honestly
breaks my heart that it came

 Type a message...  



**(203) 727-4243**
Mobile

Thanks again Bill. It honestly breaks my heart that it came down to this but I feel like I didn't have much of a choice.

7/17/15 4:47 PM

e to review my letter, please feel free to reach out to me and let me know if you have any questions.

I was just made aware of your family's loss and I am terribly sorry to have bothered you. Please send my condolences to Amy When you should have the

 Type a message...  

← **(203) 727-4243**
Mobile

Thank you

Sent

7/18/15 3:38 PM

minutes

Okay. Larissa left a voicemail to tell me not to come in tonight. This is really not working out–it just isn't, for many reasons. I've emailed a copy of my letter of resignation to you and to Billy.

Today 1:02 PM



Since when is this
acceptable?

 Type a message...  





(203) 727-4243
Mobile

acceptable?

This is what Christian feels is appropriate to send to me after my leaving- amongst many things, he states that I look like a "burn victim with OK tits".

Making fun of me because I'm a child of a widow (who lost her husband on 9/11) is even more atrocious.

7/18/15 4:03 PM

There are 9/11 victims rights groups that don't tolerate this type of stuff. I certainly don't

 Type a message...  

EXHIBIT 14

# 13 Years After Losing Father On 9/11: Love, Never Closure



Photographed at Sherwood Island State Park's Living 9/11 Memorial, Ashley Gilligan Pastor was 17 when her father, Ron Gilligan, who worked at Cantor Fitzgerald brokerage firm, died in the World Trade Center attacks on 9/11. (Mark Mirko / Hartford Courant)

By **SUSAN CAMPBELL, Special to The Courant**

SHARE THIS



13 years after losing her father on 9/11: No closure, no answers, but there is love

SEPTEMBER 10, 2014, 11:08 PM

**T**his is a story about grief and loss and love. But it's mostly a story about love.

Two years after her father, Ronald Gilligan of Norwalk, was killed in the 9/11 attacks when she was 17, Ashley Gilligan began training to be a firefighter. She pushed her 5-foot-4, 120-pound frame through grueling training that sometimes made her question her own sanity.

She was the daughter of a financier who worked at the storied Cantor Fitzgerald. What was she doing sweating out her weight wearing heavy turnout gear in a burning building?

But she pressed on. "It was more of a physical challenge than a memorial to my father," she said. She also trained to be an EMT, and only an ankle and shoulder injury stopped her emergency services career.

She met Greg Pastor when both were tending bar a couple of years ago. He was a banker by day, but had taken a bartending job in the evenings. They were friends for six months before they both confessed they wanted to try dating. They had their first date at Top of the Hub in Boston. They shared a plate of fresh-baked cookies and talked about places they'd visited, and places they'd like to visit together.

A year to the day, Greg handed Ashley his cellphone. On it was a picture of a boxed engagement ring resting on her father's engraved name at the National September 11 Memorial & Museum.

"I asked your father for permission," Greg said. He'd gone to New York to visit the memorial and brought back the photo.

"That went a long way with me," Ashley said. Greg knew how important her father was to her, and the influence he had.

They began planning their wedding, without the beloved father of the bride, but then the couple had an inspiration. They reached out to the office of Rudy Giuliani, who as New York's mayor had provided such support to the 9/11 families, who'd crystallized the nation's grief when he said the loss of life from that day would be more than any of us could ultimately bear.

Giuliani said yes to officiating, and on March 7, the wedding party was in New York City, where the former mayor performed a beautiful ceremony, Ashley said. It included all manner of memories of Ron Gilligan that you wouldn't have noticed, if you didn't know where to look. His favorite polar bears topped the wedding cake, where blue piping matched the blue at the memorial. The groom wore a 9/11 memorial tie. Stitched inside her dress, the bride wore a small heart cut from the blue-and-white striped shirt her father wore to work on Sept. 10, 2001.

And then, after a small reception at the Ritz-Carlton in Battery Park, the bride and groom went alone to the memorial, where a staff member thoughtfully waited for them. On this important day, a day for family and hopes and the future, they wanted to pay their respects. Ronald Gilligan's remains were never found. The memorial is his final resting place.

There was no wedding photographer, and no crowd. It was quiet. It was intimate. It was perfect.

Life goes on. It doesn't go on like you thought it would, but it does go on.

Ashley, now 30, has finished nursing school. She's studying for her board exam. She hopes to be working as a nurse within the next few months. She and Greg live in Fairfield, where they are slowly renovating a house to reflect their style. The living room includes a small table filled with mementos of her father.

She sometimes has to gently remind people that there is no closure, and no answers. A building explodes, the bodies are buried, and everyone asks why when there is no answer. There never will be, and so, says Ashley, attention must turn to learning to live your life without that loved one physically there. You go from why me to a sense of gratefulness that you had your father in the first place, this great man who taught you about dignity and respect and giving back.

And you greet each anniversary with a sense of celebration because you are not marking the loss of this life, but the celebration of what came before the tragic death. You forget about closure. You concentrate on love.

Copyright © 2017, Hartford Courant

**This 'attr(data-c-typename)' is related to:** Marriage, Weddings, September 11 Attacks, Battery Park, Rudy Giuliani

EXHIBIT 15

stamford
advocate

http://www.stamfordadvocate.com/news/article/At-Norwalk-remembrance-Sept-11-victim-s-34602.php

# At Norwalk remembrance, Sept. 11 victim's daughter urges celebration of life

By David Hennessey, Correspondent   Published 6:04 pm, Friday, September 11, 2009

ADVERTISEMENT

# Find a Doctor Near You

Opioid dependence treatment in the privacy of a doctor's office Go to opioiddepende



**IMAGE 1 OF 10**                                                                    **Buy Photo**

Audience members during the "9-11 Remembrance" ceremony at Norwalk City Hall on Friday, Sept 11, 2009.

NORWALK -- **Ashley Gilligan** stood in front of the audience gathered at Friday morning's Sept. 11 remembrance ceremony at the Norwalk Concert Hall and shared

heartfelt remarks about her father, **Ronald Gilligan**, a former Norwalk resident and financial trader for Cantor Fitzgerald who died in the terrorist attacks eight years ago. He was 43 years old.

"My dad always encouraged us to chase our dreams," Ashley said, urging the audience not to dwell on the losses of loved ones, but instead to celebrate life.

She said her father decorated his 103rd floor office at the **World Trade Center**'s North Tower with pictures his children and other relatives.

