UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASHLEY PASTOR, | : | CIVIL ACTION NO.: |
| APRIL LACKO, | : | 3:16CV00812 (MPS)(RJR) |
| Plaintiffs, | : | |
| v. | : | |
| GEAUX FISH FAIRFIELD, LLC, d/b/a Local Kitchen and Beer Bar, | : | |
| Defendant. | : | APRIL 22, 2017 |

## PARTIES JOINT STATUS REPORT

I. Status of Case

The parties have reached a settlement agreement. The terms of the agreement are currently being finalized. One term is that the agreement and settlement funds must be received by May 14, 2017, otherwise plaintiffs reserve the right to withdraw from the agreement and continue the prosecution of the case.

II. Interest in Referral

N/A

III. Consent to Trial Before Magistrate Judge

If for any reason the settlement agreement is not timely finalized, plaintiffs consent.

IV. Estimate Length of Trial

N/A

Undersigned counsel forwarded a draft of this Report to opposing counsel for comments. None were received. Accordingly, counsel assumes that opposing counsel is in agreement with its contents.

By: ___/s/Jeffrey S. Bagnell_____
    Jeffrey S. Bagnell
    Federal Bar No. CT18983
    *Attorney for Plaintiffs*
    55 Greens Farms Road, #200-60
    Westport, Connecticut 06880
    m. (203) 984-8820
    o. (203) 286-7936
    jeff@bagnell-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 22d day of April 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                               */s/Jeffrey S. Bagnell*
                                                                 Jeffrey S. Bagnell