UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASHLEY PASTOR, | : | CIVIL ACTION NO.: |
| APRIL LACKO, | : | 3:16CV00812 (MPS)(RJR) |
| Plaintiffs, | : | |
| v. | : | |
| GEAUX FISH FAIRFIELD, LLC, d/b/a Local Kitchen and Beer Bar, | : | |
| Defendant. | : | MAY 23, 2017 |

## STIPULATION OF DISMISSAL

Plaintiffs hereby dismiss this action with prejudice.

By: ___/s/Jeffrey S. Bagnell_____
Jeffrey S. Bagnell
Federal Bar No. CT18983
*Attorney for Plaintiffs*
55 Greens Farms Road, #200-60
Westport, Connecticut 06880
m. (203) 984-8820
o. (203) 286-7936
jeff@bagnell-law.com

1

## *CERTIFICATE OF SERVICE*

This is to certify that on this 23rd day of May 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                                                   */s/Jeffrey S. Bagnell*
                                                                                                 Jeffrey S. Bagnell