"When I think about the various scenarios in which he could have died ... I realize he died in a place that he loved," she said. "I cherish every morning I wake up to live through another day.

On the eighth anniversary of the 2001 attacks, local officials, members of the public, emergency medical workers, police officers and firemen joined Ashley Gilligan in remembrance of those who died.

ADVERTISEMENT

"If we close our eyes, we can think back and remember where we were and what we were doing that day," Lt. Gov. **Michael Fedele** said.

Fedele called Sept. 11, 2001, a day that will remain in the memories of people across the world forever. He then recited a saying in Italian and translated the words for those who gathered in the concert hall.

"It is better to live one day as a lion than 100 as a lamb," he said. "On this day of remembrance, we must remember the good that has come out of it."

ADVERTISEMENT

Fedele also said Sept. 11 forced people to put aside their differences and come together as one, an act he said they should strive to continue every day.

State Attorney General **Richard Blumenthal** also attended the event.

"As I look at the police officers, fire officials and emergency responders here, I think of your brothers and sisters who went into burning buildings and risked their lives so that others could survive," he said. "The acts of heroism on that day have been repeated day after day after day."

That day forged the spirits of a country during a time when it could have been torn apart, he said.

"The terrorists hit the World Trade Center, they hit the **Pentagon**, but they missed America. Because America is bigger than any building and stronger than any bomb.

"I want to thank you all for what you do for America," Blumenthal said to veterans, police and fire officials, and emergency medical responders at the ceremony. Eight years later, the Sept. 11 remembrance ceremony should, above all else, be a time for celebrating life, he said.

"Follow (emergency personnel's) examples, and give something back to the country that has given so much," he said.

U.S. Rep. **Jim Himes**, D-Greenwich, who was working in lower Manhattan on the day of the attacks, said the memories of people looking up at the towers still haunts him.

"It still chills me to think of stepping out onto Broadway and seeing hundreds of people looking straight up," Himes said at Friday's remembrance. "Like all of you, I went home

and looked at my family a little differently. On that day, out of the horror, we all knew that we were family."

© 2017 Hearst Communications, Inc.

H E A R S T

EXHIBIT 16

# THE HOUR

http://www.thehour.com/norwalk/article/Daughter-of-Norwalk-resident-killed-on-Sept-11-8154328.php

# Daughter of Norwalk resident killed on Sept. 11 reflects on death of bin Laden

Published 8:00 pm, Sunday, May 1, 2011



**IMAGE 1 OF 2**

NORWALK

By ROBERT KOCH

Hour Staff Writer

Case 3:16-cv-00812-RAR    Document 42-1    Filed 02/17/17    Page 123 of 151

Ashley Gilligan, whose father, a Norwalk resident, perished in the Sept. 11, 2001, terrorist attack against the World Trade Center, considered going to Ground Zero late Sunday night after learning that terrorist leader Osama bin Laden had been killed.

She stayed home but got little sleep.

"I didn't sleep last night. (Bin Laden) is gone but it's not going to bring my father back. I don't think I'll ever get over what happened to my dad but I've learned to cope with it," Gilligan said. "I'm excited that (bin Laden) is gone and he's been taken off the face of the earth, but I'm still sad because I still won't have my father back."

Her father, Ronald Gilligan, worked for Cantor Fitzgerald at the Trade Center. He was 43 years old.

U.S. Special Forces killed bin Laden, mastermind of the Sept. 11 attacks, in a suburb of Islamabad, Pakistan. President Barack Obama announced his death late Sunday evening.

On Monday, millions of Americans reflected on the death of bin Laden, whose terrorist network Al-Qaeda planned and executed the attacks that killed nearly 3,000 people, including 14 Norwalk residents.

Kathryn A. Hebert, administrative services manager for the city of Norwalk, lost her brother, Adam J. Lewis, in the attack against the Trade Center. He worked as a trader on the 89th floor of the Second Tower. He was 36 years old. When Hebert heard that the terrorist leader had been killed, images of the South Tower collapsing flashed again in her mind.

"I'm glad that (bin Laden) is dead. I'm glad that they found him finally," Hebert said. But "there's still people that follow his edicts, so I still think we need to be smart about it and not rest on our laurels."

A number of people visited Connecticut's 9-11 Memorial at Sherwood Island State Park in Westport, where small American flags were posted in the ground near a large memorial stone that reads, "The citizens of Connecticut dedicate this living memorial to the thousands of innocent lives lost on September 11, 2001, and to the families who loved them."

Father Jason Smith, a clergyman from White Plains, N.Y., said he frequently visits Sherwood Island State Park and other parks on his days off work, but added that he'd never seen the memorial before.

"I was looking at each one of the (names) here. Every single one of these families is somebody who has loved ones," Smith said. "So I'm sure in a certain sense (bin Laden's death) is some kind of closure. But the firefighters were saying (on the radio) that it really wasn't a closure for them, because nobody can bring their loved ones back."

At Exit 18 in Westport, Chris McCormick of Mount Vernon, N.Y., attached a new and brightly-colored American flag to the fence along the bridge over Interstate 95. McCormick and others typically replace the flags atop bridges along Interstate 95 on the annual anniversary of the Sept. 11, 2001, attacks. This year, they came out early to replace the worn flags.

The effort didn't go unrecognized Monday.

"It was hard to do the flags because of the amount of people honking horns, which is reminiscent of years past where there was so much fervor and patriotism," McCormick said. "So it was good to see that."

Norwalk Mayor Richard A. Moccia said bin Laden's death brings some closure to Americans knowing that "he won't be pulling the strings anymore trying to harm us."

"It doesn't mean the threat's over. Al-Qaeda is like an eight-headed hydra," Moccia said. "But I think, psychologically, it's a great boost for the country."

Art Scialabba, who organizes Norwalk's annual 9-11 Remembrance, described Sunday as a great day for United States intelligence, the military and particularly U.S. Navy SEALs who killed bin Laden.

"This was the most wanted man in the world and justice has finally prevailed," Scialabba said.

© 2017 Hearst Communications, Inc.

H E A R S T

EXHIBIT 17

# Families of 9/11: 'Bogeyman can't come out of the closet'


The death of Osama bin Laden at the hands of American forces

Recommend 0    Tweet    Share    g+1 0

Below: Text    Photos    Timeline    Related
### Survivors are reminded of their loss — and wary of those who may rise after bin Laden

By JoNel Aleccia
Health writer

msnbc.com
updated 5/2/2011 2:10:44 PM ET


"I'm happy. Justice was done. But there is more work to do," said C[o]... killed on 9/11 at the Pentagon. She was in front of the White House o... Monica Lawson, whose sister Cecilia Lawson Richards died that day... their suburban D.C. home and carried a large portrait of Cecilia to th...

The death of Osama bin Laden at the hands of American forces might bring a measure of justice, the families of victims of the Sept. 11 attacks said, but as one noted: "There's no such thing as closure."

"It still doesn't make it all better. It just brings you peace knowing the bogeyman can't come out of the closet anymore," said Ashley Gilligan, 27, who was a senior in high school when her father, Ronald, died in the World Trade Center. His remains were never found. He was a database manager at the trading firm Cantor Fitzgerald.

When she heard the news about bin Laden, "I had a great mixture of emotions. I'm clearly relieved that he's gone. But also I'm very sad at the same time because it's a reminder of the emotions I experienced when my Dad first died."

A Connecticut man who lost his son, daughter-in-law and 2 1/2 year-old granddaughter — the youngest victim of the attacks — said bin Laden's death was a validation of U.S. resolve.

"It's taken a while to do it, but we've done it," said Lee Hanson, 78, of Easton, Conn. "It's a really good thing to get out there — if you fool around with the U.S., you will be caught."

Hanson and his wife, Eunice, 75, lost their 32-year-old son, Peter, his wife, Sue, 34, and their toddler daughter, Christine, when the second plane hit the World Trade Center.

However, Hanson warned that bin Laden's death doesn't end the threat of terrorism in the U.S. or abroad.

"Many segments will try to avenge this," he said, adding: "There's still a great danger there."

President Barack Obama's announcement of the death pleased Hanson because bin Laden was finally "punished for his crimes," he said.

But it doesn't change the loss for the families left behind.

"There's no such thing as closure," he told msnbc.com.

**▶ Video: 9/11 victim's mom: Bin Laden's hunters 'nailed it'** (on this page)


Jonathan D. W...
Ashley Gilligan reflects on the death of Osama bin Laden on Monday. [...] Ronald Gilligan, died at the World Trade Center when she was 17. "It's [...] many of the emotions I experienced when my Dad first died."

Other family members said the sudden news of bin Laden's death Sunday reawakened old feelings.

"I just started shaking. It just kind of brings things back," said Carole O'Hare, 58, whose 79-year-old mother, Hilda Marcin, died in the crash of Flight 93. "It's just like an open wound."

Marcin, who had recently retired, was moving to Danville, Calif., to live with O'Hare and her husband.

"Our lives changed so much," O'Hare recalled. "Everything is either before or after 9/11."

Still families are reacting with a muted joy to the death of the man who orchestrated so much grief.

Charles G. Wolf, whose wife, Katherine, died at the World Trade Center, says he feels "happiness — but not jump-up-and-down happiness."

He says that closure doesn't really exist for him.

Larry Catuzzi of Houston lost his 38-year-old daughter, Lauren Grandcolas, and her unborn child on United Flight 93. He wasn't jubilant when he heard the news, but said bin Laden's death gives him "comfort and relief" after years of uncertainty.

**Death of Osama bin Laden**

AP sources: Raiders knew mission a one-[...]
Slate: Is bin Laden's 'porn' worse than his [...]
SEAL-mania grips US in wake of bin Lader [...]
Kerry: US-Pakistan alliance at 'critical mon [...]
Bin Laden was logged off, but not al-Qaida [...]
US shows off warship that buried bin Lade [...]
NYT: Cities nationwide heighten vigilance [...]
Pakistan threatens to cut NATO's supply li [...]

"I certainly couldn't imagine with all our resources that we couldn't track this guy down," he said. "It was like a murderer walking in your neighborhood."

He praised the perserverance of the Bush and Obama administrations in hunting down bin Laden.

Catherine Esposito came to ground zero Monday morning to honor the memory of her firefighter brother, Frankie Esposito. She says visiting the site is the closest she can come to visiting his grave, since his remains were never found.

She says bin Laden's death makes her feel a little better. She believes that extremists are now as upset as she was on 9/11.

Bonnie McEneaney, 57, wife of Eamon McEneaney, who died in the 9/11 attacks, reacted to the news by phone from her home in New Canaan, Conn.

"It doesn't bring back all the wonderful people who were killed 10 years ago. It's long overdue."

Eamon McEneaney worked at the securities firm Cantor Fitzgerald at the World Trade Center, where he died at age 46. He was a survivor of the 1993 bombing of the center, where he was credited with saving the lives of 65 employees by organizing a human chain to lead them downstairs through choking smoke and debris.

McEneaney, who is a member of the group "Voices of Sept. 11," said she was not notified in advance about the death of Osama bin Laden. Instead, she was notified by a neighbor about the president's upcoming address.

"I'm completely numb. I'm stunned," she told msnbc.com.

**'Justice was done'**
Outside the White House in Washington early Monday, a crowd of thousands gathered, waving U.S. flags, chanting "USA," singing the national anthem and a tune familiar to sports fans — "na, na, na, na, hey, hey, good-bye."

In the crowd was Monica Lawson, whose sister Cecelia Lawson Richards died on 9/11 in the Pentagon.

Lawson said she was watching TV with her daughter Courtney — the victim's niece — when she heard the news. They left their suburban D.C. home and carried a large portrait of Cecelia to the gates of the White House.

"I was like, what? Then it started to sink in," Courtney said. "I'm happy. Justice was done. But there is more work to do."

The patriotic response in Washington, D.C., and across the country heartened Susan Rescorla, 69, of Mendham, N.J., who lost her husband, Rick Rescorla, in the collapse of the second tower at the World Trade Center.

"I just kept saying, 'Thank you, God; thank you God; thank you God," she said. "It's done and he's dead."

**Slideshow: World reacts to death of Osama bin Laden** (on this page)

After the president's announcement, reactions poured in on Twitter and Facebook.

"Bin Laden dead. My dad died on 911. I feel free," tweeted one woman.

Others used Twitter to ask for a moment of silence in honor of the victims of Sept. 11.

On Facebook, users changed their profile pictures.

"Change your profile picture to an American flag in honor and recognition of our soldiers who took down Osama Bin Laden in Pakistan! Finally the great terrorist mastermind is dead. God bless the USA," said one user.

**'I'm not going to judge him'**
But Jack Lynch, who lost his son, 30-year-old New York City firefighter Michael Francis Lynch, on Sept. 11, 2001, was circumspect.

Marking bin Laden news? Click here or email firstperson@msnbc.com

"The first thought I had in my mind was that it didn't bring my son back," said Lynch. "You cut the head off a snake, you'd think it would kill the snake. But someone will take his place. People like him still exist. The fact that he's gone is not going to stop terrorism."

Video: Will U.S. jubilation spark rage in the Arab world?

Lynch, 75, is a retired transit worker. His family's charity, the Michael Lynch Memorial Foundation, has made grants to send dozens of students to college. He said he would not celebrate bin Laden's death.

"I understand that bin Laden was an evil person. He may have believed in what he was doing. I'm not going to judge him," Lynch said. "I'm sure some people will look at this and they'll be gratified that he's dead, but me personally, I'm going to leave his fate in God's hands."

*Msnbc.com reporters Bill Dedman and Bob Sullivan and The Associated Press contributed to this report.*

© 2013 msnbc.com  Reprints

Case 3:16-cv-00812-RAR   Document 42-1   Filed 02/17/17   Page 129 of 151

Share

EXHIBIT 18

VIDEO AVAILABLE AT

http://www.today.com/video/never-be-ok-daughter-says-of-dads-9-11-death-43776579674

EXHIBIT 19



Home   News   Weather   Troubleshooters   Entertainment                    41°   Connect

Local   U.S. & World   Decision 2016   Sports   Weird   Clear the Shelters

GREAT ESCAPE PUBLISHING   **Wanted: Travel Writers**   Get Paid to Travel the World & Write about your experiences. No Experience Needed.

# Fairfield Woman Pays Tribute to Dad at Ground Zero

Ashley Gilligan says memorial will lead to healing and could be marker for closure.

By Jeff Saperstone





Top Wrinkle Cream of 2017

Dr Oz Reveals $5 Secret to a Wrinkle Free Face. Cosmetic Docs Are Furious.

## TRENDING STORIES

1   Office of Chief Medical Examiner Loses Full National Accreditation

2   VIDEO  Russian Spy Ship Spotted in Waters Miles from Groton

3   PHOTOS  Police Trying to Identify Suspects in Random Violent Attack at Meriden Stop & Shop

4   VIDEO  Watch NBC Connecticut's Newscasts

SPONSORED   This Seattle Museum is Made For Culture Geeks and Rock Stars

It was 10 years ago when her life changed forever. Ashley Gilligan was only 17 years old when her father was killed in the World Trade Center. This Sept. 11, the Fairfield woman came back to the spot where he perished.

The 10th anniversary 9/11 memorial service was emotional.



Fairfield resident Ashley Gilligan was one of thousands who attended services at ground zero to honor the fallen 10 years after the 9/11 terrorist attacks. (Published Monday, Sept. 12, 2011)

"What really hit me was the moment of silence at 8:46," Gilligan said.

## WEATHER FORECAST



SCHOOL CLOSINGS      View all

Windsor Locks, CT

41°   Moderate Rain
Feels Like 38°

8:46 a.m. was the time the first plane hit the World Trade Center North Tower. Ashley's father Ron Gilligan worked for Cantor Fitzgerald on the 103rd floor.

Joined by her sister, brother, mother and other family members, Ashley returned to a much different place than she saw 10 years ago.

"As much as I felt those feelings of helplessness 10 years ago, I didn't feel that feeling today," she said.

But she said that coming back to the spot was surreal.

It was a day filled with emotion for so many people. Even if they couldn't be a part of the ceremony, people found ways to remember.

St. Paul's Chapel was open to the public. The church is right next to ground zero, but was never damaged in the attacks. In fact, it became a place of refuge for so many first responders.

Manuel Rodriguez slept in the church. He spent weeks at the site, helping to remove debris and remains.

"We slept, lived here ate here and we were here 24 hours a day," Rodriguez said.

First responders were able to watch the ceremony from large televisions set up around the perimeter of ground zero. Newington firefighters Alex Foster and Harrison Scully wanted to be part of the special day.

"If you're a firefighter, first responder, it doesn't matter where you're from, what state or country, you have to pay your respects," Foster said.

It was a day to pay respects, to remember, or in Ashley Gilligan's case it was a day for healing.

"We wanted to have some type of healing and closure and maybe this is the marker of closure for many and I feel it might be for me," Gilligan said.

Published at 5:05 PM EDT on Sep 11, 2011 | Updated at 12:32 AM EDT on Sep 12, 2011

## YOU MAY LIKE

Promoted Links by Taboola

Why Coffee Lovers Are Choosing These Low-Cost…
CoffeeBeans | Angelino's

"We'd put all our money" on this stock
The Motley Fool

20 Things 'M*A*S*H' Producers Hid From Fans
Definition

Watch Kids Takeover America's Coolest Museum
Sponsored

I-84 East to 1 Lane Still Closed in Tolland Following Hazmat Incident

Office of Chief Medical Examiner Loses Full National Accreditation

SPONSORED LINKS                              MORE FROM NBC

## WHAT DO YOU THINK?

**Would you rather get more sleep each night or work less hours each day?**

○ Get more sleep

○ Work less hours

○ I don't work

○ No opinion

○ Both

NEXT

Powered by CivicScience                    Privacy policy



## NEWSLETTERS

Receive the latest local updates in your inbox

Sign up

Privacy policy | More Newsletters



- Boston: This Meal Service is Cheaper Than Your Local Store (Home Chef)
- My Husband and I Tried Blue Apron, Here's What Happened (Blue Apron)
- Don't Leave Money on the Table. Use Email Marketing to Grow Your … (iContact)
- Vets could receive up to $42k with these VA benefits (LendingTree Mortgage Quotes)
- What Mariska Hargitay Looks Like Now is Crazy (Your Daily Dish)
- Ice Flying Off Cars and Hitting Windshields
- Schools Closed and Delayed Following Sunday's Storm
- Montville Woman Wants Chicken Ownership Rules Changed
- Truck Driver Says She Fell Asleep Before Crash That Closed I-91 in New Haven: …
- Woman Charged With Poisoning Grandson With Methadone

Promoted Links by Taboola

### Leave Comments

0 Comments                                      Sort by  Oldest



Add a comment...

Facebook Comments Plugin



News
Weather
Entertainment
Troubleshooters
Traffic
Contact Us
Connect With Us

FCC Independent Programming Report
FCC News and Information Programming Report
NBC Non-Profit News Partnership Reports
WVIT Public Inspection File
Employment
21st Century Solutions
Send Feedback
Terms of service
Privacy policy

© 2017 NBCUniversal Media, LLC. All rights reserved.

AdChoices

EXHIBIT 20

**Copy B--To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 53469.32 | 2. Federal income tax withheld 3687.13 |
|---|---|---|
| | 3. Social security wages 14370.65 | 4. Social security tax withheld 3315.10 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 53469.32 | 6. Medicare tax withheld 775.31 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E Pastor
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 39098.67 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 53469.32 | 27.17 |
|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2015 Department of the Treasury – Internal Revenue Service

---

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return.**

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 53469.32 | 2. Federal income tax withheld 3687.13 |
|---|---|---|
| | 3. Social security wages 14370.65 | 4. Social security tax withheld 3315.10 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 53469.32 | 6. Medicare tax withheld 775.31 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E Pastor
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 39098.67 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 53469.32 | 27.17 |
|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2015 Department of the Treasury – Internal Revenue Service

---

**Copy C--For EMPLOYEE'S RECORDS (See Notice to Employee.)**
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 53469.32 | 2. Federal income tax withheld 3687.13 |
|---|---|---|
| | 3. Social security wages 14370.65 | 4. Social security tax withheld 3315.10 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 53469.32 | 6. Medicare tax withheld 775.31 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E Pastor
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 39098.67 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 53469.32 | 27.17 |
|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2015 Department of the Treasury – Internal Revenue Service

---

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return.**

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 53469.32 | 2. Federal income tax withheld 3687.13 |
|---|---|---|
| | 3. Social security wages 14370.65 | 4. Social security tax withheld 3315.10 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 53469.32 | 6. Medicare tax withheld 775.31 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E Pastor
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 39098.67 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 53469.32 | 27.17 |
|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2015 Department of the Treasury – Internal Revenue Service

## Copy B--To Be Filed With Employee's FEDERAL Tax Return
This information is being furnished to the Internal Revenue Service.

| a. Employee's social security number | 1. Wages, tips, other compensation 364.58 | 2. Federal income tax withheld 28.00 |
|---|---|---|
| | 3. Social security wages 223.28 | 4. Social security tax withheld 22.60 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 364.58 | 6. Medicare tax withheld 5.29 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 141.30 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State CT | Employer's state ID number 58183856-000 | 16. State wages, tips, etc. 364.58 | 17.State income tax |
|---|---|---|---|
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement    2013    Department of the Treasury – Internal Revenue Service

---

## Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return
OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 364.58 | 2. Federal income tax withheld 28.00 |
|---|---|---|
| | 3. Social security wages 223.28 | 4. Social security tax withheld 22.60 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 364.58 | 6. Medicare tax withheld 5.29 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 141.30 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State CT | Employer's state ID number 58183856-000 | 16. State wages, tips, etc. 364.58 | 17.State income tax |
|---|---|---|---|
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement    2013    Department of the Treasury – Internal Revenue Service

---

## Copy C--For EMPLOYEE'S RECORDS (See Notice to Employee.)
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.
OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 364.58 | 2. Federal income tax withheld 28.00 |
|---|---|---|
| | 3. Social security wages 223.28 | 4. Social security tax withheld 22.60 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 364.58 | 6. Medicare tax withheld 5.29 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 141.30 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State CT | Employer's state ID number 58183856-000 | 16. State wages, tips, 364.58 | 17.State income tax |
|---|---|---|---|
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement    2013    Department of the Treasury – Internal Revenue Service

---

## Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return
OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 364.58 | 2. Federal income tax withheld 28.00 |
|---|---|---|
| | 3. Social security wages 223.28 | 4. Social security tax withheld 22.60 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 364.58 | 6. Medicare tax withheld 5.29 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 141.30 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| 15. State CT | Employer's state ID number 58183856-000 | 16. State wages, tips, 364.58 | 17.State income tax |
|---|---|---|---|
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

Form W-2 Wage and Tax Statement    2013    Department of the Treasury – Internal Revenue Service

**Copy B--To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

| a. Employee's social security number | 1. Wages, tips, other compensation 284.80 | 2. Federal income tax withheld 20.02 |
|---|---|---|
| | 3. Social security wages 137.98 | 4. Social security tax withheld 17.66 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 284.80 | 6. Medicare tax withheld 4.13 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E GILLIGAN
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 146.82 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 284.80 | | |
|---|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2013 Department of the Treasury – Internal Revenue Service

---

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 284.80 | 2. Federal income tax withheld 20.02 |
|---|---|---|
| | 3. Social security wages 137.98 | 4. Social security tax withheld 17.66 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 284.80 | 6. Medicare tax withheld 4.13 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E GILLIGAN
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 146.82 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 284.80 | | |
|---|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2013 Department of the Treasury – Internal Revenue Service

---

**Copy C--For EMPLOYEE'S RECORDS(See Notice to Employee.)**
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 284.80 | 2. Federal income tax withheld 20.02 |
|---|---|---|
| | 3. Social security wages 137.98 | 4. Social security tax withheld 17.66 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 284.80 | 6. Medicare tax withheld 4.13 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E GILLIGAN
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 146.82 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 284.80 | | |
|---|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2013 Department of the Treasury – Internal Revenue Service

---

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation 284.80 | 2. Federal income tax withheld 20.02 |
|---|---|---|
| | 3. Social security wages 137.98 | 4. Social security tax withheld 17.66 |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 284.80 | 6. Medicare tax withheld 4.13 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1247

e. Employee's name, address, and ZIP code
ASHLEY E GILLIGAN
879 JENNINGS ROAD
FAIRFIELD, CT 06824

| 7. Social security tips 146.82 | 8. Allocated tips | 9. |
|---|---|---|
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 284.80 | | |
|---|---|---|---|---|
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** 2013 Department of the Treasury – Internal Revenue Service

EXHIBIT 21

**Copy B--To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

OMB No. 1545-0008

| a. Employee's social security number | | |
|---|---|---|
| 1. Wages, tips, other compensation 14316.72 | 2. Federal income tax withheld 1835.32 | |
| 3. Social security wages 4408.92 | 4. Social security tax withheld 887.64 | |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 14316.72 | 6. Medicare tax withheld 207.59 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 9907.80 | 8. Allocated tips | 9. |
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 14316.72 | 357.14 |
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2015** Department of the Treasury – Internal Revenue Service

---

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

| a. Employee's social security number | | |
|---|---|---|
| 1. Wages, tips, other compensation 14316.72 | 2. Federal income tax withheld 1835.32 | |
| 3. Social security wages 4408.92 | 4. Social security tax withheld 887.64 | |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 14316.72 | 6. Medicare tax withheld 207.59 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 9907.80 | 8. Allocated tips | 9. |
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 14316.72 | 357.14 |
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2015** Department of the Treasury – Internal Revenue Service

---

**Copy C--For EMPLOYEE'S RECORDS (See Notice to Employee.)**
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

OMB No. 1545-0008

| a. Employee's social security number | | |
|---|---|---|
| 1. Wages, tips, other compensation 14316.72 | 2. Federal income tax withheld 1835.32 | |
| 3. Social security wages 4408.92 | 4. Social security tax withheld 887.64 | |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 14316.72 | 6. Medicare tax withheld 207.59 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 9907.80 | 8. Allocated tips | 9. |
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 14316.72 | 357.14 |
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2015** Department of the Treasury – Internal Revenue Service

---

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB No. 1545-0008

| a. Employee's social security number | | |
|---|---|---|
| 1. Wages, tips, other compensation 14316.72 | 2. Federal income tax withheld 1835.32 | |
| 3. Social security wages 4408.92 | 4. Social security tax withheld 887.64 | |
| b. Employer ID number (EIN) 46-1386221 | 5. Medicare wages and tips 14316.72 | 6. Medicare tax withheld 207.59 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips 9907.80 | 8. Allocated tips | 9. |
| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | 14316.72 | 357.14 |
| 15. State | Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2015** Department of the Treasury – Internal Revenue Service

**Copy B--To Be Filed With Employee's FEDERAL Tax Return**
This information is being funished to the Internal Revenue Service.
OMB No. 1545-0008

| Box | Value |
|---|---|
| a. Employee's social security number | [redacted] |
| 1. Wages, tips, other compensation | 58839.09 |
| 2. Federal income tax withheld | 6110.52 |
| 3. Social security wages | 12515.88 |
| 4. Social security tax withheld | 3648.02 |
| b. Employer ID number (EIN) | 46-1386221 |
| 5. Medicare wages and tips | 58839.09 |
| 6. Medicare tax withheld | 853.17 |
| c. Employer's name, address, and ZIP code | GEAUX FISH FAIRFIELD<br>819 BRIDGEPORT AVENUE<br>SHELTON, CT 06484 |
| d. Control number | 504679 - 1247 |
| e. Employee's name, address, and ZIP code | ASHLEY E Pastor<br>879 JENNINGS ROAD<br>FAIRFIELD, CT 06824 |
| 7. Social security tips | 46323.21 |
| 8. Allocated tips | |
| 9. | |
| 10. Dependent care benefits | |
| 11. Nonqualified plans | |
| 12a. Code See inst. for Box 12 | |
| 13. Statutory employee | |
| Retirement plan | |
| Third-party sick pay | |
| 14. Other | |
| 12b. Code | |
| 12c. Code | |
| 12d. Code | |
| 15. State | CT |
| Employer's state ID number | 58183856-000 |
| 16. State wages, tips, etc. | 58839.09 |
| 17.State income tax | 156.85 |
| 18. Local wages, tips, etc. | |
| 19. Local income tax | |
| 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2014** Department of the Treasury ~ Internal Revenue Service

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return**
OMB No. 1545-0008

| Box | Value |
|---|---|
| a. Employee's social security number | [redacted] |
| 1. Wages, tips, other compensation | 58839.09 |
| 2. Federal income tax withheld | 6110.52 |
| 3. Social security wages | 12515.88 |
| 4. Social security tax withheld | 3648.02 |
| b. Employer ID number (EIN) | 46-1386221 |
| 5. Medicare wages and tips | 58839.09 |
| 6. Medicare tax withheld | 853.17 |
| c. Employer's name, address, and ZIP code | GEAUX FISH FAIRFIELD<br>819 BRIDGEPORT AVENUE<br>SHELTON, CT 06484 |
| d. Control number | 504679 - 1247 |
| e. Employee's name, address, and ZIP code | ASHLEY E Pastor<br>879 JENNINGS ROAD<br>FAIRFIELD, CT 06824 |
| 7. Social security tips | 46323.21 |
| 8. Allocated tips | |
| 9. | |
| 10. Dependent care benefits | |
| 11. Nonqualified plans | |
| 12a. Code See inst. for Box 12 | |
| 13. Statutory employee | |
| Retirement plan | |
| Third-party sick pay | |
| 14. Other | |
| 12b. Code | |
| 12c. Code | |
| 12d. Code | |
| 15. State | CT |
| Employer's state ID number | 58183856-000 |
| 16. State wages, tips, etc. | 58839.09 |
| 17.State income tax | 156.85 |
| 18. Local wages, tips, etc. | |
| 19. Local income tax | |
| 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2014** Department of the Treasury ~ Internal Revenue Service

**Copy C--For EMPLOYEE'S RECORDS(See Notice to Employee.)**
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.
OMB No. 1545-0008

| Box | Value |
|---|---|
| a. Employee's social security number | [redacted] |
| 1. Wages, tips, other compensation | 58839.09 |
| 2. Federal income tax withheld | 6110.52 |
| 3. Social security wages | 12515.88 |
| 4. Social security tax withheld | 3648.02 |
| b. Employer ID number (EIN) | 46-1386221 |
| 5. Medicare wages and tips | 58839.09 |
| 6. Medicare tax withheld | 853.17 |
| c. Employer's name, address, and ZIP code | GEAUX FISH FAIRFIELD<br>819 BRIDGEPORT AVENUE<br>SHELTON, CT 06484 |
| d. Control number | 504679 - 1247 |
| e. Employee's name, address, and ZIP code | ASHLEY E Pastor<br>879 JENNINGS ROAD<br>FAIRFIELD, CT 06824 |
| 7. Social security tips | 46323.21 |
| 8. Allocated tips | |
| 9. | |
| 10. Dependent care benefits | |
| 11. Nonqualified plans | |
| 12a. Code See inst. for Box 12 | |
| 13. Statutory employee | |
| Retirement plan | |
| Third-party sick pay | |
| 14. Other | |
| 12b. Code | |
| 12c. Code | |
| 12d. Code | |
| 15. State | CT |
| Employer's state ID number | 58183856-000 |
| 16. State wages, tips, | 58839.09 |
| 17.State income tax | 156.85 |
| 18. Local wages, tips, etc. | |
| 19. Local income tax | |
| 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2014** Department of the Treasury ~ Internal Revenue Service

**Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return**
OMB No. 1545-0008

| Box | Value |
|---|---|
| a. Employee's social security number | [redacted] |
| 1. Wages, tips, other compensation | 58839.09 |
| 2. Federal income tax withheld | 6110.52 |
| 3. Social security wages | 12515.88 |
| 4. Social security tax withheld | 3648.02 |
| b. Employer ID number (EIN) | 46-1386221 |
| 5. Medicare wages and tips | 58839.09 |
| 6. Medicare tax withheld | 853.17 |
| c. Employer's name, address, and ZIP code | GEAUX FISH FAIRFIELD<br>819 BRIDGEPORT AVENUE<br>SHELTON, CT 06484 |
| d. Control number | 504679 - 1247 |
| e. Employee's name, address, and ZIP code | ASHLEY E Pastor<br>879 JENNINGS ROAD<br>FAIRFIELD, CT 06824 |
| 7. Social security tips | 46323.21 |
| 8. Allocated tips | |
| 9. | |
| 10. Dependent care benefits | |
| 11. Nonqualified plans | |
| 12a. Code See inst. for Box 12 | |
| 13. Statutory employee | |
| Retirement plan | |
| Third-party sick pay | |
| 14. Other | |
| 12b. Code | |
| 12c. Code | |
| 12d. Code | |
| 15. State | CT |
| Employer's state ID number | 58183856-000 |
| 16. State wages, tips, | 58839.09 |
| 17.State income tax | 156.85 |
| 18. Local wages, tips, etc. | |
| 19. Local income tax | |
| 20. Locality name | |

**Form W-2 Wage and Tax Statement** **2014** Department of the Treasury ~ Internal Revenue Service

## Copy B--To Be Filed With Employee's FEDERAL Tax Return

This information is being furnished to the Internal Revenue Service.

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| | 28813.88 | 3540.75 |

| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
|---|---|---|
| 46-1386221 | 10632.07 | 1786.46 |
| | 5. Medicare wages and tips | 6. Medicare tax withheld |
| | 28813.88 | 417.80 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 18181.81 | | |

| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
|---|---|---|
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | | 28813.88 | 589.48 |
|---|---|---|---|---|
| 15. State | Employer's state ID number | | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | | |

**Form W-2 Wage and Tax Statement**     **2014**     Department of the Treasury – Internal Revenue Service

---

## Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| | 28813.88 | 3540.75 |

| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
|---|---|---|
| 46-1386221 | 10632.07 | 1786.46 |
| | 5. Medicare wages and tips | 6. Medicare tax withheld |
| | 28813.88 | 417.80 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 18181.81 | | |

| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
|---|---|---|
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | | 28813.88 | 589.48 |
|---|---|---|---|---|
| 15. State | Employer's state ID number | | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | | |

**Form W-2 Wage and Tax Statement**     **2014**     Department of the Treasury – Internal Revenue Service

---

## Copy C--For EMPLOYEE'S RECORDS(See Notice to Employee.)

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| | 28813.88 | 3540.75 |

| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
|---|---|---|
| 46-1386221 | 10632.07 | 1786.46 |
| | 5. Medicare wages and tips | 6. Medicare tax withheld |
| | 28813.88 | 417.80 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 18181.81 | | |

| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
|---|---|---|
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | | 28813.88 | 589.48 |
|---|---|---|---|---|
| 15. State | Employer's state ID number | | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | | |

**Form W-2 Wage and Tax Statement**     **2014**     Department of the Treasury – Internal Revenue Service

---

## Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

| a. Employee's social security number | 1. Wages, tips, other compensation | 2. Federal income tax withheld |
|---|---|---|
| | 28813.88 | 3540.75 |

| b. Employer ID number (EIN) | 3. Social security wages | 4. Social security tax withheld |
|---|---|---|
| 46-1386221 | 10632.07 | 1786.46 |
| | 5. Medicare wages and tips | 6. Medicare tax withheld |
| | 28813.88 | 417.80 |

c. Employer's name, address, and ZIP code
GEAUX FISH FAIRFIELD
819 BRIDGEPORT AVENUE
SHELTON, CT 06484

d. Control number
504679 - 1657

e. Employee's name, address, and ZIP code
April Lacko
187 Halley Ave
FAIRFIELD, CT 06825

| 7. Social security tips | 8. Allocated tips | 9. |
|---|---|---|
| 18181.81 | | |

| 10. Dependent care benefits | 11. Nonqualified plans | 12a. Code See inst. for Box 12 |
|---|---|---|
| 13. Statutory employee | 14. Other | 12b. Code |
| Retirement plan | | 12c. Code |
| Third-party sick pay | | 12d. Code |

| CT | 58183856-000 | | 28813.88 | 589.48 |
|---|---|---|---|---|
| 15. State | Employer's state ID number | | 16. State wages, tips, etc. | 17.State income tax |
| 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name | | |

**Form W-2 Wage and Tax Statement**     **2014**     Department of the Treasury – Internal Revenue Service

# EXHIBIT 22

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE: ___8/20/15___          CASE NO: _162OO79_

My name is __Ashley E. Pastor__
and I reside at __879 Jennings Road, Fairfield, CT 06824__
My email address is: __ashley.e.pastor@gmail.com__
My telephone number is (home) __(203) 727-4243__    (cell) _____
My email address is _____
The respondent is __Geaux Fish Fairfield, LLC d/b/a Local Kitchen and Beer Bar__
whose business address is __819 Bridgeport Avenue, Shelton, CT 06484__
The alleged discrimination took place in the town/city of __Fairfield, CT__
The last discriminatory action took place on or about __July 17, 2015__

I was
[ ]denied reasonable accommodation on the basis of a disability on or about _____
[ ]terminated  on or about _____          [ ]suspended on or about _____
[ ]laid off or on or about _____          [ ]not recalled on or about _____
[X]demoted on or about _____              [x]harassed on or about _____
[ ]poorly  evaluated on or about_____     [ ]warned on or about _____
[X]sexually harassed on or about _____    [ ]denied a raise on or about _____
[ ]earning unequal pay on or about _____  [ ]transferred on or about _____
[ ]delegated unequal duties on or about _____   [X]constructively discharged on or about __7/17/15__
[ ]delegated difficult assignments _____  [ ]not hired on or about _____
[ ]placed on probation on or about _____  [ ]not promoted on or about _____
[ ]placed on probation on or about _____  [ ]less trained on or about _____
[x]given reduced duties on or about _____ [X] retaliated against on or about _____
[ ]denied equal service on or about _____
[ ]discriminated against in terms and conditions of employment on or about _____
[ ]other _____

And believe that my
[ ]age _____(date of birth)_____          [ ]marital status(identify) _____
[ ]physical disability (identify)_____       [ ]race (identify) _____
[ ]learning disability (identify)_____       [ ]color (identify) _____
[ ]mental disorder (identify)_____           [ ]national origin (identify)_____
[ ]sexual orientation (identify)_____        [ ]ancestry (identify) _____
[ ]gender identiity (identify) _____              [ ]alienage (identity) _____
[x]sex: [ ] male   [x]female                  [ ]intellectual disability:_____
[ ]religion/religious creed (identify) _____  [ ]sex : pregnancy _____
[x]previously opposed, filed or assisted       [ ]prior criminal record (state employment only)
[ ]Other: _____

DECEIVED
AUG 21 2015
COMM. ON HUMAN RTS. & OPP.
SOUTHWEST REGION

was in part a factor in this action.  I believe that the respondent violated the following Connecticut General
Statutes and acts listed below; (X) enforced through Section 46a-58(a) (if applicable):
[X] 46a-60(a)(1)            [X]    Title VII of the Civil Rights Act
[X] 46a-60(a)(4)                   of 1964, as amended, 42 U.S.C 2000e
[ ] 46a-60(a)(7)( )( )( )    and the Civil Rights Act of 1991
[x] 46a-60(a)(8)( )( )( )           {cite for 15 individuals employed}
[ ] 46a-80( )( )            [ ]    Age Discrimination in Employment
[ ] 46a-81( )( )                   Act, of 1967, 29 U.S.C. 621-634 (for over 20 individuals employed}

F103                                              Issued 4/94
                                                  Revised 1/1/96

[ ] Americans With Disabilities Act, 42 U.S.C. 12101 et seq.
[ ] Equal Pay Act of 1964, U.S.C. 206
[ ] Section 504 of the Rehabilitation Act of 1973, as amended
[x] Other  Violation of wage statutes

I provide the following particulars:  (PLEASE TYPE OR PRINT THE INFORMATION)

*** (Use numbered short paragraphs for each specific allegation)

(See attached)

EXHIBIT 23

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE: _____8/17/15_____          CASE NO: _1128073_

My name is ___April Lacko___
and I reside at ___187 Halley Avenue, Fairfield, CT 06825___
My email address is: ___alelai25@aol.com___
My telephone number is (home) _____ (cell) __(203) 505-2385__
My email address is _____
The respondent is ___Geaux Fish Fairfield, LLC d/b/a Local Kitchen and Beer Bar___
whose business address is ___819 Bridgeport Avenue, Shelton, CT 06484___
The alleged discrimination took place in the town/city of ___Fairfield, CT___
The last discriminatory action took place on or about ___6/8/15___

I was
[ ]denied reasonable accommodation on the basis of a disability on or about _____
[X]terminated on or about ___6/8/15___          [ ]suspended on or about _____
[ ]laid off on or about _____          [ ]not recalled on or about _____
[ ]demoted on or about _____          [X]harassed on or about _____
[ ]poorly evaluated on or about_____          [ ]warned on or about _____
[X]sexually harassed on or about ___April 2015___          [ ]denied a raise on or about _____
[ ]earning unequal pay on or about _____          [ ]transferred on or about _____
[ ]delegated unequal duties on or about _____          [ ]constructively discharged on or about _____
[ ]delegated difficult assignments _____          [ ]not hired on or about _____
[ ]placed on probation on or about _____          [ ]not promoted on or about _____
[ ]placed on probation on or about _____          [ ]less trained on or about _____
[ ]given reduced duties on or about _____          [X] retaliated against on or about ___May 2015___
[ ]denied equal service on or about _____
[ ]discriminated against in terms and conditions of employment on or about _____
[ ]other _____

And believe that my
[ ]age _____(date of birth)_____          [ ]marital status(identify) _____
[ ]physical disability (identify)_____          [ ]race (identify) _____
[ ]learning disability (identify)_____          [ ]color (identify) _____
[ ]mental disorder (identify)_____          [ ]national origin (identify)_____
[ ]sexual orientation (identify)_____          [ ]ancestry (identify) _____
[ ]gender identity (identify) _____          [ ]alienage (identity) _____
[x]sex: [ ]male [x]female          [ ]intellectual disability:_____
[ ]religion/religious creed (identify) _____          [ ]sex : pregnancy _____
[X]previously opposed, filed or assisted          [ ]prior criminal record (state employment only)
[ ]Other: _____

was in part a factor in this action. I believe that the respondent violated the following Connecticut General
Statutes and acts listed below; (X) enforced through Section 46a-58(a) (if applicable):

[x] 46a-60(a)(1)          [X]     Title VII of the Civil Rights Act
[X] 46a-60(a)(4)                  of 1964, as amended, 42 U.S.C 2000e
[ ] 46a-60(a)(7)( )( )( )          and the Civil Rights Act of 1991
[X] 46a-60(a)(8)( )( )( )          {cite for 15 individuals employed}
[ ] 46a-80( )( )          [ ]     Age Discrimination in Employment
[ ] 46a-81( )( )                  Act, of 1967, 29 U.S.C. 621-634 (for over 20 individuals employed}

RECEIVED
AUG 18 2015
COMM. ON HUMAN RTS. & OPP.
SOUTHWEST REGIONAL OFFICE

F103

Issued 4/94
Revised 1/1/96

[ ] Americans With Disabilities Act, 42 U.S.C. 12101 et seq.
[ ] Equal Pay Act of 1964, U.S.C. 206
[ ] Section 504 of the Rehabilitation Act of 1973, as amended
[ ] Other_____

I provide the following particulars:  (<u>PLEASE TYPE OR PRINT THE INFORMATION</u>)

*** (Use numbered short paragraphs for each specific allegation)

See attached.

F103

Issued 4/94
Revised 1/1/96

EXHIBIT 24

*This Is To Certify That*

**MIKE GOCLOWSKI**

*of*

**SBC RESTAURANT & BREWERIES**

has successfully completed *Sexual Harassment Prevention Training* in accordance with Section 46a-54(15) of the Connecticut General Statutes and Section 46a-54-204 of the Regulations of Connecticut State Agencies.

September 4, 2012

Meredith G. Diette, Esq.

SIEGEL O'CONNOR
Siegel•O'Connor•O'Donnell•Beck P.C.